CLOSED, HABEAS

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01078-LEW-EFB

| | |
|---|---|
| (HC) Stamos v. Warden of Folsom State Prison | Date Filed: 06/06/2007 |
| Assigned to: Senior Judge Ronald S.W. Lew | Date Terminated: 09/21/2007 |
| Referred to: Magistrate Judge Edmund F. Brennan | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**James George Stamos, Jr.**       represented by   **James George Stamos, Jr.**
T-56728
FSP
Folsom State Prison
PO Box 290066
Represa, CA 95671-0066
PRO SE

V.

**Respondent**

**Warden of Folsom State Prison**    represented by   **Brian G. Smiley**
California Dept. of Justice, Office of the
Attorney General
1300 I Street, Suite 1101
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 324-5286
Fax: (916) 324-2960
Email: Brian.Smiley@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the State of California**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2007 | 1 | PETITION for WRIT of HABEAS CORPUS by James George Stamos, Jr.(Anderson, J) (Entered: 06/06/2007) |
| 06/06/2007 | 2 | PRISONER NEW CASE DOCUMENTS ISSUED (Attachments: # 1 |

| | | |
|---|---|---|
| | | Consent Forms) (Anderson, J) (Entered: 06/06/2007) |
| 06/06/2007 | | SERVICE BY MAIL: 2 Prisoner New Case Documents for LEW served on James George Stamos Jr. (Anderson, J) (Entered: 06/06/2007) |
| 06/18/2007 | 3 | AMENDED Petition of Habeas Corpus by James George Stamos, Jr.. (MAINTAIN ON PAPER) (Cayo, A) (Entered: 06/19/2007) |
| 06/22/2007 | 4 | LETTER labeled certificate of service of documents from James George Stamos. (MAINTAIN ON PAPER) (Cayo, A) (Entered: 06/25/2007) |
| 06/26/2007 | 5 | APPLICATION to proceed In Forma Pauperis by James George Stamos, Jr.. (Yin, K) (Entered: 06/27/2007) |
| 07/10/2007 | 6 | REQUEST for court order for return of all legal documents by James George Stamos, Jr. (Cayo, A) (Entered: 07/11/2007) |
| 07/10/2007 | 7 | CERTIFICATE of SERVICE re 3 Amended complaint by James George Stamos, Jr. (Cayo, A) (Entered: 07/11/2007) |
| 07/17/2007 | 8 | ORDER signed by Judge Edmund F. Brennan on 07/16/07 petitioner's 5 request for leave to proceed in forma pauperis is GRANTED. Respondent shall file and serve either an answer or motion in response to petitioner's application within 60 days from the date of this order. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer. The clerk of the court shall serve a copy of this order together with a copy of petitioner's June 18, 2007 petition for writ of habeas corpus on Michael Farrell, Attorney General. (Plummer, M) (Entered: 07/17/2007) |
| 07/17/2007 | | SERVICE BY MAIL: 8 Order, served on James George Stamos Jr. (Plummer, M) (Entered: 07/17/2007) |
| 07/17/2007 | 9 | PETITION for WRIT of HABEAS CORPUS served on Michael Farrell pursuant to the court's 7/17/07 8 order. (Plummer, M) (Entered: 07/17/2007) |
| 07/20/2007 | 10 | APPLICATION *to Transfer Petition for Writ of Habeas Corpus to the Central District* by Warden of Folsom State Prison. Attorney Smiley, Brian G. added. (Smiley, Brian) Modified on 7/24/2007 (Yin, K). (Entered: 07/20/2007) |
| 07/25/2007 | 11 | NOTICE that current 07-1078 Case should have been construed as a Habeas Case by James George Stamos, Jr (Cayo, A) Modified on 7/26/2007 (Cayo, A). (Entered: 07/26/2007) |
| 07/25/2007 | 12 | REQUEST for return of all legal documents by James George Stamos, Jr. (Cayo, A) (Entered: 07/26/2007) |
| 07/26/2007 | 13 | MOTION For APPOINTMENT OF COUNSEL by James George Stamos, Jr. (Mena-Sanchez, L) (Entered: 07/27/2007) |
| 07/26/2007 | 14 | NOTICE of Status of legal property by James George Stamos, Jr. (Mena-Sanchez, L) (Entered: 07/27/2007) |
| 08/01/2007 | 15 | NOTICE of CHANGE of ADDRESS to: T56728-CSP-SAC Folsom, |

