AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (SEVEN PAGES)

| United States District Court | District — EASTERN — | |
|---|---|---|
| Name JAMES GEORGE STAMOS JR | Prisoner No. T56728 | Case No. |
| Place of Confinement CSP-SAC FOLSOM - POST OFFICE BOX 290066, REPRESA, CA -95671-0066- | | |

Name of Petitioner (include name under which convicted) JAMES GEORGE STAMOS JR, v. Name of Respondent (authorized person having custody of petitioner) WARDEN CSP-SAC FOLSOM

The Attorney General of the State of: CALIFORNIA, 07CV1078LEW EFB

PETITION - AMMENDMENT)

1. Name and location of court which entered the judgment of conviction under attack SUPERIOR COURT OF CA COUNTY OF SANTA CLARA - SUNNYVALE

2. Date of judgment of ~~conviction~~ SENTENCE ) DECEMBER TWENTY FIRST, OF TWO THOUSAND SIX YR

3. Length of sentence 5 YEARS STRAIGHT TIME

4. Nature of offense involved (all counts) PC-459/460(A) - PC-496(a) RECEIVING-S.P. 667.5(B) PRISON PRIOR-

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) ~~Guilty~~ ☐
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

N/A

6. ~~If you pleaded~~ not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) ~~Judge~~ only ☐

7. Did you ~~testify at the~~ trial?
   Yes ☐ No ☒

8. ~~Did you~~ appeal from the judgment of conviction?
   Yes ☒ No ☐

FILED
JUN 18 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY CLERK

9. If you did appeal, answer the following:

(a) Name of court CA. STATE COURT OF APPEAL, 6TH DISTRICT,

(b) Result NONE

(c) Date of result and citation, if known UNKNOWN - NO RESULT -

(d) Grounds raised (A) TRIAL COURT ERRED IN CALCULATION, RESTITUTION, FINES (B) INEFFECTIVE ASSISTANCE OF COUNSEL (

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court \\

(2) Result \\

\\

(3) Date of result and citation, if known \\

(4) Grounds raised \\

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court \\

(2) Result \\

\\

(3) Date of result and citation, if known \\

(4) Grounds raised \\

\\

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court SUPERIOR COURT OF CA. COUNTY OF SANTA CLARA

(2) Nature of proceeding MOTION TO DISMISS - 10-18-2006

\\

(3) Grounds raised (A) STATUTORY VIOLATIONS - RIGHT TO SPEEDY TRIAL (B) NOT BROUGHT TO TRIAL IN 60 DAYS FROM ARRAIGNMENT. (C) VIOLATION OF CA. CONSTITUTION I, §15 (D) VIOLATION - US CONST 14TH AMM

\\

\\

\\

(4) Did you ~~receive an~~ evidentiary hearing on your petition, application or motion?
Yes ___ No X

(5) Result NONE

(6) Date of result MOTION THROWN IN ENVELOPE-NOT FILED BY COURT

(b) As to any second petition, application or motion give the same information:

(1) Name of court SUPERIOR COURT OF CA. COUNTY OF SANTA CLARA

(2) Nature of proceeding HABEAS CORPUS #1-11/08-2006

\\

(3) Grounds raised MOTION TO DISMISS NOT HEARD

ADDITIONAL ATTACHED PAGE (4) ~~Did you~~ receive an evidentiary hearing on your petition, application or motion?
Yes ☒ No ☐

(5) Result DENIED H/C

(6) Date of result FEBRUARY. TWENTY, OF TWO THOUSAND SEVEN YEAR

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☒ No ☐

(2) Second petition, Yes ☒ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

\\

\\

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.



11 CONTINUED

1) NAME OF COURT SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

2) NATURE OF PROCEEDING / ~~HABEAS CORPUS #2 12/06/06~~
HABEAS CORPUS #2 - 12/06/06

3) GROUNDS RAISED MISSTRIAL - THE DENIAL - RIGHT TO SPEEDY TRIAL BY PUBLIC JURY (B) MISSCARRIAGE OF JUSTICE, IN VIOLATION OF THE STATUTORY RIGHT TO SPEEDY TRIAL CASE WAS NOT DISMISSED.//

(4.) DID YOU RECEIVE AN EVIDENTIARY HEARING ON YOUR PETITION, APPLICATION MOTION YES (NO)

5) RESULT: HABEAS CORPUS (NOT RULED ON)

6) DATE OF RESULT - JUNE, 2007 YEAR - NO RESULTS

NAME OF COURT SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CLARA

NATURE OF PROCEEDING HABEAS CORPUS - 11/08/2006 & 3/11/2007
\\

3) GROUNDS RAISED INEFFECTIVE PUBLIC DEFENDER #21495
\\
\\
\\

4) DID YOU RECEIVE AN EVIDENTIARY HEARING ON YOUR PETITION, APPLICATION MOTION YES (NO)

5) RESULT ~~HABEAS CORPUS 11/08/2006 & 3/11/2007~~ (DENIED NO GROUNDS A/C)

6) DATE RESULT APRIL SIXTH, 2007 ONE PETITION ONLY

CONTINUED (PAGE FOUR)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: INEFFECTIVE COUNSEL BY PUBLIC DEFENDER, DEFENDERS OFFICE AND MAIREAD-O-KEEFE P.D.—

Supporting FACTS (state *briefly* without citing cases or law) DID NOT SHOW FOR COURT, 6/05/2006 AND 6/28/06, 8/30/2006, 10/04/2006, 10-18-06, AND NOT PROPERLY ME, INSTEAD TOOK MORE—INTEREST IN HER OTHER CASE'S AND W/OUT GOOD CAUSE OR EVIDENCE KEPT PRO-LONGING TRIAL DATE.

\\

\\

B. Ground two: VIOLATION OF RIGHT TO SPEEDY TRIAL—

\\

Supporting FACTS (state *briefly* without citing cases or law): ARRAIGNMENT-ON 4-12-2006 SINCE 60 CALENDAR DAYS-JUNE 12, 2006 WAS NOT BROUGHT TO SPEEDY TRIAL AND INSTEAD MY—PUBLIC DEFENDER AND JUDGE W/OUT CAUSE DELAYED TO 11/27/06-\\

\\

\\

C. Ground three: VIOLATION-OF UNITED STATES CONSTITUTION 14TH AMMENDMENT AND FIRST AMMENDMENT-OF U.S. CONSTITUT-

Supporting FACTS (state *briefly* without citing cases or law): (10-1-05) BLACK DUFFLE BAG AND ON (1-23-2006) ONE SUIT CASE CONTAINING — U.S. COURT, LETTERS, CASES, DOCUMENTS, ALL LEGAL CONFIDENTIAL AND PRIVATE, ILLEGALY SEIZED BY TAKEING, HOLDING, WITHOUT-HEARING-OR WARRANT

\\

D. Ground four: VIOLATION OF UNITED STATES CONSTITUTION SIXTH AMMENDMENT-CONFLICT OF INTEREST

Supporting FACTS (state *briefly* without citing cases or law): APPEAL FILED (DEC 21, 2006) ON JANUARY, FOURTH, OF 2007 YEAR APPOINTED S.D.A.P. FOR APPELLANT-ON FEB. SECOND, OF 2007, SIXTH DISTRICT APPELLATE PROGRAM RECOMMENDED-COUNSEL, THE-S.D.A.P. ATTORNEY-CLAIRE-CUNNINGHAM #226941-SHE HAS NOT ADEQUATE-LY RAISED OR PRESENTED MATTERS CRUCIAL TO THE APPEAL AND SHE HAD PRIORLY WORKED FOR A JUDGE IN U.S. 9TH CIR, SHE IS PREJUDICELY REPRESENTING ME.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: N/A

\\

\\

\\

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing FLAGSBERG-PUBLIC DEFENDER-SUNNYVALE 120 WEST MISSION STREET, S.J. CA. 95110

(b) At arraignment and plea FLAGSBERG-PUBLIC DEFENDER-SUNNYVALE 120 WEST MISSION STREET, SAN JOSE, CA 95110 OR-333 W. EL CAMINO REAL SUITE 250, SUNNYVALE CA 94087-

(c) At trial Ø MAIREAD-O KEEFE #211495
120. W. MISSION STREET, SAN JOSE, CA. 95110 —

(d) At sentencing MAIREAD-O KEEFE #211495
120 W. MISSION STREET, SAN JOSE, CA 95110.

(e) On appeal SIXTH DISTRICT APPELLATE PROGRAM-
(408)241-6171 * 100 N. WINCHESTER BLVD, SUITE 310, SANTA CLARA

(f) In any post-conviction proceeding N/A
\\

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A
\\

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: \\
\\

(b) Give date and length of the above sentence: \\
\\

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

\\
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed

—JUNE. SECOND, 2007 YEAR—
(date)

DUPLICATED COPY ORIGINAL

(PAGE 4-TWO PAGED) (7 PAGES)

X James George Stamps Jr
Signature of Petitioner

(7) OF 7 (PAGE 4-TWO PAGES)

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases: U.S. CONST 6TH AMMENDMENT, - PEOPLE V DAVIS - 1957 48 CAL. 2d. - 241.258, 309, P.2d I, U.S. CONST AMMEND 4; PEOPLE V. DACHINO. 111 CAL APP 4TH - 1429, 4 CAL. RPTR. 3d 691 (2d DIST. 2003) * RHINEHART V. - MUNICIPAL COURT, 35. CAL. 3d 772, 780, 200 CAL. RPTR. 916, 677 - P. 2d. 1206 (1984) * #6

Do you have an attorney for this petition? Yes X No_____

If you do, give the name and address of your attorney: (REQUESTED) FEDERAL PUBLIC DEFENDER *160 WEST SANTA CLARA SUITE 474, SAN JOSE, CA. 95113)

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on MAY. 17th 2007 YEAR [signature] James George Stamos Jr

Date: MAY SEVENTEENTH (- OF TWO THOUSAND SEVEN YEAR) Signature of Petitioner

FED DEF 5/17/07 MAILED (UNSIGNED) (NOTES)

(Rev. 6/02)

MC-275

Name [illegible]

Address NKSP RECEPTION CENTER

POST OFFICE BOX 4999

DELANO CA 93216-4999

CDC or ID Number T56728

SUPERIOR COURT OF THE STATE OF CALIFORNIA.

(Court)

[illegible]
Petitioner

vs.

PEOPLE OF THE STATE [illegible]
Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

No. ______________________

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**
- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.



Form Approved by the Judicial Council of California MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.; Cal. Rules of Court, rule 60(a)

American LegalNet, Inc. www.USCourtForms.com

(2) 5/30/2007 – TWO SETS OF 18-DOCUMENTS 36pgs
(1) FED DEF 5/31/2007 ONE 18PG SET
(1) 06-3-2007 –

This petition concerns:

[X] A conviction [ ] Parole

[ ] ~~A sentence~~ [ ] Credits

[ ] ~~Jail or prison conditions~~ [ ] ~~Prison discipline~~

[ ] ~~Other (specify):~~ ______

1. Your name: JAMES G STAMOS JR

2. Where are you incarcerated? MAIN JAIL-4C 150 W. HEDDING ST. SAN JOSE, CA. 95110.

3. Why are you in custody? [X] Criminal Conviction [ ] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

1ST DEGREE BURGLARY, RECEIVING-GT-STOLEN PROPERTY AND PRISON PRIOR.

b. Penal or other code sections: PENAL CODE §§ 459; 460(a) 496, 667.5.

c. Name and location of sentencing or committing court: SUPERIOR COURT OF CA. 605 W. EL CAMINO REAL, SUNNYVALE, CA. 94087

d. Case number: EE604989

e. Date convicted or committed: 12/01/2006

f. Date sentenced: (12-18-2006) DECEMBER 18, 2006

g. Length of sentence: N/

h. When do you expect to be released? IMMEDIATE

i. Were you represented by counsel in the trial court? [X] Yes. [ ] No. If yes, state the attorney's name and address:

MAIREAD O KEEFE - PUBLIC DEFENDER #211495 120 W. MISSION ST, SAN JOSE, CA. 95110. FILED (5-29-2006)

4. What was the LAST plea you entered? *(check one)*

[X] Not guilty [ ] Guilty [ ] Nolo Contendere [ ] Other: ______

5. If you pleaded not guilty, what kind of trial did you have?

[X] Jury [ ] Judge without a jury [ ] Submitted on transcript [ ] Awaiting trial

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

THE JUDGE SCHEDULED TRIAL DATE OVER STATUTORY TRIAL PERIOD!! DENIAL OF RIGHT TO SPEEDY TRIAL BY PUBLIC JURY, — — MISSTRIAL.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

ON-10-18-06 PUBLIC DEFENDER-SETH FLAGSBERG AND I OBJECTED TO TRIAL DATE BEING SET BEYOND THE 60 DAY SPEEDY TRIAL-WHEN I EXPLAINED THAT SINCE-APRIL 12TH 2006 ARRAINGMENT, I HAVE NOT BEEN BROUGHT TO TRIAL IN 60 DAYS. AS-I, AND SETH FLAGSBERG-SUBSTITUTE PUBLIC-DEF. DID OBJECT TO THE TRIAL DATE BEING SET FAR OF THE STATUTORY TIME PERIOD — THE JUDGE-JEAN HIGH WETENKAMP OVERULED 10-18-2006! AND TRIAL DATE WAS SET-(11-27-06) 10-18-2006, I MAILED FOR FILEING 6 PAGES MOTION TO DISMISS W/PROOF OF SERVICE, AND WRITTEN OBJECTION-10-19-06 MAILED, NEXT PAGE (4)

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)* SYKES V. SUPERIOR COURT (1973) 9 CAL 3d. 83, 94, 106 - (CAL. RPTR. 443, 83 P.2d 90) PENAL CODE §§ 1382(a)(2) — OWENS V SUPERIOR COURT 28 Cal. 3d. 238, 243, 168 Cal. RPTR, 466, 617 P.2d 1098 (1980); OVERBY V. MUNICIPAL COURT 121 CAL APP. 3d 377, 382, 175 -CAL RPTR 352 (1ST DIST. 1981); SEE PAGE FOUR (CONTINUE)

7. **Ground 2 or Ground** 1 *(if applicable):*

MISCARRIAGE OF JUSTICE AT TRIAL IN VIOLATION OF THE STATUTORY RIGHT TO SPEEDY TRIAL, CASE WAS NOT DISMISSED.

a. Supporting facts:

MOTION TO DISMISS WAS SENT, BY U.S. MAIL ON-10-18-2006 OBJECTION (10-19-2006 MAILED) TO 10/18/06 TRIAL BEING SET BEYOND STATUTORY PERIOD, AND FURTHER DOCUMENTS TO BE FILED OBJECTION 10-15-06 TO DENIAL OF STATEMENT OF DISQUALIFICATION UNDER CODE OF CIVIL PROCEDURES §170.1(a)(6) AND MOTION FOR SUBSTITUTION OF COUNSEL, AND TWO PAGES COMPLAINT FOR MALPRACTICE AGAINST MAIREAD OKEEFE, OTHER-DOC-RELATED, MAILED-10-22-2006, 11/02/2006, TOTAL 12 DOCUMENTS PROOFS OF SERVICES ON-11-08-2006 FIVE PAGES-MC-275 H/C WAS MAILED HABEAS CORPUS-COMPLETED/SIGNED-WITH-1-COURT CLERK LETTER TO SELF REPRESENT, IN PRO-PER-PROOF OF MAILING (10-18, 10-19, 10-22-06) - AND CERTIFICATE OF SERVICE BY. U.S. MAIL FOR 11/08/06 AND ONE FOR-10-18-2006, 10-19-2006 ON 11-27-06* I WAS TOLD I WAS START OF TRIAL TODAY - AND THAT THE COURT WAS NOT AWARE OF ALL ABOVE, AND FORCED THRU TRIAL AND CONVICTED THIS SHOULD BE REVERSED OR DISMISSED.

b. Supporting cases, rules, or other authority:

PEOPLE V. WILSON (1963) 60 Cal.2d 139, 147, 32 Cal RPTR. 44, 383 P.2d 452, BARKER V. MUNICIPAL COURT (1966) 64 Cal.2d 806, 812, - -51 Cal RPTR. 921, 415 P.2d 809; SYKES V. SUPERIOR COURT (1973) 9 Cal.3d 83, 94, 106 Cal. - -RPTR. 786, 507-P.2d 90; -

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☒ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): ______
   b. Result ______ c. Date of decision: ______
   d. Case number or citation of opinion, if known: ______
   e. Issues raised: (1) ______
   (2) ______
   (3) ______
   f. Were you represented by counsel on appeal? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known: ______

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No. If yes, give the following information:
   a. Result ______ b. Date of decision: ______
   c. Case number or citation of opinion, if known: ______
   d. Issues raised: (1) ______
   (2) ______
   (3) ______

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
______

11. Administrative Review:
   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
   NOT APPLICABLE
   b. Did you seek the highest level of administrative review available? ☐ Yes. ☐ No.
   *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: ______

(2) Nature of proceeding (for example, "habeas corpus petition"): ______

(3) Issues raised: (a) MOTION TO DISMISS PENAL CODE 1382(2)

(b) ______

(4) Result (*Attach order or explain why unavailable*): NOT HEARD

(5) Date of decision: ______

b. (1) Name of court: ______

(2) Nature of proceeding: ______

(3) Issues raised: (a) ______

(b) ______

(4) Result (*Attach order or explain why unavailable*): ______

(5) Date of decision: ______

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

______

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

______

16. Are you presently represented by counsel? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:
PUBLIC DEFENDER-MAIREAD OKEEFE BAR#211495
120 W.MISSION ST, SAN JOSE, CA 95110.

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes. ☐ No. If yes, explain:
11/08/2006 FIVE PAGES HABEAS CORPUS RE MOTION TO DISMISS NOT HEARD BEFORE TRIAL-SUPERIOR COURT OF CA PALO ALTO COURTHOUSE

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
CASE IN SUPERIOR COURT-OF CA COUNTY OF SANTA-CLARA COUNTY

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 12/04/2006 -2ND- 2-11-06 DUPLICATE COPIES

[signature]
(SIGNATURE OF PETITIONER)



MAILED 12/06/06

**Prosecutor engaged:** Pen C § 1050(g) permits delays in certain types of cases if the "prosecuting attorney assigned to the case" is engaged in a trial or hearing. Among the cases listed are offenses listed in Pen C § § 11165.1(a) (sexual assault offenses), 11165.6 (child abuse or neglect), 187 (murder), 646.9 (stalking), 999-999h (career criminals), and 13700 (domestic violence). A continuance under this exception is "limited to a maximum of 10 additional court days."

**Defendant's failure to appear:** If a defendant has been ordered to appear for trial or a pretrial hearing, and fails to appear and a bench warrant is issued, the statutory 60 day time limit is commenced again, starting from the date the defendant next appears in court. (Pen C § 1382 (c))

**Refiling:** A felony charge which is dismissed on speedy trial grounds may be refiled. However, prosecution is barred after a second dismissal unless one of the grounds listed in Pen C § 1387(b) exists or the offense is a violent felony and the prosecution can establish "excusable neglect" under Pen C § 1387.1.

**West's Key Number Digest**

West's Key Number Digest, Criminal Law 577.10

**Legal Encyclopedias**

C.J.S., Criminal Law § § 583, 591, 593, 600-601, 604

© 2005 Thomson/West

CACRIMMJIS § 21:18

END OF DOCUMENT

California Criminal Practice: Motions, Jury Instructions and Sentencing
Current through the 2005 update

Edward A. Rucker and Mark E. Overland
Chapter 21. Speedy Trial
V. Trial Delay

§ 21:19. Trial Delay (Felony)--Points and authorities

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ____________

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff, | Case No.: |
| v. STAMOS JR, Defendant. | POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS |

Defendant submits the following points and authorities in support of the motion to dismiss for violation of the defendant's statutory speedy trial rights:



**I UNLESS GOOD CAUSE TO THE CONTRARY IS SHOWN, THE COURT MUST ORDER THE ACTION DISMISSED WHEN A DEFENDANT IS NOT BROUGHT TO TRIAL WITHIN THE STATUTORY PERIOD**

Pen C § 1382(a)(2) provides in part:

> The court, unless good cause to the contrary is shown, shall order the action to be dismissed in the following cases: ...
>
> (2) When a defendant is not brought to trial in a superior court within 60 days after the finding of the indictment or filing of the information... .

**II THE DEFENDANT IS NOT REQUIRED TO SHOW PREJUDICE WHEN THERE HAS BEEN A VIOLATION OF THE STATUTORY RIGHT TO SPEEDY TRIAL**

In Overby v. Municipal Court, 121 Cal. App. 3d 377, 382, 175 Cal. Rptr. 352 (1st Dist. 1981), the Court of Appeal held that a violation of this statutory right to speedy trial results in dismissal of the action, unless good cause for the continuance can be established.

> When there has been a violation of the statutory guarantee of a speedy trial constitutional right, prejudice to the accused is presumed. He need not make any showing of actual prejudice. There is no balancing of his prejudice against the People's justification. Rather, the People have the burden of showing good cause for delay.

**III CONGESTION OF THE TRIAL COURT'S CALENDAR DOES NOT CONSTITUTE GOOD CAUSE TO DENY A MOTION TO DISMISS**

It is recognized that court congestion does not constitute good cause to satisfy the requirements of Penal Code § 1382. (Rhinehart v. Municipal Court, 35 Cal. 3d 772, 781, 200 Cal. Rptr. 916, 677 P.2d 1206 (1984); People v. Johnson, 26 Cal. 3d 557, 162 Cal. Rptr. 431, 606 P.2d 738, 16 A.L.R.4th 1255 (1980))

**IV THE TERM "BROUGHT TO TRIAL" MEANS CALLING THE CASE FOR TRIAL AND BEING READY THEREAFTER TO TRY THE MATTER TO ITS CONCLUSION**

The defendant must be "brought to trial" within the statutory period or the case dismissed, unless good cause can be shown. The court has determined that "an accused is 'brought to trial' within the meaning of section 1382 when a case has been called for trial by a judge who is normally available and ready to try the case to conclusion. The court must have committed its resources to the trial, and the parties must be ready to proceed and a panel of prospective jurors must be summoned and sworn." (Rhinehart v. Municipal Court, 35 Cal. 3d 772, 780, 200 Cal. Rptr. 916, 677 P.2d 1206 (1984))

**Notes**

**West's Key Number Digest**

West's Key Number Digest, Criminal Law 577.10

**Legal Encyclopedias**

C.J.S., Criminal Law § § 583, 591, 593, 600-601, 604

© 2005 Thomson/West

CACRIMMJIS § 21:19

REFILED
INFO FILED MAY 04 2006
JUNE 04, 2006



Attorney for Defendant

**Notes**

**Authorities**

Pen C § 1382(a)(2)

Rhinehart v. Municipal Court, 35 Cal. 3d 772, 200 Cal. Rptr. 916, 677 P.2d 1206 (1984)

**Commentary**

The statutory time period in which a felony matter must be brought to trial is set forth in Pen C § 1382. The statutory scheme provides that in the absence of a showing of good cause for delay, an information must be dismissed if the accused is not brought to trial within 60 calendar days of the date of arraignment on an indictment or information (Pen C § 1382(a)(2)). In calculating the statutory periods of Pen C § 1382, the time is based upon calendar days, not court days. (Owens v. Superior Court, 28 Cal. 3d 238, 243, 168 Cal. Rptr. 466, 617 P.2d 1098 (1980)). The deadline is the same for in-custody and out-of-custody defendants.

**Dismissal:** A violation of this statutory guarantee requires that the case be dismissed. The defendant need not make a showing of actual prejudice. There is no requirement to balance the prejudice to the defendant against the People's justification for the delay. Rather, the People have the burden of showing good cause for delay. (Owsley v. Municipal Court, 121 Cal. App. 3d 377, 382, 175 Cal. Rptr. 352 (1st Dist. 1981))

**60 day mandatory setting:** The trial court is required to set all felony cases for trial within 60 calendar days of the defendant's arraignment in the superior court unless a showing of good cause is made under Pen C § 1050 for setting a later date. (Pen C § 1049.5)

**10-day trialing period:** If a defendant consents to or requests a date beyond the initial 60 day statutory period, a 10-day "trailing period" is statutorily added after the last day to which the defendant consented that trial be commenced. (Pen C § 1382 (a)(2)(B)) However, if the case is continued beyond the initial period for good cause, there is no 10-day trailing period, and the case must be tried on the date set. (Tudman v. Superior Court, 29 Cal. App. 3d 129, 105 Cal. Rptr. 391 (2d Dist. 1972))

**Stipulated trailing period:** If a defendant "unilaterally" agrees to a non-statutory trailing period beyond the statutory 10-day trailing period contained in Pen C § 1382(a)(2)(B), then the statutory trailing period does not commence to run until the end of the non-statutory trailing period. For example, if a case is continued to June 1 and the defense unilaterally agrees that this date will be considered as "0 of 20," meaning a 20 day trailing period from June 1. The courts have held that this agreement constitutes consent to continue the case to the last agreed upon date (June 20) plus the 10 day statutory trailing period. (People v. Griffin, 235 Cal. App. 3d 1740, 1 Cal. Rptr. 2d 620 (4th Dist. 1991)) However, if both the prosecution and defense stipulate to a non-statutory trailing period (e.g. 15 or 20 days), then they have both waived their rights to the statutory 10-day grace period and have stipulated that the end of the non-statutory trailing period is the last day for trial. (Medina v. Superior Court, 79 Cal. App. 4th 1280, 1287, 94 Cal. Rptr. 2d 770 (2d Dist. 2000)) Both sides may also stipulate to a shorter trailing period, or even waive the statutory 10-day trailing period altogether and agree to a specific date that is the "last day" for trial that is truly the last day for trial. (Bailon v. Superior Court, 98 Cal. App. 4th 1331, 1337, 99 Cal. App. 4th 815I, 120 Cal. Rptr. 2d 360 (2d Dist. 2002))

**When trial is commenced:** The statutory period ends when the defendant is "bought to trial." (Pen C § 1382(a)(2)) The commencement of trial has been defined by the California Supreme Court as occurring when the case is called for trial by a judge available to try the case to its conclusion, the court has committed its resources to the trial, before a panel of jurors



summoned and sworn. (Rhinehart v. Municipal Court, 35 Cal. 3d 772, 780, 200 Cal. Rptr. 916, 677 P.2d 1206 (1984)) There must be a good faith commencement of the trial process, not just a sham device to avoid the impact of the statute. (Sanchez v. Municipal Court, 97 Cal. App. 3d 806, 159 Cal. Rptr. 91 (2d Dist. 1979); People v. Cory, 157 Cal. App. 3d 1094, 204 Cal. Rptr. 117 (2d Dist. 1984))

**Good Cause:** Dismissal is required only if the case is continued beyond the statutory period without good cause. (Pen C § 1382(a)) What constitutes good cause depends on the circumstances of each case: (1) failure of the Sheriffs to bring a custody defendant to court – held not good cause (Jackson v Superior Court (1991) 230 Cal. App. 3d. 1391, 1394); (2) the unavailability of any courts in which to try the case due to court congestion – held not good cause (Rhinehart v. Municipal Court, 35 Cal. 3d 772, 780, 200 Cal. Rptr. 916, 677 P.2d 1206 (1984)); (3) subpoenaed prosecution witness is unavailable or willfully defaults – held good cause (Gaines v. Municipal Court, 101 Cal. App. 3d 556, 161 Cal. Rptr. 704 (2d Dist. 1980)); and (4) defense counsel's need to adequately prepare – held good cause over defendant's objection (Greenberger v. Superior Court, 219 Cal. App. 3d 487, 267 Cal. Rptr. 849 (2d Dist. 1990))

**Waiver of speedy trial:** The defendant can request or consent to a trial date beyond the initial statutory period. (Pen C § 1382(a)(2)(B)) The consent may be express or implied; and a failure to object to a date beyond the statutory period constitutes consent. (People v. Wilson, 60 Cal. 2d 139, 32 Cal. Rptr. 44, 383 P.2d 452 (1963)) To preserve the defendant's right to speedy trial, an objection must be made at the time the case is set for trial beyond the statutory period and the defendant must move to dismiss the case after the time limit expires and before trial commences. (People v. Wilson, 60 Cal. 2d 139, 32 Cal. Rptr. 44, 383 P.2d 452 (1963))

**Waiver over defendant's objection:** The statutory right to speedy trial is not personal to the defendant, and can be waived by counsel over the defendant's objection, unless counsel was being "ineffective" or "indifferent." (Townsend v. Superior Court, 15 Cal. 3d 774, 780-782, 126 Cal. Rptr. 251, 543 P.2d 619 (1975)) However, if counsel is appointed, and the defendant objects, the waiver is not valid if it is done to resolve a calendar conflict [illegible] not for the defendant's benefit. The court must inquire whether another member of counsel's office or firm who could bring the case to trial within the statutory period, and if not, whether any newly appointed counsel [illegible] no other counsel can be obtained, the case should be continued. (People v. Johnson, 26 Cal. 3d 557, 162 Cal. Rptr. 431, 606 P.2d 738 [illegible] A.L.R.4th 1255 (1980))

**General waiver:** If counsel enters a "general time waiver," so that no trial date is initially set, the statutory 60 day period does not commence until the general waiver is withdrawn. (Pen C § 1382(a)(2)(A))

**Co-defendant continuance:** If two or more codefendants are joined, and the court for good cause continues the case of one codefendant, on motion of the prosecutor, there is good cause to continue all the joined defendants. (Pen C § 1050.1)

**Co-defendant continuances:** "[W]hile the preference for joint trial stated in section 1098 . . serves judicial economy and the convenience of the court and counsel, such a consideration cannot subordinate the defendant's state constitutional right to a speedy trial without a showing of exceptional circumstances." (Sanchez v. Superior Court, 131 Cal. App. 3d 884, 893, 182 Cal. Rptr. 703 (2d Dist. 1982)) A trial court abuses its discretion and denies a defendant's constitutional right to a speedy trial by continuing his trial beyond the speedy trial date, where the sole reason for the continuance is to maintain the joinder with a codefendant. The court must weigh any competing factors, such as the length of the delay, whether the continuance is necessary to adequately prepare the codefendants' case, and the defendant's statutory speedy trial right. (Arroyo v. Superior Court, 119 Cal. App. 4th 460, 14 Cal. Rptr. 3d 462 (4th Dist. 2004)).

**Amendment to the charges:** For an amendment to the information to toll the running of the statutory period, the amendment must go to the substance of the charges and included offenses are not considered substantial changes. (Perez v Superior Court (1980) 111 Cal App 3d 589, 593, 110 Cal Rptr 843; Huerta v Superior Court (1971) 18 Cal 3d 482, 485, 95 Cal Rptr 748)

(n14) Footnote 12. *Penal Code § 1382(a)(2)(A)*, (a)(3)(A) ; see § 62.03[2][b], [c].

(n15) Footnote 13. *Gregory v. Justice Court (1959) 168 Cal. App. 2d 719, 722, 336 P.2d 584* .

(n16) Footnote 14. *People v. Arnold (1980) 105 Cal. App. 3d 456, 459, 460, 164 Cal. Rptr. 367* ; *People v. Hernandez (1979) 97 Cal. App. 3d 451, 454-455, 158 Cal. Rptr. 742* ; see also *Bailon v. Appellate Division (2002) 98 Cal. App. 4th 1331, 120 Cal. Rptr. 2d 360* (when parties have specifically stipulated that particular day would be day 10 of 10-day trail period, even if incorrect about it the trial must be held by that date and no new 10-day trail period commences as result).

(n17) Footnote 15. *See* § § 62.02, 62.03.

(n18) Footnote 16. *Owens v. Superior Court (1980) 28 Cal. 3d 238, 248-253, 168 Cal. Rptr. 466, 617 P.2d 1098* ; *In re Lopez (1952) 39 Cal. 2d 118, 120, 245 P.2d 1* ; see § 62.04.

(n19) Footnote 17. *Penal Code § 1382(c)* .

(n20) Footnote 18. *In re Smiley (1967) 66 Cal. 2d 606, 631-632, 58 Cal. Rptr. 579, 427 P.2d 179* ; *People v. Byrd (1991) 233 Cal. App. 3d 806, 810-811, 285 Cal. Rptr. 128* .

(n21) Footnote 18.1. *People v. Frye (1998) 18 Cal. 4th 894, 77 Cal. Rptr. 2d 25, 959 P.2d 183* .

(n22) Footnote 18.2. *People v. Seaton (2001) 26 Cal. 4th 598, 110 Cal. Rptr. 2d 441, 28 P.3d 175* .

(n23) Footnote 18.3. *Barker v. Wingo (1972) 407 U.S. 514, 92 S. Ct. 2182, 33 L. Ed. 2d 101* (federal speedy trial right not waived when defendant remains silent); *People v. Seaton (2001) 26 Cal. 4th 598, 110 Cal. Rptr. 2d 441, 28 P.3d 175* (waiver of state but not federal speedy trial right).

(n24) Footnote 19. *See Penal Code § 1050(e)* .

**§ 62.06 Procedure for Exercising Right**

THE DEFENDANT MUST ASSERT THE RIGHT TO A SPEEDY TRIAL IN THE TRIAL COURT BEFORE TRIAL.n1 BY OBJECTION.n2 IF THE OBJECTION IS OVERRULED, THE DEFENDANT MUST MOVE TO DISMISS THE ACTION.n3

**[1]--Generally**

The right to a speedy trial must be asserted, if at all, in the trial court where the prosecution is pending and before the commencement of trial.n4 This right cannot be raised for the first time on appealn5 or by filing an extraordinary writ after a judgment of conviction.n6

Defense counsel should consider the tactical advantages of not asserting the defendant's right to a speedy trial. First, defense counsel will have more time to plea bargain and prepare for trial. Second, if the defendant is released on bail, he or she may not want to go to trial within the statutory period of time. Also, even if defense counsel succeeds in getting the case dismissed against the accused, the prosecutor may be able to refile the same charge against the defendant.n7 However, a second dismissal for the same reason will be a bar to a third prosecution.n8 A magistrate's denial of a speedy trial motion in a felony case does not reach the merits of guilt or innocence and is not binding upon the superior court, which must conduct a de novo hearing on the issue. A magistrate's ruling in favor of the defendant on a motion to dismiss for prosecutorial delay does not preclude relitigation of the issue in the de novo proceeding, regardless of whether the motion was made before or after the preliminary hearing.n9

**[2]--Objection to Delay**

Although a literal reading of *Penal Code Sections 1381* ,n10 1381.5 ,n11 and 1382n12 would indicate that the trial court must dismiss an action sua sponte if the prosecution fails to comply with one of these statutory provisions, the courts have interpreted these provisions to require the defendant:n13

(1) To object to the trial date when it is set and then request a trial date within the statutory period of time; or

(2) To request a trial date before the expiration of the statutory period of time if the court does not set a trial date within the statutory period of time.

The objection serves a twofold purpose:

(1) It alerts the trial court to the potential of a speedy trial violation, so that it can rectify the situation before an actual speedy trial violation occurs by setting a trial date within the statutory period of time;n14 and

(2) It puts the burden on the prosecution to show good cause for the delay.n15

FORCED TO TRIAL 11-27-2006 (TO BE FILED) NOTIFIED P.D. I MADE MOTION TO DISMISS AND LETTER TO REPRESENT MYSELF



If the accused fails to follow either of these procedures, his or her consent to the trial date, whenever it is set, will be presumed.n16

An oral objection to the trial date and an oral request for a trial date are customary. These actions must be taken in the court where the prosecution is pending and before commencement of trial.n17 Defense counsel should make certain that his or her objections are noted in the record in order to preserve them for appeal.n18 If the objection is overruled and the defendant is not brought to trial within the statutory period of time, the defendant may file a motion to dismiss the action for a denial of the right to a speedy trial.n19

**[3]--Motion to Dismiss Action for Denial of Right**

If the defendant's objection to the trial date is overruledn20 and the trial date is set beyond the statutory time limit, the trial court has no duty to dismiss the action. The accused must move in the trial court to dismiss the action in order to preserve a speedy trial claim for appeal.n21 This motion must be made as soon as reasonably possible after the expiration of the statutory time period and before trial.n22 A motion made before the expiration of the time period is probably premature and ineffective, but a motion made on the day set for trial or after the jury is sworn is definitely too late.n23 The motion should be made far enough in advance of the date set for trial so that, if it is denied, there will be sufficient time before trial to file an extraordinary writ.n24

Although the motion to dismiss may be either oral or written, a written motion is preferred.n25 It may be heard when it is made or at a later time set by the trial court. If the prosecutor at the hearing fails to show good cause for postponing the trial,n26 the court must dismiss the actionn27 and either:

(1) Discharge the defendant, if the defendant is in custody;n28 or

(2) Exonerate the defendant's bail, if the defendant is admitted to bail.n29

For a discussion of the methods for reviewing the trial court's ruling, see § 62.07.

**[4]--FORM--Motion to Dismiss Action for Denial of Right**

**[a]--Comment**

The following form illustrates a motion by the defendant for a pretrial hearing in superior court to dismiss the action for failing to bring it to trial within the statutory period of time. This motion should always be in writing, unless for some reason it is impossible to do so. Even then, a written motion should be tendered to the trial court.n30 It should be accompanied by a memorandum of points and authorities concerning the appropriate points of law and one or more declarations that state the facts upon which the motion is based.n31 A court may construe the moving party's failure to provide a memorandum of points and authorities as an admission that the motion is without merit.n32 It is unclear whether express notice of the motion to the prosecution is necessary because there is no statutory procedure for filing this motion.n33 However, since the motion affects the substantial rights of the people, some notice should be given. This motion must be filed before trial in order to preserve the right to seek judicial review of its denial,n34 and it may be heard at any time before trial.

**[b]--Form**

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ____________

Motion to Dismiss Action for Denial of Right

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA Plaintiff, | ) NO. |
| vs. | ) MOTION TO DISMISS |
| ____________, Defendant. | ) |

MAR. 07, 2006 / MAY APRIL 12, 2006 / JUNE 12, 2006 / * OCT. 04, 2006 / DEC 04, 2006 — 60

TO: The District Attorney, County of ____________, and [*name* ], Deputy District Attorney:

NOTICE IS HEREBY GIVEN that on [*date and time* ], or as soon thereafter as the matter may be heard, in Department ____ of the above-entitled court, defendant, [*name* ], will move for an order dismissing the action. This motion will be made on the grounds that defendant was denied his/her state and federal constitutional rights to a speedy trial, as guaranteed by California Constitution Article I, Section 15, and the Fourteenth Amendment to the United States Constitution, respectively. This motion will also be made on the grounds that defendant was denied his/her state statutory right to a speedy trial as guaranteed by *California Penal Code Section 1382(a)(2)* because he/she was not brought to trial within 60 days after his/her arraignment on an indictment/information, and there was no good cause for delay beyond this period of time.

The motion is based on this notice of motion, the attached memorandum of points and authorities, the pleadings and records on file in this action, the transcript of the preliminary hearing, and all evidence to be presented at the hearing.

Dated: ____________

10-12-2006 year IN PART MEMORANDUM WAIVER PART ONLY
10-18-2006 year (ALL *)

SUNNYVALE FAC.
605 W. EL CAMINO REAL
SUNNYVALE, CA 94087

CEN

PEOPLE VS. JAMES GEORGE STAMOS

A.K.A. NONE

DATE 04/12/2006 1:35 PM DEPT. 01
09/07/1968 CAC6248404 CDY BK:N

CLERK CELIA DAVILA CJA905 M

HEARING ARRAIGNMENT

JUDGE HON. JEAN HIGH WETENKAMP DV:

AGENCY CU-04303-S1692-SPURGEON

REPORTER LESLIE GARISH CHILD:

STATUS I-WARR-50000 TW

DEF. ATTY. D.A. Ramos APO

CHARGES F(001)PC459/460(A)

VIOLATION DATE 08/17/2005

4-20-06 830 D80

**NEXT APPEARANCE**

- [x] Defendant Present [ ] Not Present S/C
- [x] Atty Present F Flag Vacio AD/ PD / Legal Aide / Special App
- [ ] Arr'd [ ] Adv [x] Arr Wav [ ] Amend Comp/Info
- [ ] Arr [ ] Plea [ ] IDC [ ] PTC [ ] Prob / Sent
- [ ] Interpreter Sworn
- [ ] PC977 [ ] Filed [ ] On File [ ] Reptr. Adv / Wav
- [ ] Bail / OR / SORP [ ] Red Dr Rpt [ ] FAR/ERC [ ] Bail Apply [ ] Balance Exonerated
- [ ] NG [ ] Entered by CRT [ ] NGBRI / Adv
- [ ] PSet [ ] Prelim [ ] Readiness [ ] S/ B MTC [ ] Bail Exonerated [ ] Forfeited Bond #
- [ ] Denies Priors / Allegations / Enhancements / Refusal
- [ ] Further [ ] Jury [ ] CT [ ] Peo / Def Wav Jury
- [ ] Reassumption Filed [ ] Forfeiture Set Aside [ ] Bail Rein
- [ ] TW [x] TNW [ ] TW / WD [ ] TW Sentence
- [ ] Ref'd
- Costs Within 30 Days to Court
- [x] Ref (Appt PD) / AD / Legal Aide [ ] Conflict Decl
- [ ] APO / Prop 36 [ ] P36 Re-Assm't
- SORP / OR [ ] Revoked [ ] Reinstated [ ] May Post & Forfeit
- [ ] Relieved Appt'd
- [ ] Crim Proc Susp [ ] Rein
- [ ] BW Ordered $ [ ] Stayed [ ] To Issue
- [ ] Hrg on Motion
- [ ] Doubt Decl Pursuant PC 1368
- [ ] No Cite Release/SCIT [ ] No Request [ ] Cash Only
- [ ] Granted [ ] Denied [ ] Submitted [ ] Off Cal
- [ ] Subm on Report [ ] Found
- [ ] BW Set Aside [ ] Recalled [ ] Filed
- [ ] Stip to Comm [ ] Drs. Appointed
- [ ] Max Term [ ] Committed
- [ ] Proof of
- [ ] Prelim Wav [ ] Certified to General Jurisdiction
- [ ] MDA / COM Amended to
- [ ] Amended to [ ] (M) VC12500(a) / VC23103(a)
- [ ] Pur VC23103.5 [ ] DA Stmt Filed Other

**PLEA Conditions:** [ ] None [ ] No State Prison [ ] PC17 after Yr Prob [ ] Includes VOP [ ] Add to Cal

- [ ] Jail / Prison Term of
- [ ] Dismissal / Striking
- [ ] Submit time of Sent [ ] Harvey Stip
- [ ] Adv [ ] Max Pen [ ] Parole/Prob [ ] Appeal [ ] Immig. [ ] Reg PC290/HS11590/PC457.1/PC186.30 [ ] Future Serious Felony [ ] PC12021 (11.0) [ ] VC14607.8/PC666
- [ ] Wav Right to [ ] Counsel [ ] Court / Jury Trial [ ] Subpoena / Confront / Examine Witnesses [ ] Self-incrimination [ ] Written Waiver filed [ ] Plea / Absentia filed
- [ ] COP [ ] GUILTY [ ] NOLO CONTENDERE to charges & admits enhancements / allegations / priors [ ] PC17 [ ] Arbuckle [ ] Factual Basis found [ ] Findings stated
- [ ] Prop 36 Granted / Unamenable / Refused / Term. [ ] DEJ Eligibility Filed [ ] DEJ Granted / Rein / Term [ ] Guilty Plea Rendered
- [ ] Waives Referral [ ] Ref'd to APO Full Rpt [ ] **PROBATION DENIED**
- [ ] Sentenced to State Prison/County Jail [ ] Sent Suspended

**PROBATION** [ ] Execution [ ] Imposition of sentence suspended for probation period

- [ ] COURT [ ] FORMAL PROBATION GRANTED for Days / Mos / Yrs
- [ ] Report to APO within Days [ ] Terminated [ ] Upon Release
- [ ] Perform Hrs Volunteer Work as directed PO / SAP / CAP [ ] in lieu of fine
- [ ] Not drive w/o valid DL & Ins [ ] Adv VC23600 [ ] HTO [ ] Delete FOP/MOP
- [ ] MOP [ ] FOP [ ] 12 hrs [ ] 3 mos [ ] 6 mos Enroll within days
- [ ] DL Susp/Restrd/Revkd for [ ] To, from, during Work/Alco Prg/Jail/Sch/App
- [ ] IID Not Ordered/Rmvd term Yrs [ ] DSA Info/APO/DOR/CRT [ ] Filed
- [ ] No contact with victim or family / co-defts unless appr by APO [ ] PC1202.05
- [ ] DVPO issued / mod / term'd Exp [ ] Victim Present
- [ ] Not own/possess deadly weapons [ ] Destroy / Return Weapon
- [ ] Submit Search/Testing [ ] Educ/Voc Trng/Empl [ ] No alcohol / drugs or where sold
- [ ] Substance Abuse, DV, Psych, Parenting, Anger Mgmt, Theft cnsl / prgm
- [ ] PC296 (DNA) [ ] PC1202.1 HIV Test / Education

**VOP:** [ ] Wav [ ] Arr'd [ ] Admits/Denies Viol [ ] Court Finds VOP / No VOP

Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to

- [ ] Original Terms & Conditions Except as Amended herein
- [ ] Co-terminous with
- [ ] No Further Penalties / Reviews

**FINES/FEES: PAY TO** [ ] Ref to DOR [ ] COURT [ ] TODAY

| | | |
|---|---|---|
| COUNT | $ | + PA $ [ ] Purs HS11350d |
| COUNT | $ | + PA $ |
| AIDS / CPP | $ | + PA $ |
| DPF | $ | + PA $ |
| LAB | $ | + PA $ |
| DRF /RF | $ | Add'l RF $ Susp'd PC1202.45 |
| AEF | $ | Original Fine $ |
| SECA | $ | OTS PC2900.5 $ |
| NC | $ | TOTAL DUE $ |
| ASF /CPF | $ | Payments Granted / Modified |
| AR | $ | $ / Mo beginning |
| SHELTER | $ | FINE STAYED |
| DV | $ | Committed @ $ /day [ ] May Pay Out |
| ATTY | $ | Consec/Conc to |
| | $ | Fine / Fees [ ] Deemed Satisfied [ ] Commuted |
| P/INVEST | $ | [ ] P/SUP $ /Mo [ ] Waived |
| CJAF [ ] | | |

- [ ] Restitution $ to
- [ ] To be determined by APO/Court [ ] Referred to VWAC [ ] Collect Civilly

**JAIL/PRISON** [ ] See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons

County Jail

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CTS = ______ ACT + ______ [ ] PC4019 [ ] PC2933.1 = ______ TOTAL DAYS TOTAL TERM

- [ ] Straight time [ ] In Camp [ ] WWP [ ] PC1209 Fees [ ] Waived [ ] Court Reopen at All Except [ ] EMP/PSP/WF/ERP/DRP/Co Parole/NP
- [ ] Sent Deemed Served [ ] Rpt to Local Parole [ ] Adv of ___ Yrs Parole/Appeal Rights [ ] Consec [ ] Conc to
- [ ] Bal CJ Susp [ ] All but ___ Hrs/Days/Mos [ ] On Cond Complete Residential Treatment Prgm [ ] Serve Consec MO/TU/WE/TH/FR/SA/SU
- [ ] Pre-process AM/PM [ ] Stay / Surrender / Transport to @ AM/PM or Sooner

- [x] REMANDED-BAIL $ 50,000 [ ] NO BAIL [ ] COMMITTED [ ] RELEASED [ ] OR [ ] SORP [ ] DOC TO CONTACT JAC FOR ASSMT [ ] P36
- [ ] AS COND OF SORP [ ] BAIL INCREASED / REDUCED [ ] TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL [ ] UPON AVAIL BED

**PROMISE TO APPEAR:** I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.

BY ______________________ DEFENDANT

14 SUNNYVALE FAC
605 W. EL CAMINO REAL
SUNNYVALE, CA 94087

CASE NO.
CEN

DATE 04/20/2006 8:30 AM DEPT. 80

PEOPLE VS. JAMES STAMOS JR 09/07/1968 CAC6248404 CDY BKIN

A.K.A. NONE

CLERK JULIE NASHED Plopez CJA905 M

HEARING PLEA

JUDGE HON. AARON M. PERSKY DV:

AGENCY CU-04303-S1692-SPURGEON

REPORTER INNIE KINKADE CHILD:

STATUS I-SET -50000 TW

DEF. ATTY. PUBLIC DEFENDER D.A. Gennett

APO /

CHARGES F(001) PC457/460(A)

VIOLATION DATE

5-1-06 8:30 D81

NEXT APPEARANCE

- [x] Defendant Present [ ] Not Present [x] Atty Present Flagsberg AD / PD / Legal Aide / Special App
- [x] Arr'd [ ] Adv [ ] Arr Wav [ ] Amend Comp/Info [ ] Arr [ ] Plea [ ] IDC [ ] PTC [ ] Prob / Sent [ ] Interpreter [ ] Sworn
- [ ] PC977 [ ] Filed [ ] On File [ ] Reptr. Adv / Wav [ ] Bail / OR / SORP [ ] Rect Dr Rpt [ ] FAR / ERC [ ] Bail Apply [ ] Balance Exonerated
- [x] NG [ ] Entered by CRT [ ] NGBRI / Adv [ ] PSet [x] Prelim [ ] Readiness [ ] S / B MTC [ ] Bail Exonerated [ ] Forfeited Bond #
- [ ] Denies Priors / Allegations / Enhancements / Refusal [ ] Further [ ] Jury [ ] CT [ ] Req / Def Wav Jury [ ] Reassumption Filed [ ] Forfeiture Set Aside [ ] Bail Rein
- [ ] TW [x] TNW [ ] TW / WD [ ] TW Sentence [ ] Ref'd [ ] Costs Within 30 Days to Court
- [ ] Ref / Appt PD / AD / Legal Aide [ ] Conflict Decl [ ] APO / Prop 36 [ ] P36 Re-Assm't [ ] SORP / OR [ ] Revoked [ ] Reinstated [ ] May Post & Forfeit
- [ ] ______ Relieved ______ Appt'd [ ] Crim Proc Susp [ ] Rein [ ] BW Ordered $ [ ] Stayed [ ] To Issue
- [ ] Hrg on Motion ______ [ ] Doubt Decl Pursuant PC 1368 [ ] No Cite Release/SCIT [ ] No Request [ ] Cash Only
- [ ] Granted [ ] Denied [ ] Submitted [ ] Off Cal [ ] Subm on Report [ ] Found ______ [ ] BW Set Aside [ ] Recalled [ ] Filed
- [ ] Stip to Comm [ ] Drs. Appointed ______ [ ] Max Term ______ [ ] Committed ______ [ ] Prooftobe
- [ ] Prelim Wav [ ] Certified to General Jurisdiction [ ] MDA / COM Amended to ______ 8 HR Time Estimate
- [ ] Amended to [ ] (M) VC12500(a) / VC23103(a) [ ] Pur VC23103.5 [ ] DA Stmt Filed [ ] Other

**PLEA Conditions:** [ ] None [ ] No State Prison [ ] PC17 after ___ Yr Prob [ ] Includes VOP [ ] Add to Cal

- [ ] Jail / Prison Term of ______
- [ ] Dismissal / Striking ______ [ ] Subm time of Sent [ ] Harvey Stip
- [ ] Adv [ ] Max Pen [ ] Parole/Prob [ ] Appeal [ ] Immig [ ] Reg PC290/HS11590/PC457.1/PC186.30 [ ] Future Serious Felony [ ] PC12021 (1)(0) [ ] VC14607.8/PC666
- [ ] Wav Right to [ ] Counsel [ ] Court / Jury Trial [ ] Subpoena / Confront / Examine Witnesses [ ] Self-incrimination [ ] Written Waiver filed [ ] Plea / Absentia filed
- [ ] COP [ ] GUILTY [ ] NOLO CONTENDERE to charges & admits enhancements / allegations / priors [ ] PC17 [ ] Arbuckle [ ] Factual Basis found [ ] Findings stated
- [ ] Prop 36 Granted / Unamenable / Refused / Term [ ] DEJ Eligibility Filed [ ] DEJ Granted / Rein / Term / Fees $ ______ [ ] Guilty Plea Rendered
- [ ] Waives Referral [ ] Ref'd to APO Full Rpt [ ] PROBATION DENIED / FINES/FEES PAY TO [ ] Ref to DOR [ ] COURT [ ] TODAY
- [ ] Sentenced to ______ State Prison/County Jail [ ] Sent Suspended ______ COUNT $ ______ + PA $ ______ [ ] Purs HS11350d

**PROBATION** [ ] Execution [ ] Imposition of sentence suspended for probation period COUNT $ ______ + PA $ ______

- [ ] COURT [ ] FORMAL PROBATION GRANTED for ______ Days / Mos / Yrs AIDS / CPP $ ______ + PA $ ______
- [ ] Report to APO within ______ Days [ ] Terminated [ ] Upon Release DPF ______ + PA $ ______
- [ ] Perform ______ Hrs Volunteer Work as directed PO / SAP / CAP [ ] in lieu of fine LAB ______ + PA $ ______
- [ ] Not drive w/o valid DL & Ins [ ] Adv VC23600 [ ] HTO [ ] Delete FOP/MOP DRF / RF $ ______ Add'l RF $ ______ Susp'd PC1202.45
- [ ] MOP [ ] FOP [ ] 12 hrs [ ] 3 mos [ ] 6 mos Enroll within ______ days AEF $ ______ Original Fine $ ______
- [ ] DL Susp/Restrd/Rvkd for ______ [ ] To, from, during Work/Alc Prog/Jail/Sch/App SECA $ ______ CTS PC2900.5 $ ______
- [ ] IID Not Ordered/Rmvd/Term ______ Yrs [ ] DSA thru APO / DOR / CRT [ ] Filed NC $ ______ TOTAL DUE $ ______
- [ ] No contact with victim or family / co-defts unless appr by APO [ ] PC1202.05 ASF / CF $ ______ Payments Granted / Modified
- [ ] DVPO issued / mod / term'd Exp ______ [ ] Victim Present AR $ ______ $ ______ / Mo beginning ______
- [ ] Not own/possess deadly weapons [ ] Destroy / Return Weapons ______ SHELTER $ ______ FINE STAYED ______
- [ ] Submit Search/Testing [ ] Educ/Voc Trng/Empl [ ] No alcohol / drugs or where sold DV $ ______ Committed @ $ ______ /day [ ] May Pay Out
- [ ] Substance Abuse, DV, Psych, Parenting, Anger Mgmt, Theft cnsl / prgm ATTY $ ______ Consec/Conc to ______
- [ ] PC296 (DNA) [ ] PC1202.1 HIV Test / Education $ ______ Fine / Fees [ ] Deemed Satisfied [ ] Commuted

**VOP:** [ ] Wav [ ] Arr'd ______ [ ] Admits/Denies Viol [ ] Court Finds VOP / No VOP P/INVEST $ ______ [ ] P/SUP $ ______ /Mo [ ] Waived

Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to ______ CJAF [ ] $ ______

- [ ] Original Terms & Conditions Except as Amended herein [ ] Restitution $ ______ to ______
- [ ] Co-terminous with ______ [ ] No Further Penalties / Reviews [ ] To be determined by APO/Court [ ] Referred to VWAC [ ] Collect Civilly

**JAIL/PRISON** [ ] See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons, Other County Jail

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CTS = ______ ACT + ______ [ ] PC4019 [ ] PC2933.1 = ______ TOTAL DAYS ______ TOTAL TERM ______

- [ ] Straight time [ ] In Camp [ ] WWP [ ] PC1209 Fees [ ] Waived [ ] Court Recomm. all Alt / Except [ ] EM/PSP/WF/ERP/DRP/Co.Parole/NP ______
- [ ] Sent Deemed Served [ ] Rpt to Local Parole [ ] Adv of ___ Yrs Parole/Appeal Rights [ ] Consec [ ] Conc to ______
- [ ] Bal CJ Susp [ ] All but ______ Hrs/Days/Mos [ ] On Cond Complete Residential Treatment Prgm [ ] Serve Consec MO/TU/WE/TH/FR/SA/SU ______
- [ ] Pre-process ______ AM/PM [ ] Stay / Surrender / Transport to ______ @ ______ AM/PM or Sooner

- [x] REMANDED-BAIL $ 50,000 [ ] NO BAIL [ ] COMMITTED [ ] RELEASED [ ] OR [ ] SORP [ ] DOC TO CONTACT JAC FOR ASSM'T [ ] P36
- [ ] AS COND OF SORP [ ] BAIL INCREASED / REDUCED [ ] TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL [ ] UPON AVAIL BED

**PROMISE TO APPEAR:** I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side

BY ______ DEFENDANT

SUNNYVALE FAC
605 W. EL CAMINO REAL
SUNNYVALE, CA 94087

CASE NO. EE604789
CEN

PEOPLE VS. JAMES STAMOS JR
A.K.A. NONE

DATE 05/01/2006 8:30 AM DEPT. 81
09/07/1968 CAC6248404 CDY BK:N
CLERK CELIA DAVILA CJA905 M
HEARING PRELIMINARY EXAMINATION — 2Hrs
AGENCY CU-04303-S1692-SPURGEON
STATUS I-SET -50000 TW N
APO

JUDGE HON. JEAN HIGH WETENKAMP DV:
REPORTER BARBARA GONZALEZ CHILD:
DEF. ATTY. PUBLIC DEFENDER D.A. Jennette
CHARGES F(001)PC459/460(A)

VIOLATION DATE 09/17/2005

**NEXT APPEARANCE**

☒ Defendant Present ☐ Not Present ☒ Atty Present Flagsberg AD / PD / Legal Aide / Special App

☐ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info ☐ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob / Sent ☐ Interpreter ☐ Sworn

☐ PC977 ☐ Filed ☐ On File ☐ Reptr. Adv / Wav ☐ Bail/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR/ERC ☐ Bail Apply ☐ Balance Exonerated

☐ NG ☐ Entered by CRT ☐ NGBRI / Adv ☐ PSet ☐ Prelim ☐ Readiness ☐ S / B MTC ☐ Bail Exonerated ☐ Forfeited Bond #

☐ Denies Priors/ Allegations/ Enhancements/Refusal ☐ Further ☐ Jury ☐ CT ☐ Peo / Def Wav Jury ☐ Reassumption Filed ☐ Forfeiture Set Aside ☐ Bail Rein

☐ TW ☐ TNW ☐ TW / WD ☐ TW Sentence ☐ Ref'd ☐ $ Costs Within 30 Days to Court

☐ Ref / Appt PD / AD / Legal Aide ☐ Conflict Decl ☐ APO / Prop 36 ☐ P36 Re-Assm't SORP / OR ☐ Revoked ☐ Reinstated ☐ May Post & Forfeit

☐ ____ Relieved ____ Appt'd ☐ Crim Proc Susp ☐ Rein ☐ BW Ordered $ ____ ☐ Stayed ☐ To Issue

☐ Hrg on Motion ☐ Doubt Decl Pursuant PC 1368 ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only

☐ Granted ☐ Denied ☐ Submitted ☐ Off Cal ☐ Subm on Report ☐ Found ☐ BW Set Aside ☐ Recalled ☐ Filed

☐ Stip to Comm ☐ Drs. Appointed ____ ☐ Max Term ____ ☐ Committed ____ ☐ Proof of ____

☐ Prelim Wav ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to ____

☐ Amended to ☐ (M) VC12500(a) / VC23103(a) ☐ Pur VC23103.5 ☐ DA Stmt Filed Other: ____

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP ☐ Add to Cal

☐ Jail / Prison Term of ____

☐ Dismissal / Striking ____ ☐ Subm time of Sent ☐ Harvey Stip

☐ Adv ☐ Max Pen ☐ Parole/Prob ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future Serious Felony ☐ PC12021.1(10) ☐ VC14607.6/PC666

☐ Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed

☐ COP ☐ **GUILTY** ☐ **NOLO CONTENDERE** to charges & admits enhancements / allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated

☐ Prop 36 Granted / Unamenable / Refused / Term ☐ DEJ Eligibility Filed ☐ DEJ Granted / Rein / Term Fee $ ____ ☐ Guilty Plea Rendered

☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ **PROBATION DENIED**

☐ Sentenced to ____ State Prison/County Jail ☐ Sent Suspended ____

**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period

☐ COURT ☐ FORMAL PROBATION GRANTED for ____ Days / Mos / Yrs

☐ Report to APO within ____ Days ☐ Terminated ☐ Upon Release

☐ Perform ____ Hrs Volunteer Work as directed PO / SAP / CAP ☐ in lieu of fine

☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Delete FOP/MOP

☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 6 mos Enroll within ____ days

☐ DL Susp/Restrd/Rvkd for ____ ☐ To, from, during Work/AlcoPrg/Jail/Sch/App

☐ IID Not Ordered / Installed for ____ Yrs ☐ DSA thru APO / DOR / CRT ☐ Filed

☐ No contact with victim or family / co-defts unless appr by APO ☐ PC1202.05

☒ DVPO issued / mod / term'd Exp 5-1-07 ☒ Victim Present

☐ Not own/possess deadly weapons ☐ Destroy / Return Weapon

☐ Submit Search/Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold

☐ Substance Abuse, DV, Psych, Parenting, Anger Mgmt, Theft cnsl / prgm

☐ PC296 (DNA) ☐ PC1202.1 HIV Test / Education

**VOP:** ☐ Wav ☐ Arr'd ____ ☐ Admits/Denies Viol ☐ Court Finds VOP / No VOP

Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to ____

☐ Original Terms & Conditions Except as Amended herein

☐ Co-terminous with ____ ☐ No Further Penalties / Reviews

**FINES/FEES:** PAY TO ☐ Ref to DOR ☐ COURT ☐ TODAY

COUNT ____ $ ____ + PA $ ____ ☐ Purs HS11350d
COUNT ____ $ ____ + PA $ ____
AIDS / CPP $ ____ + PA $ ____
DPF $ ____ + PA $ ____
LAB $ ____ + PA $ ____
DRF / RF $ ____ Add'l RF $ ____ Susp'd PC1202.45
AEF $ ____ Original Fine $ ____
SECA $ ____ CTS PC2900.5 $ ____
NC $ ____ TOTAL DUE $ ____
ASF / CPF $ ____ Payments Granted / Modified
AR $ ____ $ ____ / Mo beginning ____
SHELTER $ ____ FINE STAYED ____
DV $ ____ Committed @ $ ____ /day ☐ May Pay Out
ATTY $ ____ Consec/Conc to ____
$ ____ Fine / Fees ☐ Deemed Satisfied ☐ Commuted
P/INVEST $ ____ ☐ P/SUP $ ____ /Mo ☐ Waived
CJAF ☐ $ ____
☐ Restitution $ ____ to ____
☐ To be determined by APO/Court ☐ Referred to VWAC ☐ Collect Civilly

**JAIL/PRISON** ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | County Jail HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CTS = ____ ACT + ____ ☐ PC4019 ☐ PC2933.1 = ____ TOTAL DAYS ____ TOTAL TERM ____

☐ Straight time ☐ In Camp ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Recomm ☐ All / Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP ____

☐ Sent Deemed Served ☐ Rpt to Local Parole ☐ Adv of ____ Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to ____

☐ Bal CJ Susp ☐ All but ____ Hrs/Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU ____

☐ Pre-process ____ AM/PM ☐ Stay / Surrender / Transport to ____ @ ____ AM/PM or Sooner

☐ REMANDED-BAIL $ 50K ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSMT ☐ P36
☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL ☐ UPON AVAIL BED

**PROMISE TO APPEAR:** I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.

BY ____ DEFENDANT

SUPERIOR COURT
605 W. EL CAMINO REAL
SUNNYVALE, CA 94087

CASE NO. [redacted]
CEN
DATE 05/15/2006 1:30 PM DEPT. 80

PEOPLE VS. JAMES STAMOS JR TMN George
A.K.A. NONE
09/07/1968 CAC6248404 CDY BK:N
CLERK JULIE NASHED CJA905 M
HEARING INFORMATION
JUDGE HON. AARON M. PERSKY DV:
AGENCY CU-04303-S1692-SPURGEON
REPORTER LINNIE KINKADE CHILD:
STATUS I-SET -50000 TW No
DEF. ATTY. PUB DEF
D.A. Gemotti
APO
CHARGES F(001)PC459/460(A) F(002)PC459/460(B) VIOLATION DATE
F(003)PC496(A) 09/17/2005

NEXT APPEARANCE ~~6-5-06 1:30 D81 PTC~~ 6-12-06 8:30 D81 - MTC

☒ Defendant Present ☐ Not Present ☒ Atty Present O'Keefe AD (PD) / Legal Aide / Special App

☐ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info ☐ Arr ☐ Plea ☐ IDC ☐ PTC ☒ Prob / Sent ☐ Interpreter ☐ Sworn

☐ PC977 ☐ Filed ☐ On File ☐ Reptr. Adv / Wav ☐ Bail/OR/SORP ☐ Rect Dr Rpt ☐ FAR/ERC ☐ Bail Apply ☐ Balance Exonerated

☒ NG ☐ Entered by CRT ☐ NGBRI / Adv ☐ PSet ☐ Prelim ☐ Readiness ☐ S/B MTC ☐ Bail Exonerated ☐ Forfeited Bond #

☐ Denies Priors/Allegations/Enhancements/Refusal ☐ Further ☐ Jury ☐ CT ☐ Pec/Def Wav Jury ☐ Reassumption Filed ☐ Forfeiture Set Aside ☐ Bail Rein

☐ TW ☒ TNW ☐ TW / WD ☐ TW Sentence ☐ Ref'd ☐ Costs Within 30 Days to Court

☐ Ref / Appt PD / AD / Legal Aide ☐ Conflict Decl ☐ APO / Prop 36 ☐ P36 Re-Assmt ☐ SORP / OR ☐ Revoked ☐ Reinstated ☐ May Post & Forfeit

☐ Relieved Appt'd ☐ Crim Proc Susp ☐ Rein ☐ BW Ordered $ ☐ Stayed ☐ To Issue

☐ Hrg on Motion ☐ Doubt Decl Pursuant PC 1368 ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only

☐ Granted ☐ Denied ☐ Submitted ☐ Off Cal ☐ Subm on Report ☐ Found ☐ BW Set Aside ☐ Recalled ☐ Filed

☐ Stip to Comm ☐ Drs. Appointed ☐ Max Term ☐ Committed ☐ Proof of

☐ Prelim Wav ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to

☐ Amended to ☐ (M) VC12500(a) / VC23103(a) ☐ Pur VC23103.5 ☐ DA Stmt Filed ☐ Other 1 week trial 20T

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after Yrs Prob ☐ Includes VOP ☐ Adds to Cal

☐ Jail / Prison Term of

☐ Dismissal / Striking ☐ Sub'm time of Sent ☐ Harvey Stip

☐ Adv ☐ Max Pen ☐ Parole/Prob ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future Serious Felony ☐ PC12021.(10) ☐ VC14607.8/PC666

☐ Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed

☐ COP ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhancements / allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated

☐ Prop 36 Granted / Unamenable / Refused / Term ☐ DEJ Eligibility Filed ☐ DEJ Granted / Rein / Term Fee $ ☐ Guilty Plea Rendered

☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ **PROBATION DENIED**

☐ Sentenced to State Prison/County Jail ☐ Sent Suspended

**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period

☐ COURT ☐ FORMAL PROBATION GRANTED for Days / Mos / Yrs

☐ Report to APO within Days ☐ Terminated ☐ Upon Release

☐ Perform Hrs Volunteer Work as directed PO / SAP / CAP ☐ in lieu of fine

☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Delete FOP/MOP

☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 6 mos Enroll within days

☐ DL Susp/Restrd/Rvkd for ☐ To, from, during Work/Alco Pro/Jail/Sch/App

☐ IID Not Ordered/Rmvd Term Yrs ☐ DSA thru APO / DOR / CRT ☐ Filed

☐ No contact with victim or family / co-defts unless appr by APO ☐ PC1202.05

☐ DVPO issued / mod / term'd Exp. ☐ Victim Present

☐ Not own/possess deadly weapons ☐ Destroy / Return Weapon

☐ Submit Search/Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold

☐ Substance Abuse, DV, Psych, Parenting, Anger Mgmt, Theft cnsl / prgm

☐ PC296 (DNA) ☐ PC1202.1 HIV Test / Education

**VOP:** ☐ Wav ☐ Arr'd ☐ Admits/Denies Viol ☐ Court Finds VOP / No VOP

Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to

☐ Original Terms & Conditions Except as Amended herein

☐ Co-terminous with ☐ No Further Penalties / Reviews

**FINES/FEES:** PAY TO ☐ Ref to DOR ☐ COURT ☐ TODAY

COUNT $ + PA $ ☐ Pursu HS11350d

COUNT $ + PA $

AIDS / CPP $ + PA $

DPF $ + PA $

LAB $ + PA $

DRF / RF $ Add'l RF $ Susp'd PC1202.45

AEF $ Original Fine $

SECA $ CTS PC2900.5 $

NC $ TOTAL DUE $

ASF / CPF $ Payments Granted / Modified

AR $ $ / Mo beginning

SHELTER $ FINE STAYED

DV $ Committed @ $ /day ☐ May Pay Out

ATTY $ Consec/Conc to

$ Fine / Fees ☐ Deemed Satisfied ☐ Commuted

P/INVEST $ ☐ P/SUP $ /Mo ☐ Waived

CJAF ☐ $

☐ Restitution $ to

☐ To be determined by APO/Court ☐ Referred to VWAC ☐ Collect Civilly

**JAIL/PRISON** ☐ See Attachmt Rg for Add'l Orders, Charges, PC1385 Reasons County Jail

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CTS = ACT + ☐ PC4019 ☐ PC2933.1 = TOTAL DAYS TOTAL TERM

☐ Straight time ☐ In Camp ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Recommends All / Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP

☐ Sent Deemed Served ☐ Rpt to Local Parole ☐ Adv of ☐ Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to

☐ Bal CJ Susp ☐ All but Hrs/Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU

☐ Pre-process AM/PM ☐ Stay / Surrender / Transport to @ AM/PM or Sooner

☒ REMANDED-BAIL $ 50K ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSMT ☐ P36

☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL ☐ UPON AVAIL BED

**PROMISE TO APPEAR:** I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.

BY ______________________ DEFENDANT

SUPERIOR COURT
605 W. EL CAMINO REAL
SUNNYVALE, CA 94087

CASE NO. EE604989
CEN 06506628
DATE 06/05/2006 1:30 PM DEPT. 81
PEOPLE VS. JAMES GEORGE STAMOS JR 09/07/1960 CAC6248404 CDY BETN
A.K.A. NONE
CLERK REGINA LOPEZ Fortuno CJA909 M
HEARING PRETRIAL CONFERENCE
JUDGE HON. JEAN HIGH WETENKAMP DV: AGENCY CU-04303-81692-SPURGEON
REPORTER LESLIE GARISH CHILD: STATUS I-SET -30000 TW N
DEF. ATTY PUB DEF D.A. Garnett APO
CHARGES F(001)PC459/460(A) F(002)PC459/460(B) VIOLATION DATE
VTC F(003)PC496(A) 08/17/2005

NO ACCEPT

6-12-06 8:30 D-81 -RAS 6-6-06 130 D81

**NEXT APPEARANCE**

☑ Defendant Present ☐ Not Present ☑ Atty Present Kennedy for OKeefe AD / PD / Legal Aide / Specially App
☐ Arr'd ☐ Adv ☐ Arr Wav'd ☐ Amend Comp/Info ☑ Arr ☐ Plea ☐ IDC ☑ PTC ☐ Prob / Sent ☐ Interpreter ☐ Sworn
☐ PC977 ☐ Filed ☐ On File ☐ Reptr. Adv / Wav'd ☐ Bail / OR / SORP ☐ Rect Dr Rpt ☐ PAR / ERC ☐ Bail Apply ☐ Balance Exonerated
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv ☐ PSet ☐ Prelim ☐ Readiness ☐ S/B MTC ☐ Bail Exonerated ☐ Forfeited Bond #
☐ Denies Priors/Allegations/Enhancements/Refusal ☐ Further ☐ Jury ☐ CT ☐ Pac / Def Wav Jury ☐ Reassumption Filed ☐ Forfeiture Set Aside ☐ Bail Rein
☐ TW ☐ TNW ☐ TW / WD ☐ TW Sentence ☐ Ref'd ☐ Costs Within 30 Days to Court
☐ Ref / Appt PD / AD / Legal Aide ☐ Conflict Decl ☐ APO / Prop 36 ☐ P36 Re-Assm't ☐ SORP / OR ☐ Revoked ☐ Reinstated ☐ May Post & Forfeit
☐ ______ Relieved ______ Appt'd ☐ Crim Proc Susp ☐ Rein ☐ BW Ordered $ ______ ☐ Stayed ☐ To Issue
☐ Hrg on Motion ______ ☐ Doubt Decl Pursuant PC 1368 ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only
☐ Granted ☐ Denied ☐ Submitted ☐ Off Cal ☐ Subm on Report ☐ Found ______ ☐ BW Set Aside ☐ Recalled ☐ Filed
☐ Stip to Comm ☐ Drs. Appointed ______ ☐ Max Term ______ ☐ Committed ______ ☐ Proof of ______
☐ Prelim Wav ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to ______
☐ Amended to ☐ (M) VC12500(a) / VC23103(a) ☐ Pur VC23103.5 ☐ DA Stmt Filed ☐ Other ______

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP ☐ Add to Cal
☐ Jail / Prison Term of ______
☐ Dismissal / Striking ______ ☐ Subm time of Sent ☐ Harvey Stip
☐ Adv ☐ Max Pen ☐ Parole/Prob ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future Serious Felony ☐ PC12021 (f)(1) ☐ VC14607.8/PC666
☐ Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed
☐ COP ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhancements / allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated
☐ Prop 36 Granted / Unamenable / Refused / Term ☐ DEJ Eligibility Filed ☐ DEJ Granted / Rein / Term Fee $ ______ ☐ Guilty Plea Rendered
☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ **PROBATION DENIED** **FINES/FEES:** PAY TO ☐ Ref to DOR ☐ COURT ☐ TODAY
☐ Sentenced to ______ State Prison/County Jail ☐ Sent Suspended ______ COUNT ______ $ ______ + PA $ ______ ☐ Pursuant HS11350d

**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period COUNT ______ $ ______ + PA $ ______
☐ COURT ☐ FORMAL PROBATION GRANTED for ______ Days / Mos / Yrs AIDS / CPP $ ______ + PA $ ______
☐ Report to APO within ______ Days ☐ Terminated ☐ Upon Release DPF $ ______ + PA $ ______
☐ Perform ______ Hrs Volunteer Work as directed PO / SAP / CAP ☐ In lieu of fine LAB $ ______ + PA $ ______
☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Delete FOP/MOP DRF / RF $ ______ Add'l RF $ ______ Susp'd PC1202.45
☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 6 mos Enroll within ______ days AEF $ ______ Original Fine $ ______
☐ DL Susp/Restrict/Rvk for ______ ☐ To, from, during Work/Alc Pgm/Jail/Sch/App SECA $ ______ CTS PC2900.5 $ ______
☐ ID Not Ordered / Rmvd Term ______ Yrs ☐ DSA thru APO / DOR / CRT ☐ Filed NC $ ______ TOTAL DUE $ ______
☐ No contact with victim or family / co-defts unless appr by APO ☐ PC1202.05 ASF / CPF $ ______ Payments Granted / Modified
☐ DVPO Issued / mod / term'd Exp ______ ☐ Victim Present AR $ ______ $ ______ / Mo beginning ______
☐ Not own/possess deadly weapons ☐ Destroy / Return Weapon ______ SHELTER $ ______ FINE STAYED ______
☐ Submit Search/Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold DV $ ______ Committed @ $ ______ /day ☐ May Pay Out
☐ Substance Abuse, DV, Psych, Parenting, Anger Mgmt, Theft cnsl / prgm ATTY $ ______ Consec/Conc to ______
☐ PC296 (DNA) ☐ PC1202.1 HIV Test / Education $ ______ Fine / Fees ☐ Deemed Satisfied ☐ Commuted
**VOP:** ☐ Wav ☐ Arr'd ______ ☐ Admits/Denies Viol ☐ Court Finds VOP / No VOP P/INVEST $ ______ ☐ P/SUP $ ______ /Mo ☐ Waived
Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to ______ CJAF ☐ $ ______
☐ Original Terms & Conditions Except as Amended herein ☐ Restitution $ ______ to ______
☐ Co-terminous with ______ ☐ No Further Penalties / Reviews ☐ To be determined by APO/Court ☐ Referred to VWAC ☐ Collect Civilly

**JAIL/PRISON** ☐ See Attachment for Add'l Orders, Charges, PC1385 Reasons County Jail

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CTS = ______ ACT + ______ ☐ PC4019 ☐ PC2933.1 ______ TOTAL DAYS ______ TOTAL TERM ______
☐ Straight time ☐ In Camp ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Recomm ☐ All / Except ☐ EMP/PSP/WF/ERP/DRP/Co.Parole/NP
☐ Sent Deemed Served ☐ Rpt to Local Parole ☐ Adv of ______ Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to ______
☐ Bal CJ Susp ☐ All but ______ Hrs/Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
☐ Pre-process ______ AM/PM ☐ Stay / Surrender / Transport to ______ @ ______ AM/PM or Sooner

☑ REMANDED-BAIL $ 50K ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSMT ☐ P36
☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL ☐ UPON AVAIL BED

**PROMISE TO APPEAR:** I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.
BY ______ DEFENDANT

SUPERIOR COURT
605 W. EL CAMINO REAL
SUNNYVALE, CA 94087

PEOPLE VS. JAMES GEORGE STAMOS JR
A.K.A. NONE

EE604989
CEN 06506628
DATE 06/16/2006 1:30 PM DEPT. 81
09/07/1968 CAC6248404 CDY BK:N
CLERK CELIA DAVILA CJA905 M
HEARING ORDER OF COURT / In Limine Motions
AGENCY CU-04303-S1692-SPURGEON
STATUS I-SET -50000 APO
TWN

JUDGE HON. JEAN HIGH WETENKAMP DV:
REPORTER BARBARA GONZALEZ CHILD:
DEF. ATTY PUB DEF D.A. Gemetti
CHARGES F(001)PC459/460(A) F(002)PC459/460(B) VIOLATION DATE
F(003)PC496(A) 09/17/2005

NEXT APPEARANCE ATC — 6/19/06, 830 D21 — RAG

☒ Defendant Present ☐ Not Present ☒ Atty Present Mairead O'Keefe AD (PD) Legal Aide/Special App
☐ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info ☐ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob / Sent ☐ Interpreter ☐ Sworn
☐ PC977 ☐ Filed ☐ On File ☐ Reptr. Adv / Wav ☐ Bail/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR/ ERC ☐ Bail Apply ☐ Balance Exonerated
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv ☐ PSet ☐ Prelim ☐ Readiness ☐ S / B MTC ☐ Bail Exonerated ☐ Forfeited Bond #
☐ Denies Priors/ Allegations/ Enhancements/ Refusal ☐ Further ☐ Jury ☐ CT ☐ Peo / Def Wav Jury ☐ Reassumption Filed ☐ Forfeiture Set Aside ☐ Bail Rein
☐ TW ☐ TNW ☐ TW / WD ☐ TW Sentence ☐ Ref'd ☐ Costs Within 30 Days to Court
☐ Ref / Appt PD / AD / Legal Aide ☐ Conflict Decl ☐ APO / Prop 36 ☐ P36 Re-Assm't SORP / OR ☐ Revoked ☐ Reinstated ☐ May Post & Forfeit
☐ Relieved Appt'd ☐ Crim Proc Susp ☐ Rein ☐ BW Ordered $ ☐ Stayed ☐ To Issue
☒ Hrg on Motion In Limine ☐ Doubt Decl Pursuant PC 1368 ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only
☐ Granted ☒ Denied ☐ Submitted ☐ Off Cal ☐ Subm on Report ☐ Found ☐ BW Set Aside ☐ Recalled ☐ Filed
☐ Stip to Comm ☐ Drs. Appointed ☐ Max Term ☐ Committed ☐ Proof of — Peo's In Limine
☐ Prelim Wav ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to Motions re: Admissibility
☐ Amended to ☐ (M) VC12500(a) / VC23103(a) ☐ Pur VC23103.5 ☐ DA Stmt Filed ☐ Other Def. In Limine
**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP Motions and ☐ Add to Cal
☐ Jail / Prison Term of Motion to Exclude Evidence Witness Wolbert (?) Denied
☐ Dismissal / Striking ☐ Subm time of Sent ☐ Harvey Stip
☐ Adv ☐ Max Pen ☐ Parole/Prob ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future Serious Felony ☐ PC12021 (110) ☐ VC14607.8/PC666
☐ Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed
☐ COP ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhancements / allegations / priors ☐ RC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated
☐ Prop 36 Granted / Unamenable / Refused / Term ☐ DEJ Eligibility Filed ☐ DEJ Granted / Rein / Term Fee $ ☐ Guilty Plea Rendered
☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ **PROBATION DENIED**
☐ Sentenced to ____ State Prison/County Jail ☐ Sent Suspended
**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period
☐ COURT ☐ FORMAL PROBATION GRANTED for ____ Days / Mos / Yrs
☐ Report to APO within ____ Days ☐ Terminated ☐ Upon Release
☐ Perform ____ Hrs Volunteer Work as directed PO / SAP / CAP ☐ in lieu of fine
☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Delete FOP/MOP
☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 6 mos Enroll within ____ days
☐ DL Susp/Restrd/Rvkd for ____ ☐ To, from, during Work/AlcoPrg/Jail/Sch/App
☐ IID Not Ordered / Rmv'd term ____ Yrs ☐ DSA thru APO / DOR / CRT ☐ Filed
☐ No contact with victim or family / co-defts unless appr by APO ☐ PC1202.05
☐ DVPO issued / mod / term'd Exp ☐ Victim Present
☐ Not own/possess deadly weapons ☐ Destroy / Return Weapon
☐ Submit Search/Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold
☐ Substance Abuse, DV, Psych, Parenting, Anger Mgmt, Theft cnsl / prgm
☐ PC296 (DNA) ☐ PC1202.1 HIV Test / Education
**VOP:** ☐ Wav ☐ Arr'd ☐ Admits/Denies Viol ☐ Court Finds VOP / No VOP
Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to
☐ Original Terms & Conditions Except as Amended herein
☐ Co-terminous with ☐ No Further Penalties / Reviews

**FINES/FEES:** PAY TO ☐ Ref to DOR ☐ COURT ☐ TODAY
COUNT ____ $____ + PA $____ ☐ Pure HS11350d
COUNT ____ $____ + PA $____
AIDS / CPP $____ + PA $____
DPF $____ + PA $____
LAB $____ + PA $____
DRF / RF $____ Add'l RF $____ Susp'd PC1202.45
AEF $____ Original Fine $____
SECA $____ CTS PC2900.5 $____
NC $____ TOTAL DUE $____
ASF / CPF $____ Payments Granted / Modified
AR $____ $____ / Mo beginning
SHELTER $____ FINE STAYED
DV $____ Committed @ $____ /day ☐ May Pay Out
ATTY $____ Consec/Conc to
P/INVEST $____ Fine / Fees ☐ Deemed Satisfied ☐ Commuted
CJAF ☐ P/SUP $____ /Mo ☐ Waived
☐ Restitution $____ to
☐ To be determined by APO/Court ☐ Referred to VWAC ☐ Collect Civilly

**JAIL/PRISON** ☐ See Attachmt Pg for Add'l Orders, Charges, PC1385 Reasons County Jail

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | → to be reset by Dept | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CTS = ____ ACT + ____ ☐ PC4019 ☐ PC2933 TOTAL DAYS TOTAL TERM
☐ Straight time ☐ In Camp ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Recomm ☐ Alt / Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP
☐ Sent Deemed Served ☐ Rpt to Local Parole ☐ Adv of App / Parole / Appeal Rights ☐ Consec ☐ Conc to
☐ Bal CJ Susp ☐ All but ____ Hrs/Days/Mos ☐ On Comp Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
☐ Pre-process ____ AM/PM ☐ Stay / Surrender / Transport to ____ @ ____ AM/PM or Sooner

☐ REMANDED-BAIL $ 50K ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSMT ☐ P36
☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL ☐ UPON AVAIL BED

**PROMISE TO APPEAR:** I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.
BY ____________________ DEFENDANT

Main Jail [ ] Main Jail South [ ] North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM

CEU 06023997 #61012

Elmwood [ ] CCW [ ] WRC [ ]

| INMATE'S NAME: JAMES G STAMOS JR | BOOKING NUMBER: CJA905 | HOUSING UNIT: 4C-B(CELL 08) MJ- |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: CEU#06506628, I WOULD LIKE TO RECEIVE-ALL MY COPIES OF D-24-COURT ABSTRACT FOR DATES I BEEN TO COURT-06/28/06, AND 8/30/2006 AND 10/04/2006 1/2 AND 10/18/2006; BROWN DEFENDANTS COURT ABSTRACTS NEVER RECEIVED! REQUESTED AND WAS NOT PROVIDED COPYS OF OR ORIGINAL-BROWN DEFENATS COURT ABSTRACT, ALSO NEEDED

WHAT SOLUTION ARE YOU RECOMMENDING?: SHERIFF REPORT-05-260 0060 (& ABOVE) RECEIVED -ASAP-

Your Signature: James G Stamos Jr Date: 10/19/06 Time: 1125 (AM)/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: THURSDAY Date: 10/19/06 Time: 1315 Officer: Gonzales. A #2646 Team: B

RESPONDING OFFICER'S STATEMENT (Please print): Forwarded to CEU

[ ] Resolved [ ] Refer to Level II

Officer's Name: X James G Stamos Jr Team: Date:

SUPERVISOR'S ACTION: (11-01-2006) JAMES G STAMOS JR

[ ] Resolved [ ] Refer to Level III

Supervisor's Name: Team: Date: / /

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: Date: / / Time:

SUPPORT SERVICE RESPONSE: Unit Assigned: Date Assigned: / /
Date Due: / /

Response by: Title: Date: / / Time: > DISTRIBUTION

FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: Date: / / Time:

RESPONSE RETURNED TO INMATE: Date: / / Time: By:

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

6885 REV 7/92

2625 Middlefield Road, #610
Palo Alto, CA 94306-2516
Telephone: (415) 305-1710

May 12, 2007

James G. Stamos, Jr.
T-56728
CSP-SAC-Folsom
P.O. Box 290066
Represa, CA 95671-0066

RE: *People v. James G. Stamos, Jr., Appeal No. H031047; Santa Clara County Superior Court No. EE604989*

**CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION**

Dear Mr. Stamos,

Thank you for your letter dated May 3rd where you asked whether I had received your letters dated March 15th, April 15th and April 19th. I did receive them and I researched the issues you raised about your right to a speedy trial and the calculation of credits for the time you spent awaiting trial. Unfortunately, I don't see any grounds for appeal based on these issues.

First, you are correct in noting that Penal Code section 1382 requires that a defendant be brought to trial within 60 days of his arraignment. However in your case, the trial court suspended the proceedings in order to evaluate your competency to stand trial. The time that passed while your proceedings were suspended to evaluate your competency does not count towards the 60 day requirement for a speedy trial. Also, once the court ruled that you were competent, the 60 day period started running all over again pursuant to California Rule of Court 4.130(c)(3)(B). Your trial, which began on November 27, 2006, started within 60 days of the court's October 11, 2006 order declaring you competent.

Second, the reason the court did not grant you more credit for time served while you waited for your trial to begin is because at the time of your arrest, you were absconding from parole. As a result, the time you spent in jail up until December 18, 2006 counted towards your parole violation, not towards your newly charged offenses.

Unfortunately, for the reasons discussed above, we cannot raise those issues in your appeal. However, we will be arguing that your restitution fine was calculated incorrectly and that it should be reduced to $1,000. I'll send you a copy of the opening

brief in a couple of weeks when it is ready to be filed with the Court of Appeal. As I mentioned in my earlier letters, please feel free to write to me with any questions, concerns or ideas you might have about your appeal. I appreciate your input.

Sincerely,

Claire

Claire A. Cunningham

MAY 12, 2007 year – I RECEIVED YOUR COPY ~~OF BRIEF~~ MAY, ~~2, 2007 year~~

PLS. DUPLICATE FILED COPY OF FILED 12-21-06 AT SENT

(ENDORSED)
FILED
DEC 21 2006
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY Celia Davila DEPUTY

JAMES G. STAMOS JR
CEN#06023947-06506628 (CJA905)
885 N. SAN PEDRO ST.
SAN JOSE, CA. 95110

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

PEOPLE OF THE STATE OF CALIFORNIA.
PLAINTIFF

V.

JAMES G. STAMOS JR
DEFENDANT

NO. EE604989
NOTICE OF APPEAL

DEFENDANT, JAMES G. STAMOS JR HEREBY GIVES NOTICE OF APPEAL FROM THE JUDGEMENT OF THE SUPERIOR-COURT IN THE ABOVE ENTITLED CAUSE WHICH WAS ENTERED ON DECEMBER TWENTY-FIRST OF 2006

DATED: 12-21-2006

SIGNED James G. Stamos Jr (12-21-06)

13 SUPERIOR COURT
605 W. EL CAMINO REAL
SUNNYVALE, CA 94087

CASE NO. EE604989
CEN 06506628
DATE 12/21/2006 1:30 PM DEPT. 81
09/07/1968 CAC6248404 CDY BK:N

PEOPLE VS. JAMES GEORGE STAMOS JR
L.K.A. NONE
CLERK CELIA DAVILA CJA905 M
HEARING PROBATION AND SENTENCING
JUDGE HON. JEAN HIGH WETENKAMP DV:
AGENCY CU-04303-S1692-SPURGEON
REPORTER LESLIE GARISH CHILD:
STATUS I-SET -50000 TW N
DEF. ATTY. PUB DEF D.A. Garrett APO
CHARGES F(001)PC459/460(A) F(003)PC496(A)
VIOLATION DATE 09/17/2005

**NEXT APPEARANCE**

☑ Defendant Present ☐ Not Present ☑ Atty Present M. O'Keefe AD / PD / Legal Aide / Special App

☐ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info ☐ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob / Sent ☐ Interpreter ☐ Sworn

☐ PC977 ☐ Filed ☐ On File ☐ Reptr. Adv / Wav ☐ Bail/OR/SORP ☐ Rect Dr Rpt ☐ FAR/ERC ☐ Bail Apply ☐ Balance Exonerated

☐ NG ☐ Entered by CRT ☐ NGBRI / Adv ☐ PSet ☐ Prelim ☐ Readiness ☐ S / B MTC ☐ Bail Exonerated ☐ Forfeited Bond #

☐ Denies Priors/ Allegations/ Enhancements/Refusal ☐ Further ☐ Jury ☐ CT ☐ Pec / Def Wav Jury ☐ Reassumption Filed ☐ Forfeiture Set Aside ☐ Bail Rein

☐ TW ☐ TNW ☐ TW / WD ☐ TW Sentence ☐ Ref'd ☐ $ Costs Within 30 Days to Court

☐ Ref / Appt PD / AD / Legal Aide ☐ Conflict Decl ☐ APO / Prop 36 ☐ P36 Re-Assm't SORP / OR ☐ Revoked ☐ Reinstated ☐ May Post & Forfeit

☐ ______ Relieved ______ Appt'd ☐ Crim Proc Susp ☐ Rein ☐ BW Ordered $ ______ ☐ Stayed ☐ To Issue

☐ Hrg on Motion ______ ☐ Doubt Decl Pursuant PC 1368 ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only

☐ Granted ☐ Denied ☐ Submitted ☐ Off Cal ☐ Subm on Report ☐ Found ☐ BW Set Aside ☐ Recalled ☐ Filed

☐ Stip to Comm ☐ Drs. Appointed ______ ☐ Max Term ______ ☐ Committed ______ ☐ Proof of ... Court ... [illegible]

☐ Prelim Wav. ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to ______ Pub Rpt. Stated on the record ...

☐ Amended to ☐ (M) VC12500(a) / VC23103(a) ☐ Pur VC23103.5 ☐ DA Stmt filed Other: Deft advised ... [illegible]

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP ... [illegible] ☐ Add to Cal

☐ Jail / Prison Term of ______ [illegible]

☐ Dismissal / Striking Court asks deft if he wants these motions ... [illegible] ☐ Submitted on Sent ☐ Harvey Stip

☐ Adv ☐ Max Pen ☐ Parole/Prob ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future Serious Felony ☑ PC12021 (110) ☐ VC14607.8/PC666

☐ Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed

☐ COP ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhancements / allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated

☐ Prop 36 Granted / Unamenable / Refused / Term ☐ DEJ Eligibility Filed ☐ DEJ Granted / Rein / Term Fee $ ☐ Guilty Plea Rendered

☐ Waives Referral ☐ Ref'd to APO Full Rpt ☑ **PROBATION DENIED** **FINES/FEES: PAY TO** ☑ Ref to DOR ☐ COURT ☐ TODAY

☐ Sentenced to ______ State Prison/County Jail ☐ Sent Suspended COUNT ____ $ ____ + PA $ ____ ☐ Purs HS11350d

**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period. COUNT ____ $ ____ + PA $ ____ Deft does

☐ COURT ☐ FORMAL PROBATION GRANTED for ______ Days / Mos / Yrs AIDS (CPP) $ 10 + PA $ 27.50 Not have ... placed in ...

☐ Report to APO within ______ Days ☐ Terminated ☐ Upon Release DPF $ ______ + PA $ ______

☐ Perform ______ Hrs Volunteer Work as directed PO / SAP / SAP ☐ in lieu of fine LAB $ ______ + PA $ ______

☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Delete FOP/MOP DRF /RF $ 2,000 Add'l RF $ 2,000 Susp'd PC1202.45

☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 6 mos Enroll within ______ days AEF $ ______ Original Fine $ ______

☐ DL Susp/ Restrict/ Rvk'd for ______ ☐ To, from, during ... SECA $ 20 CTS PC2900.5 $ ______

☐ IID Not Ordered ______ Yrs ☑ DSA thru APO / DOR / CRT ☑ Filed NC $ ______ TOTAL DUE $ ______

☐ No contact with victim or family / co-defts unless appr by APO ☑ PC1202.05 ASF /CPF $ ______ Payments Granted / Modified

☐ DVPO issued / mod /term'd Exp ______ ☐ Victim Present AR $ ______ $ ______ / Mo beginning ______

☐ Not own/possess deadly weapons ☐ Destroy / Return Weapons SHELTER $ ______ FINE STAYED ______

☐ Submit Search/Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold DV $ ______ Committed @ $ ______ /day ☐ May Pay Out

☐ Substance Abuse, DV, Psych, Parenting, Anger Mgmt, Theft cnsl / prgm ATTY $ ______ Consec/Conc to ______

☑ PC296 (DNA) ☐ PC1202.1 HIV Test / Education $ ______ Fine / Fees ☐ Deemed Satisfied ☐ Commuted

**VOP:** ☐ Wav ☐ Arr'd ______ ☐ Admits/Denies Viol ☐ Court Finds VOP / No VOP P/INVEST $ ______ ☐ P/SUP $ ______ /Mo ☐ Waived

Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to ______ CJAF ☐ $ ______

☐ Original Terms & Conditions Except as Amended herein ☑ Restitution $ ______ to James George Stamos, Sr

☐ Co-terminous with ______ ☐ No Further Penalties / Reviews ☑ To be determined by APO/Court ☐ Referred to VWAC ☐ Collect Civilly

Civil ... [illegible] ... Sent to DTS to be filed

**JAIL/PRISON** ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | County Jail HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| 1 | F | PC 459/460(a) | M - 4 years | | | |
| 3 | F | PC 496(a) | Punishment stayed | Pur. PC 654 | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| PC 667.5(b) | 1 yr. CS | | | | | | | | CS | 1 year |

CTS = 15 ACT + 6 ☑ PC4019 ☐ PC2933.1 = 21 TOTAL DAYS TOTAL TERM 5 years CDC

☐ Straight time ☐ In Camp ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec ______ All / Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP

☐ Sent Deemed Served ☐ Rpt to Local Parole ☑ Advised of Def's Parole/Appeal Rights ☐ Consec ☐ Conc to ______

☐ Bal CJ Susp ☐ All but ____ Hrs/Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU

☐ Pre-process ______ AM/PM ☐ **Stay / Surrender / Transport to** ______ @ ______ AM/PM or Sooner

☐ REMANDED-BAIL $ ______ ☐ NO BAIL ☑ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSM'T ☐ P36

☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL ☐ UPON AVAIL BED

**PROMISE TO APPEAR:** I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.

BY ______ DEFENDANT

**SIXTH DISTRICT APPELLATE PROGRAM**
**A Non-Profit Corporation**

100 N Winchester Blvd., Suite 310
Santa Clara, CA 95050

(408) 241-6171 - Main
(408) 241-2877 - Fax

Executive Director
*Michael A. Kresser*

Assistant Director
*Dallas Sacher*

Law Office Manager
*Yolanda Edwards*

Staff Attorneys
*Lori A. Quick*
*Vicki I. Firstman*
*William M. Robinson*
*Jonathan Grossman*
*Paul Couenhoven*

February 20, 2007

James G. Stamos, Jr.
T-56728
North Kern State Prison
P.O. Box 4999
Delano, CA 93216-4999

**CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION**

Dear Mr. Stamos:

As I explained in my prior letter, Mr. Anderlini does not work with our office. Therefore, we cannot associate with him in this appeal. When you ask the court to provide you with a free attorney, you do not get to pick the attorney. If you want to select a specific attorney you will have to personally pay that attorney.

Claire Cunningham's bar number is 226941. The state bar states she has no disciplinary record. She has worked for a Ninth Circuit Court of Appeal judge (federal court). She also worked previously for the San Francisco firm of Morgenstein & Jubelirer LLP. She is now in private practice.

Sincerely,

Paul Couenhoven
Staff Attorney

cc: Claire Cunningham

INQUIRY PROG-2041-

JAMES G STAMOS JR
CEN 06013947-CJA905
MJ-AD-SEG 885 N. SAN PEDRO ST.
SAN JOSE, CA. 95110-

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SANTA CLARA (HALL OF JUSTICE)

JAMES G. STAMOS JR
PETITIONER

V.

PEOPLE OF THE STATE OF CA.
RESPONDENTS

CASE EE604989
OBJECTIONS
(07-05-06)

PUBLIC DEFENDER-MAIREAD-O KEEFE BAR#211495
THIS REFLECTS INEFFECTIVE REPRESENTATION BY P.D.

ON-06/26/2006 DID NOT SHOW FOR COURT { 7/05/06 8/30/06 8-09-2006 9/18/06 10/04/06 10/18/06 }
x 06/19/2006 CANCELED TRIAL-(PC 1368)
06/16/2006 MARSDEN/LIMINE MOTIONS TRIAL(6/19/06)
x 06/12/2006 CANCELED TRIAL- 6/19-06 NO TRIAL
06/09/2006 CANCELED TRIAL TO TALK TO ONE PERSON/WI
06/06/2006 MARSDEN BY ATTORNEY DENIED, NO PRETRIAL CON
06/05/2006 DID NOT SHOW FOR COURT
05-30-2006 FIRED-CONFLICT OF INTEREST-

1 NO TIME WAIVED-DEMAND FOR JURY TRIAL IN 60 DAYS-
2 PS FOR SPEEDY JURY TRIAL ARRAIGNMENT-04-12-2006 RE-
3 PUBLIC DEFENDERS ADVISED NO TIME WAIVED AND-
4 I DEMAND MY RIGHTS TO JURY TRIAL 60 CALENDAR DAYS
5 U.S. CONSTITUTION SIXTH AND FOURTEENTH AMMEND
6 AND ON 06/17/2006 YEAR, SHE PUBLIC DEFENDER, VISITED
7 AT COUNTY JAIL-ATTORNEY CLIENT-AND DID NOT-
8 SEEM TO MAKE ANY SENCEABLE REMARKS AND REFUSED-
9 TO COOPERATE WITH MY REQUEST FOR DEFENSE INVEST.
10 RELATED TO EXPERT TESTIMONY TO PALM PRINT OR? -
11 CALIFORNIA CRIMINAL DEFENSE PRACTICE DIV I.
12 CRIMINAL JUSTICE SYSTEM-CHAPTER I THE CA. DEFENSE-
13 ADVOCATE (A) THE RIGHT TO COUNSEL (1-1) CA. CRIMINAL-
14 DEFENSE PRACTICES SS1,04 THE RIGHT TO COUNSEL-
15 INCLUDES THE RIGHT TO EFFECTIVE ASSISTANCE OF-
16 COUNSEL-PUBLIC DEFENDER HAS NOT BEEN EFFECTIVE
17 AND HAS NO DEFENSE, THE DUTIES HAVE NOT BEEN MET
18 OF A COMPETENT DEFENSE ATTORNEY-FAILURE HAS
19 RESULTED IN WITHDRAWL OF CRUCIAL OR POTENTIALLY
20 MERITORIOUS DEFENSE, DUE TO PUBLIC DEFENDERS
21 INEFFECTIVE ASSISTANCE. I REQUEST ATTORNEY FOR TRIAL

X-06-29-06 X [signature] X DUPLICATED COPY 33

JAMES G STAMOS JR-

**Printed from The State Bar of California website (www.calbar.ca.gov)**
Location: Home > Attorney Resources > Lawyer Discipline & Complaints > Registering a Complaint

## Registering a Complaint

06-20975 INQUIRY #

**Complaints Against Attorneys**

1-800-843-9053 (toll free in California)
213-765-1200 (from outside California) M. LEWIS
213-765-1000

You should register a complaint with the State Bar if you believe that your lawyer acted improperly, but not just because there is some disagreement between you, or you believe he or she did a poor job. For such a disagreement, you should pursue alternative methods of settling attorney-client disputes, when available.

All lawyers who practice in California must live up to ethical standards imposed by the California Supreme Court and the State Legislature. As an arm of the California Supreme Court, the State Bar investigates and prosecutes complaints against lawyers.

Depending on the seriousness of the offense, a lawyer can be given a warning, put on probation, suspended from practicing law for a period of time, or disbarred - prohibited from practicing law in California.

The Bar has limited authority to discipline lawyers for such behavior as rudeness or making a single honest mistake. It is limited by law only to complaints about unethical behavior as defined in the Rules of Professional Conduct and/or the State Bar Act.

If you believe that your lawyer acted unethically, you should file a complaint. The complaint form should be mailed to the State Bar at the address indicated. Be sure to follow the instructions.

There is no fee to file a complaint. You also do not have to be a U.S. citizen. When you register a complaint, you should supply photocopies of any papers, such as letters or canceled checks, that relate to the problem. The State Bar will let you know by postcard that your complaint form has been received. Your complaint will then be input into the computer system. A State Bar lawyer will read your complaint and determine how the complaint will proceed. This process can take from two to three weeks. Your complaint will then be assigned to the person that will conduct the investigation. You will be informed of its status by a State Bar representative.

At the end of the investigation you will be informed in writing whether or not the matter will proceed to prosecution in the State Bar Court or be closed.

© 2005 The State Bar of California

MAILED 07/07/2006 YR (U.S. MAIL) POSTAGE STAMPED 39¢
(1) COMPLAINT FOR COMPLETED AND SIGNED)
(2) OBJECTIONS TO 07/05/2006 YR * SUPERIOR COURT OF STATE OF
COUNTY OF SANTA CLARA
HALL OF JUSTICE
191 N. FIRST STREET
SAN JOSE, CA 95110

RECEIVED POSTCARD
07-15-06 MAILED 07-13-06 YR)
06-20975

PUP B C/O ~~MAILED~~ OBJECTIONS 07/05/06 DUP COPY UNSIGNED
PROCEDURE REGARDING ASSEMENT OF ATTORNEY FEES AT THE END OF THE CASE 4/18/06
~~ATTORNEY~~
rec'd 7 19 06
STATEMENT OF CONFIDENTIALITY ETHICS AND ATTORNEY CLIENT (05-16-06)
DOC/OR STATE BAR OF CA LETTER
4 (LETTER MAILED OUT TO SEND COPIES OF THESE DOCUMENTS)
8/10/06 X 8/18/06

**County of Santa Clara**
Law Offices of the Public Defender
**Public Defender**
120 West Mission Street
San Jose, CA 95110
(408) 299-7700 / Fax (408) 998-8265

**MARY J. GREENWOOD**
**Public Defender**

December 18, 2006

Daniel Sarinana
2314 North First Street
San Jose, CA 95131

RE: James George Stamos, Superior Court Information # EE604989

Dear Probation Officer Sarinana:

James George Stamos was convicted of violation of 459-460(a) and 496 in the above referenced matter, by jury on November 30, 2006, and he was referred to the probation department for a presentence report. I have instructed James George Stamos not to discuss the facts of the case with you, pursuant to what has been called the *Guerrero* rule.

Several recent holdings by the California Supreme Court have allowed statements to the probation officer to be used against the defendant as admissions in any subsequent actions, including, presumably, to prove predicate offenses and gang involvement. (See, i.e.: *People v. Reed* (1996) 13 Cal.4th 217, and the cases cited therein, especially *People v. Garcia* (1989) 216 Cal.App.3d 233, 237.) A defense counsel may be incompetent if he or she fails to advise his or her clients to remain silent during presentence interviews, because statements to the probation officer may be used against him or her in the future, and I have so advised James George Stamos.

Keeping that in mind, please do not address questions related to the underlying offenses to James George Stamos during the presentence interview, because he will not be able to answer them.

Sincerely,

Mairead O'Keefe
Deputy Public Defender
299-7925

9/19/2006 INTERVIEW (PROBATION OFFICER) 8:50 AM

9/20/2006 LETTER RECEIVED 2:00 AM - 9/20/06 SIGNED (LEGAL MAIL) 9/21/06 AM