IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS, JR.,

    Petitioner,                    No. CIV S-07-1078 LEW EFB P

    vs.

WARDEN OF FOLSOM
STATE PRISON, et al.,

    Respondents.               ORDER
                                    /

        Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* on an application for a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 17, 2007, the court directed that the petition be served. On July 20, 2007, respondent requested that the court transfer this action to the United States District Court for the Central District of California. Petitioner has filed an opposition to the request. For the reasons explained below, the court finds that this action should be transferred to the United States District Court for the Northern District of California.

        Petitioner was convicted in the Santa Clara County Superior Court, but is confined in California State Prison, Sacramento. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.*

1

1  at 499 n. 15; 28 U.S.C. § 2241(d).  Santa Clara County is within the Northern District of

2  California.  28 U.S.C. § 84(a).

3       Accordingly, respondent's July 20, 2007, request is granted in part, and this action

4  hereby is transferred to the United States District Court for the Northern District of California.

5  28 U.S.C. §§ 84; 1404(a).

6  Dated:  September 20, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2