UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR.,

        Plaintiff,

  v.

WARDEN CSP SACRAMENTO et al,

        Defendant.

Case Number: CV07-05547 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James G. Stamos
Folsom State Prison
Prisoner Id T56728
P.O. Box 290066
Repressa, CA 95671-0066

Brian G. Smiley
California Dept. of Justice
Office of the Attorney General
1300 I Street, Suite 1101
PO Box 944255
Sacramento, CA 94244-2250

Dated: November 28, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk