1  JAMES GEORGE STAMOS JR
2  T56728-HIGH DESERT STATE PRISON (FACB-1-129)
3  POST OFFICE BOX-3030
4  SUSANVILLE, CA. 96127-3030
5
6
7       UNITED STATES DISTRICT COURT
8       NORTHERN DISTRICT OF CALIFORNIA.
9
10 JAMES GEORGE STAMOS JR,          CASE# C 07-5477 MJJ-PR-
    PETITIONER                      (MOTION) REQUEST ORDERS ON
11                                  ) MOTIONS RETURN OF -
                                    ) PROPERTY, AND NEED
12 V.                               ) ORDER - TWO PAGES -
13                                  ) EXHIBITS ATTACHED -
14 WARDEN-CSP-SAC-FOLSOM; et al
    (RESPONDENTS)
15
16    X I, JAMES GEORGE STAMOS JR, HEREBY DECLARE-
17 THAT ON DECEMBER FIRST, OF TWO THOUSAND SIX YEAR, FILED
18 BY SUPERIOR COURT JUDGE JEAN HIGH WETENKAMP ORDER
19 PERMITTING SUBSTITUTION AND WITHDRAWL OF EXHIBITS)
20 PEOPLES EXHIBITS #35 #38, WAS GRANTED! SEE ATTACHED-
21 SINCE DOCUMENTS WHICH WAS ILLEGALY SEIZED, TAKEN,
22 AND INTENTIONALLY DEPRIVED OF, ALL HAS NOT BEEN —
23 RETURNED OR PROVIDED! SEE MOTION REQUESTING ORDER-
24 TO RETURN MY PROPERTY-ATTACHED-MOTION RETURN OF PROPERTY
25 MAILED-AUGUST NINETEEN, OF 2007 YEAR! TO: US DC EASTERN-
26 SINCE MOTIONS ABOUT MY RETURN OF PROPERTY, AND REQUESTING
27 ORDER TO RETURN PROPERTY, HAS NOT BEEN HEARD, OR ORDERED -
28 PRELIMINARY EXAMINATION MINUTES - EE604989 - DATED - 5/01/06 -
(A) ATTACHED. I HEREBY REQUEST ORDER. X James George Stam X
(D) JANUARY TWENTY-EIGHTH, OF 2008 YEAR  JAMES GEORGE STAMOS JR
                                          — PETITIONER —

1  JAMES GEORGE STAMOS JR
2  T-56728-HIGH DESERT STATE PRISON (FAC-B-1-129)
3  POST OFFICE BOX-3030-
4  SUSANVILLE, CA. 96127-3030
5
6
7           UNITED STATES DISTRICT COURT
8           NORTHERN DISTRICT OF CALIFORNIA
9
10 JAMES GEORGE STAMOS JR          CASE #(C)07-5477 MJJ(PR)-
11     (PETITIONER)                MOTION REQUEST ORDERS ON
                                   ) MOTIONS RETURN OF
12 V.                              ) PROPERTY, AND NEED
13                                 ) ORDER-TWO PAGES
14 WARDEN-CSP-SAC-FOLSOM; et al.   ) EXHIBITS ATTACHED-
15     (RESPONDENTS)
16     X I, JAMES GEORGE STAMOS JR. HEREBY DECLARE
17 THAT ON DECEMBER FIRST OF TWO THOUSAND SIX YEAR FILED-
18 BY SUPERIOR COURT-JUDGE- JEAN HIGH WETENKAMP-ORDER
19 PERMITTING-SUBSTITUTION AND WITHDRAWL OF EXHIBIT(S)
20 PEOPLES EXHIBITS #35 #38-WAS GRANTED! SEE ATTACHED-
21 SINCE DOCUMENTS WHICH WAS ILLEGALY SEIZED, TAKEN
22 AND INTENTIONALLY-DEPRIVED OF ALL HAS NOT BEEN
23 RETURNED OR PROVIDED! SEE MOTION-REQUESTING-ORDER-
24 TO RETURN MY PROPERTY-ATTACHED-MOTION-RETURN OF PROPERTY
25 MAILED AUGUST NINETEEN OF 2007 YEAR! TO: U.S.D.C. EASTERN
26 SINCE MOTIONS ABOUT MY RETURN OF PROPERTY AND REQUESTING
27 ORDER TO RETURN PROPERTY, HAS NOT BEEN HEARD, OR ORDERED
28 PRELIMINARY EXAMINATION-MINUTES- EE604989 DATED 5/01/06
(A) ATTACHED. I HEREBY REQUEST ORDER X *James George Stamos Jr*
(D) JANUARY-TWENTY-EIGHTH OF 2008 year JAMES GEORGE STAMOS JR
                                           - PETITIONER -

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SANTA CLARA
__Sunnyvale__ FACILITY

## PRELIMINARY EXAMINATION MINUTES, COMMITMENT CERTIFICATION

THE PEOPLE OF THE STATE OF CALIFORNIA

Case No. EE606727

Case C-07-5477 MWJ PR

VS.

Defendant: James Stames Jr.

CEN: BC50626

Date: 5-1-06

Judge: Allison Netankamp

Reporter: Barbara Gonzalez

Custody Status: In-Custody

APPEARANCES:
Deputy District Attorney: Vicki Gemetti
Defendant and Attorney: Seth Flagsberg, Public Defender
Interpreter for defendant: _____ Interpreter for witness: _____
Motion to exclude/admonish witness(es) granted/denied

PRELIMINARY EXAMINATION HELD
WITNESSES SWORN AND TESTIFIED:

- James George Stames Sr.
- Richard Renteria
- Ryan McGuire (Deputy Sheriff's office)

PEOPLE'S EXHIBITS: marked/admitted

1. Manila property envelope opened in Court - Contains brown case ☒ ☐
2. Manila property envelope opened in Court contains... ☒ ☐
3. Manila property envelope opened in Court small ☒ ☐
4. Manila property envelope opened in Court ☒ ☐
5. Manila property envelope containing latent print ☒ ☐

6. within gold leaf inside case is a gold coin ☒ ☒
7. Small maroon box w/maroon case contains 2 silver coins ☒ ☒
8. Brown box contains 3 gold coins, 1 silver coin ☒ ☒
9. Containing small brown leather case ☒ ☒
10. Containing 1 gold coin ☒ ☒

DEFENDANT'S EXHIBITS: marked/admitted
A. 1 sheet - black + white aerial photo of neighborhood ☒ ☐
#6 - 1 print example "demonstrative" example #5 ☒ ☒
B. ☐ ☐  F. ☐ ☐
C. ☐ ☐  G. ☐ ☐
D. ☐ ☐  H. ☐ ☐
E. ☐ ☐  I. ☐ ☐
         J. ☐ ☐

Defense "A" Exhibit withdrawn

☐ Waives right to continuous Preliminary Examination. Continued to _____

☒ HELD TO ANSWER: It appearing to me from the testimony this day given before me on the preliminary examination of the above-named defendant, that the offense of a violation of section(s) (4.1 (E)) PC 459/460(A)

has been committed and that there is sufficient cause to believe the above-named defendant guilty thereof. I order that he/she be held to answer to same. ☐ Arming allegation(s) found true/not true. Enhancements found true/not true. ☐ Prior(s) found true/not true.

☐ Misdemeanor violation certified to Superior Court _____
☐ HOLDING DENIED as to: _____
☐ DEFENDANT ORDERED TO APPEAR IN SUPERIOR COURT on _____ at _____
☐ Defendant to remain out of custody on status indicated above.
☐ Cash Bail, Bond or SORP ordered transferred to Superior Court. ☒ Exhibits released.

Exhibits 5+6 released to Richard Renteria maintaining protective order

☒ REMANDED to custody of DOC until next appearance. Bail $ 50,000
☐ ORDERED RELEASED ☐ on O/R ☐ on S/O/R _____

I certify that the foregoing is a true and correct record of the proceedings had before me this date in said case.

DATED: 5-01-19-06

I certify the foregoing is a true copy of the Judgement/Order rendered on the above date by the above-named Judge.

JUDGE OF THE SUPERIOR COURT

Clerk of the above named Court. By C. Davis _____ Deputy

TO THE. DOC: The foregoing certified copy of Judgment/Order in the above-entitled action is your authority for the execution thereof.

7685 REV 7/99   DISTRIBUTION: BLACK-JAIL, GREEN-FILE, BLUE-CJIC, PURPLE-DA, BROWN-DEFENDANT   **DEFENDANT**

```
JAMES GEORGE STAMOS JR
T56728-H.D.S.P. FAC B-1-129
POST OFFICE BOX 3030
SUSANVILLE, CA. 96127-3030
```

CASE (C-07-5477 MJJ PR)

**FILED**
DEC 0 1 2006
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
By _____ Deputy

|   |   |
|---|---|
| 1 | SUPERIOR COURT OF CALIFORNIA |
| 2 | COUNTY OF SANTA CLARA |

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | Case No.: EE604989 |
| Plaintiff, | Order Permitting Substitution & Withdrawal of Exhibit(s) |
| vs. | |
| JAMES GEORGE STAMOS JR., | |
| Defendant | |

Permission is hereby granted the District Attorney or agent, **Deputy Roberto Navarro, Badge #1969 from the Santa Clara County Sheriff's Office** to withdraw

**People's Exhibits**

35. Large brown bag evidence containing a maroon suit case. Maroon suit case contains various amounts of documents and manila envelopes. Exact nature of documents are unknown.

38. Large evidence brown bag containing a black duffle bag. Black duffle bag contains various amounts of documents and manila envelopes. Exact nature of documents are unknown.

in the above-entitled cause pursuant to Penal Code Section 1417.3 and substitute said exhibit(s) by a photographic record and when applicable, by a written chemical analysis. The original exhibit(s) released is/are to be retained by said agent pending determination of all appellate remedies to this case.

Date: 12-1-06

Jean High Wetenkamp
Superior Court Judge

Receipt of the above-mentioned exhibit(s) is/are hereby acknowledged.

Date: 12/1/06

#1969
Deputy Roberto Navarro
(Agent for the District Attorney)

291

PROOF OF SERVICE BY MAIL
[C.C.P. 1~~013, 2015~~, 28 U.S.C. 1746]
(1/28/08)

~~STATE OF CALIFORNIA~~ )
) ss. USDC-NORTHERN
County of Lassen ) CASE# C-07-5477 MJJ(PR)

X I, (A) JAMES GEORGE STAINS, Jr am a (TEMP)~~resident~~ of the High Desert State Prison at Susanville, County of Lassen, California, am at least 18 years of age. My mailing address is P.O. Box 3030, Susanville, CA 96127~~-~~3030

On (B) JANUARY TWENTY EIGHTH 20 08 I served a true and correct copy of the following document(s): (FOUR PAGES)-(ATTACHED)

(C) -ORIGINAL + ONE COPY- MOTION-REQUESTING ~~TWO~~ ORDERS ON MOTIONS- RETURN OF PRROPERTY AND NEED ORDER TWO PAGES EXHIBITS-ATTACHED (DESCRIPTIONS IN MOTIONS)-
on each party listed below by placing it in an envelope, with adequate postage or provided, and by depositing said envelope in a box for the United States Mail at HDSP, P.O. Box 3030, Susanville, CA 96127.
Each party to the action has been duly served.

This copy is being mailed to (D): (1) UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
450 GOLDENGATE AVE.
SAN FRANCISCO, CA. 94102-3483

X have mailed additional copies to (D) LOCAL RULE-5-135(DOES NOT APPLY)!
- NOTE - HAVE NO BEEN SERVED A RESPONSIVE PLEADING YET! BY DEFENDANTS)

There is regular delivery service by the United States Mail between the above place a mailing and the parties' listed.

X I declare, under penalty of perjury, that the foregoing is true and correct. (JANUARY 28TH 2008 year)
Dated (E) January Twenty Eighth 08 at Susanville, California.

Signed James George Stains Jr    CDC I.D. # T56728

HDSP MAILROOM ACKNOWLEDGEMENT OF MAILING

DATE: _____

SIGNED: _____