JAMES GEORGE STAMOS JR
T56728 HIGH DESERT STATE PRISON (FAC B-1-129)
P.O BOX-3030
SUSANVILLE, CA. 96127-3030

FILED
FEB 11 PM 2:28
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR
(PETITIONER)

V.

(WARDEN) ~~W~~ CSP/SAC FOLSOM;
(RESPONDENT)

CASE # C-07-5547 M-J (PR)
PROOF OF SERVICE BY
UNITED STATES MAIL
(FEBRUARY, SIXTH, 2008 YEAR)

X I, HEREBY CERTIFY THAT ON ~~February~~ SIXTH, OF 2008 YEAR - X I SERVED THE FOLLOWING DOCUMENTS: COPIES-OF U.S.D.C-NORTHERN DISTRICT OF CA. SUBPOENA-COPIES (TWO PAGES) S157276 - ~~XXXX~~ WRONG CASE # S157276 * TWO PAGES (COPIES OF CAUSE OF ACTION) * SIMILAR * SUBPOENA AQ89 - MAILED (1/19/08) * I FURTHER CERTIFY THAT-I ALSO ENCLOSED (ONE ORIGINAL) PROOF OF SERVICE BY UNITED STATES MAIL, 2ND FOR (JANUARY, 28TH 2008), REPLY REQUESTED OF THE RECEIVEING! BY PLACING A COPY OF THE ATTACHED IN A POSTAGE PAID ENVELOPE-ADDRESSED TO THE PERSON(S) HEREINAFTER LISTED BY DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT. H.D.S.P, SUSANVILLE, CA. 96127-3030) X

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102-3483

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. X James George Stamos Jr.

JAMES GEORGE STAMOS JR
T56728-H.D.S.P. FACILITY (B-1-129)
P.O. BOX 3030 -
SUSANVILLE, CA. 96127-3030

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR.,"
(PETITIONER)

V

WARDEN, CSP-SAC-FOLSOM;
(RESPONDENT)

CASE # C-07-5547 MJJ (PR)
(PROOF OF SERVICE BY)
(UNITED STATES MAIL-)
(2ND FOR - JANUARY 28TH 2008)
*REPLY - REQUESTED OF THE
RECEIVING-

X I, HEREBY CERTIFY THAT ON: JANUARY, TWENTY-EIGHTH, 2008 YEAR, I SERVED ORIGINALS OF DOCUMENTS AS LISTED - TWO MOTIONS; REQUESTING ORDERS ON MOTION-RETURN OF PROPERTY-AND NEED ORDERS - TWO PAGES EXHIBITS ATTACHED; AND ONE COPY - ORDER PERMITTING SUBSTITUTION AND WITHDRAWL OF EXHIBITS; ONE BROWN COPY, OF PRELIMINARY EXAMINATION MINUTES; COMMITMENT CERTIFICATION - DATED - 5/01/2006 - CASE EE604989 AND ONE ORIGINAL 1ST PROOF OF SERVICE BY MAIL-01-28-2008 YEAR-W/DOCUMENTS (TOTAL-FIVE PAGES) X
BY PLACING THE DOCUMENTS AS LISTED ABOVE IN A POSTAGE PAID ENVELOPE - ADDRESSED TO THE PERSON(S) HEREINAFTER LISTED. BY DEPOSITING SAID - ENVELOPE IN THE UNITED STATES MAIL AT; H.D.S.P. FAC B-1-129 - SUSANVILLE, CA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
450 GOLDEN GATE AVENUE -
SAN FRANCISCO, CA 94102-3483

I. DECLARE UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE - AND CORRECT X *James George Stamos Jr.*; FEB. SIXTH, OF 2008 (2ND-POFS)
JAMES GEORGE STAMOS JR
(PETITIONER)

*NOTE: COURT CLERK - ORIGINAL - PROOF OF SERVICE WAS MAILED WITH DOCUMENTS ON JANUARY 28TH 2008 YEAR. PLEASE SEND COURTESY DOCKETING - OR, FILED COPY OF PROOF OF SERVICE BY MAIL - JAN. 28, 2008 YEAR
DATED: 02/06/2008 YEAR THANK YOU! *James George Stamos Jr.* 2/06/2008 year
JAMES GEORGE STAMOS JR-

AO 89 (Rev. 5/85) Subpoena

# United States District Court
NORTHERN DISTR. DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR
V.
PEOPLE OF CALIFORNIA

SUBPOENA
CASE NUMBER: 00 (S157276)

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☒ CIVIL    ☒ CRIMINAL | ☐ PERSON    ☒ DOCUMENT(S) or OBJECT(S) |

TO: FEDERAL BUREAU OF INVESTIGATIONS-FBI SF FBI
450 GOLDEN GATE AVENUE (13TH FLOOR)
SAN FRANCISCO, CA. 94102-

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): *

c BLACK DUFFLE BAG TAKEN OCTOBER FIRST, OF 2005 YEAR
BURGUNDY SUITCASE WITH US MAIL, LEGAL RECORDS AND
OTHER U.S. COURT DOCUMENTS, TAKEN JANUARY. 23, 2007
AND, SEALED PROPERTY BAG - WITH PERSONAL LETTERS -
AND, POCKET PROPERTY - WHICH WAS SUPPOSE TO BE SENT,
TO MY COUSIN'S HOUSE! ① M. OVERTON ──→ SAN CARLOS POLICE
② KURT-ZRUGIN #9
☒ See additional information on reverse    ③ CHRIS SPURGEON - SANTA CLARA COUNTY SHERIFF
(NAMES OF ILLEGALY SEIZED)

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | | DATE |
|---|---|---|
|  |  |  |
| (BY) DEPUTY CLERK | | |

| This subpoena is issued upon application of the: | QUESTIONS MAY BE ADDRESSED TO: |
|---|---|
| ☒ Plaintiff   ☐ Defendant   ☐ U.S. Attorney | JAMES GEORGE STAMOS JR<br>T56728 - HIGH DESERT STATE PRISON<br>P.O. BOX 3030 - FAC B - BLDG 1 - 129<br>SUSANVILLE, CA. 96127-3030<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

* If not applicable, enter "none".

AO 88 (Rev. 3/85) Subpoena

## RETURN OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER |  |  |
| SERVED | DATE | PLACE |

| SERVED ON (NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
|  | ☐ YES  ☐ NO   AMOUNT $ |

| SERVED BY | TITLE |
|---|---|

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

**ADDITIONAL INFORMATION**

THESE OFFICER JOINED-TOGETHER ILLEGALY SEIZED LEGAL DOCUMENTS AND RECORDS RELATED TO- S12AS63-AND OTHER-COURT ORDERED SEALED RECORDS, AS WELL AS-U.S. COURTS U.S. MAIL AND OTHER DOCUMENTS. F.B.I WAS NOTIFIED AND - SINCE, HAS NOT REPLY AND HAS INFORMATION ON-AND DID NOT RETURN, OR-ACKNOWLEDGE THAT ANY CIVIL RIGHTS VIOLATIONS WAS OR IS BEING-INVESTIGATED! POSSIBLE-INTEREST- AS-PERSONS LISTED MIGHT BE-F.B.I. ILLEGALY SEIZEING DOCUMENT AS SOME CIVIL CASES AND APPEAL DOCUMENTS WAS FEDERAL AND IN U.S COURT
— Nov. 12, 2007 — X James _____

(NOTED) RE:
(FREEDOM OF INFORMATION ACT)   DEC.?

Case Name: STAMOS JR V. C. SPURGEON S.C.S   Case # _____

1. ON: DECEMBER THIRTEEN, OF TWO THOUSAND $(FIVE YEAR) - DEPUTY -
2. C. SPURGEON #1692 - TOOK M.Y. BLACK DUFFLE BAG FROM SAFEKEEPING -
3. AT SAN CARLOS POLICE DEPARTMENT, WHICH, SAN CARLOS POLICE -
4. OFFICER(S) TOOK FOR SAFEKEEPING, AS THERE WAS ONLY A PAROLE -
5. VIOLATION FOR ABSCONDING! ON DEC. 1, 2, 3A, OF 2005 YEAR, I HAD -
6. WENT TO CLAIM MY BLACK DUFFLE BAG, WITH MY PROPERTY AND MY -
7. UNITED STATES, MAIL, AND, UNITED STATES COURT DOCUMENT(S)
8. AND MONEY TOTALING $28.00 AND PERSONAL-PRIVATE LETTERS AND
9. CASE DOCUMENTS - CURRENTLY IN LITIGATION THEN; ON THE
10. NIGHT OF DECEMBER 4, 2005, I WAS FALSELY ARRESTED AND JAILED
11. FOR 6 TO 7 DAYS AND RELEASED, I NOTIFIED F.B.I. S.F. AND I -
12. PROCEED TO SAN CARLOS POLICE DEPT., M. OVERTON AND OTHER -
13. OFFICER'S, KEPT REFUSEING PRIOR AND DEC. THIRTEEN, 2005 YEAR
14. M. OVERTON, TOLD ME THAT C. SPURGEON - SANTA CLARA COUNTY -
15. SHERIFF TOOK ALL MY BELONGINGS - BLACK BAG OR (DUFFLE BAG)
16. WITHOUT WARRANT - OR SEIZURE RIGHTS, ORIGINALLY BAG WAS
17. ILLEGALLY CONFISCATED OCT. FIRST, 2005. NOTHING OUT OF MY -
18. LEGAL DOCUMENTS, OR MY MONEY OR U.S LEGAL MAIL OR ANY
19. CONTENTS WAS RELEASED OR GIVEN, OR PROVIDED, THE PROPERTY
20. DEPRIVED OF INTENTIONALLY, WAS DONE IN A MANNER TO -
21. OBSTRUCT MY ACCESS TO MY UNITED STATES COURT, LETTERS -
22. COURT DOCUMENTS, AS THIS HARRASSMENT IS AND WAS FROM
23. HERESAY, REPORTS FROM A REPORTING PERSON, AND ACTED UPON
24. BY OFFICER-DEPUTY, UNDER COLOR OF AUTHORITY TO DEPRIVE
25. OF MY. BLACK DUFFLE BAG, WITH ITS CONTENTS - NEVER INVENTORY

Pleading Title: CAUSE OF ACTION x James H Stamy   page 1 of 2

Case Name: STAMOS JR V. C SPURGEON-SCCS   Case # _____

1. NEVER INVENTORIED, OR MY $28.00 PLACED SAFELY ON MY -
2. TRUST ACCOUNT, PROPERTY HAD BEEN ILLEGALY SEIZED-
3. ON JANUARY TWENTY-THIRD, 2006, C.SPURGEON WENT TO -
4. MY FATHER, AND TOOK MY SUITCASE-FILLED, LOCKED, AND
5. WITH, LEGAL DOCUMENT, UNITED STATES MAIL, ALL PRIVATE
6. ALL LEGAL/CONFIDENTIAL, WITHOUT A WARRANT OR SEIZURE
7. RIGHTS. THE INTENTIONAL-DEPRIVATION BY DEPUTY AND
8. OFFICERS, IS TOTAL DEPRIVATION OF MY-DUE PROCESS RIGHTS
9. GUARANTEED, BY UNITED STATES CONSTITUTION - 14TH AMMEN
10. ORDINARILY, DUE PROCESS OF LAW REQUIRES-NOTICE AND AN —
11. OPPORTUNITY FOR SOME KIND OF HEARING PRIOR TO THE———
12. DEPRIVATION OF A SIGNIFICANT-PROPERTY INTEREST———
13. NO-PROPERTY HAS BEEN RETURNED TO ITS RIGHTFULL OWNER
14. MOTION RETURN OF PROPERTY-WAS MAILED JAN.23,2007 YEAR -
15. FIVE PAGES! I, HAVE REQUESTED MY PROPERTY, I HAVE CLAIMED
16. THRU LETTERS, AND-NO BLACK DUFFLE BAG WITH MY LEGAL PROPERTY
17. AND OTHER ITEMS WAS RETURNED, ALL BELONGING TO ME AS
18. WELL AS-SUITCASE-BURGUNDY-WITH MY LEGAL PROPERTY AND -
19. PRE BOOKING-SEALED PROPERTY, ITEMS! THE ITEMS REQUESTED
20. SHOULD OF BEEN DELIVERED TO ME. JAMES G. STAMOS JR. AS IT-
21. BLACK-DUFFLE BAG, SUITCASE (BURGUNDY) AND SEALED PROPERTY BAG
22. BELONGS TO ME! AND ITEMS IN BAGS AND SUITCASE AS WELL.
23. ITEMS, LEGAL-DOCUMENTS, U.S. MAIL PRIVATE, AND OTHER PROPERTY-
24. I, HAVE BEEN INTENTIONALLY DEPRIVED OF, AND THIS CAUSEING
25. VIOLATIONS OF ~~AN~~ DUE PROCESS OF LAW, RELIEF AND PROPERTY-
26. SHOULD BE GRANTED, AS, I HAVE SUFFERED USE OF DOCUMENTS, OTHER;
27. ITEMS, AND MONEY.

Pleading Title: CAUSE OF ACTION   James Stamos jr   9/05/07   page 2 of 2