|            |    |                                                                                                                                                                                             |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | P.O. Box 290066, Represa, Ca 95671-0066 by James George Stamos, Jr. (Matson, R) (Entered: 08/02/2007)                                                                                       |
| 08/01/2007 | 16 | REQUEST (Motion) for an order for the return of all legal documents by James George Stamos, Jr. (Matson, R) (Entered: 08/02/2007)                                                           |
| 08/01/2007 | 17 | REPLY by James George Stamos, Jr. to 10 Application to transfer Petition for Writ of Habeas Corpus to the Central District. (Matson, R) (Entered: 08/02/2007)                               |
| 08/01/2007 | 18 | CERTIFICATE of SERVICE by James George Stamos, Jr re 17 Reply. (Matson, R) (Entered: 08/02/2007)                                                                                            |
| 08/01/2007 | 19 | CERTIFICATE of SERVICE by James George Stamos, Jr. re 16 Request. (Matson, R) (Entered: 08/02/2007)                                                                                         |
| 08/01/2007 | 20 | CERTIFICATE of SERVICE by James George Stamos, Jr. (Matson, R) (Entered: 08/02/2007)                                                                                                        |
| 08/01/2007 | 21 | CERTIFICATE of SERVICE by James George Stamos, Jr. (Matson, R) (Entered: 08/02/2007)                                                                                                        |
| 08/06/2007 | 22 | REQUEST (motion) for order to get return of property from Santa Clara County Sheriffs and District Attorney by James George Stamos, Jr.. (Yin, K) (Entered: 08/07/2007)                     |
| 08/06/2007 | 23 | MOTION to APPOINT COUNSEL by James George Stamos, Jr.. (Yin, K) (Entered: 08/07/2007)                                                                                                       |
| 08/06/2007 | 24 | SUPPLEMENT to 22 Request for return of property by James George Stamos, Jr.. (Yin, K) (Entered: 08/07/2007)                                                                                 |
| 08/08/2007 | 25 | NOTICE of EXCERPTS by James George Stamos, Jr re 1 Petition for Writ of Habeas Corpus. (Mena-Sanchez, L) (Entered: 08/09/2007)                                                              |
| 08/08/2007 | 26 | REPLY by James George Stamos, Jr to Attoreny General's APPLICATION to Transfer 10. (Mena-Sanchez, L) (Entered: 08/09/2007)                                                                  |
| 08/08/2007 | 27 | CONSENT to JURISDICTION by US MAGISTRATE JUDGE by James George Stamos, Jr. (Cayo, A) (Entered: 08/09/2007)                                                                                  |
| 08/14/2007 | 28 | OBJECTIONS by Petitioner James George Stamos, Jr to 10 Application to Transfer Petition for Writ of Habeas Corpus to the Central District by Warden of Folsom State Prison. (Matson, R) (Entered: 08/15/2007) |
| 08/21/2007 | 29 | REQUEST (motion) for an order to return property by James George Stamos, Jr. (Plummer, M) (Entered: 08/22/2007)                                                                             |
| 08/24/2007 | 30 | REQUEST (motion) for order to return property by James George Stamos, Jr.. (Yin, K) (Entered: 08/27/2007)                                                                                   |
| 09/07/2007 | 31 | REQUEST for courtesy copies by James George Stamos, Jr re 30 Request filed by James George Stamos, Jr. [Response sent regarding LR 5-134(b) and providing court with copies and self addressed envelope] |

|  |  |  | (Waggoner, D) (Entered: 09/10/2007) |
|---|---|---|---|
| 09/07/2007 |  | 32 | CERTIFICATE of SERVICE of multiple documents to Officer Martinez, Benson, R. Torres, McRary, Hamblin, Tillo, Sarashi, Torres, Bernal and Gaddi (See document for further details). (Plummer, M) (Entered: 09/10/2007) |
| 09/21/2007 |  | 33 | ORDER signed by Judge Edmund F. Brennan on 9/20/07 GRANTING-IN-PART 10 Request to Transfer. CASE TRANSFERRED to the Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Donati, J) (Entered: 09/21/2007) |
| 09/21/2007 |  |  | SERVICE BY MAIL: 33 Order, Case Transferred Out to Another District served on James George Stamos Jr. (Donati, J) (Entered: 09/21/2007) |
| 09/21/2007 |  | 34 | TRANSMITTAL of DOCUMENTS re 33 Order Transferring Case on *9/21/2007* to * United States District Court* *Northern District of California* *280 South 1st Street* *San Jose, CA 95113*. *Electronic Documents: 1 to 33. *. (Donati, J) (Entered: 09/21/2007) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 11/01/2007 14:38:14 ||||
| **PACER Login:** | us4077 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-01078-LEW-EFB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |