```
 1 | JAMES GEORGE STAMOS JR,         FILED
 2 | T56728-H.D.S.P.(FACILITY-B-1-129)  MAR -5 PM 1:55
 3 | POST OFFICE BOX-3030
 4 | SUSANVILLE, CA. 96127-3030
 5 |
 6 |
 7 |           UNITED STATES DISTRICT COURT
 8 |           NORTHERN DISTRICT OF CALIFORNIA.
 9 |
10 | JAMES GEORGE STAMOS JR;              CASE# C-07-5547 MJJ(PR)
   |       (PETITIONER)                  MOTION: PETITION FOR WRIT-
11 |                                     ) OF HABEAS CORPUS
   |                                     ) AMMENDED-JUNE.18,07
12 | V,                                   ) SHOULD BE GRANTED
13 |
14 | WARDEN, et al,
   |       (RESPONDENT)
15 |
16 | I, JAMES GEORGE STAMOS JR, PETITIONER-TO CASE-C-07-5547MJJ(PR)
17 | HEREBY, DECLARE THAT OVER-NINETY DAYS (90) AND ON-11/26/2007-
18 | U.S.D.C-JUDGE-MARTIN.J.JENKINS, ORDERED TO SHOW CAUSE:
19 | INSTRUCTIONS TO CLERK, ORDER SERVED TO RESPONDENT KNOWN
20 | AS-BRIAN G. SMILEY, CALIFORNIA DEPARTMENT OF JUSTICE OF THE-
21 | ATTORNEY GENERAL-1300 I.STREET, SUITE-1101, PO BOX 944255-
22 | SACRAMENTO, CA. 94244-2250! NINETY DAYS HAS ENDED, AND I,-
23 | HAVE NOT RECEIVED FILED IN 90 DAY'S OR SERVED TO ME, AND-
24 | ANSWER-SHOWING CAUSE WHY WRIT OF HABEAS CORPUS SHOULD-
25 | NOT BE GRANTED BASE ON MY CLAIMS IN. JUNE.18,2007 AMENDED-
26 | PETITION, AND ECERPTS! MY HABEAS CORPUS-SHOULD BE GRANTED
27 | ALSO RESPONDENT, HAS NOT FILED AND SERVED UPON GOOD CAUSE
28 | OR TIMELY-FOR A REASONABLE EXTENSION OF TIME! TO ME
                    PAGE (ONE OF TWO) James J. Stamos Jr-
```

1. PETITIONER, AS ORDERED BY THIS COURT-U.S.D.C. JUDGE
2. AND FOR THOSE REASONS MY PETITION FOR HABEAS CORPUS
3. SHOULD BE GRANTED. I HEREBY DECLARE THIS TO BE TRUE-
4. AND CORRECT!
5. DATED; MARCH SECOND, OF 2008 year/ SIGNED: *James George Stamos Jr*
6. PAGE(TWO OF TWO)                     JAMES GEORGE STAMOS JR-
7. NOTE*43 PAGES ECERPTS MAILED-6/13/07 w/ 28 USCS§2254-HABEAS CORPUS
8. NOTE: ECERPTS-MAILED WITH 28 USC §2254 ON (6/13/07) AND ON THE-
9. AUGUST FIFTH, OF 2007 YEAR. EIGHTEEN ECERPTS WITH TWO PAGES MOTION
10. AUGUST NINETEENTH, 2007 * SIXTEEN PAGES ECERPTS AND ALSO ON
11. JUNE NINETEEN, 2007 * 6 PAGES-SIX ECERPTS WITH PROOF OF SERVICE
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

JAMES GEORGE STAMOS JR.
T56728-H.D.S.P.FAC-B-1-129-(P.O.BOX-3030)
SUSANVILLE, CA. 96127-3030
O'MARCH SECOND, OF 2008 YEAR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR.;
(PETITIONER)

V.

WARDEN-CSP-SAC-FOLSOM-
(RESPONDENT)

CASE: C-07-5547 MJJ (PR)
PROOF OF SERVICE BY-
UNITED STATES MAIL-
-MARCH, SECOND, OF 2008 YEAR-

X I, HEREBY CERTIFY THAT ON; MARCH, SECOND, 2008 YEAR X I, SERVED-ORIGINALS OF THE ATTACHED & MOTION-PETITION FOR WRIT OF HABEAS-CORPUS-AMMENDED-JUNE 18, 2007 SHOULD BE GRANTED-TWO OF TWO PAGES AND HANDWRITTEN DUPLICATE-TWO OF TWO-BY-PLACING THE DOCUMENTS IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HEREINAFTER LISTED-BY DEPOSITING SAID ENVELOPE-IN THE UNITED STATES MAIL AT: H.D.S.P.-FAC-B-1-129-SUSANVILLE, CALIFORNIA

UNITED STATES DISTRICT COURT X
NORTHERN DISTRICT OF CALIFORNIA X
450 GOLDEN GATE AVENUE X
POST OFFICE BOX-36060 X
SAN FRANCISCO, CA. 94102 (3483) X

X I, DECLARE UNDER-PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND-CORRECT DATED: MARCH SECOND, OF TWO THOUSAND EIGHT YEAR X James George Stamos Jr.
-JAMES GEORGE STAMOS JR.

NOTE TO COURT CLERK-U.S.D.C-NORTHERN. ON JANUARY. 28, 2008 YEAR-I, MAILED TWO MOTIONS-REQUESTING ORDERS ON MOTIONS-RETURN OF PROPERTY AND NEED ORDERS* TWO PAGES EXHIBITS-ATTACHED. ONE COPY OF ORDER-PERMITTING-SUBSTITUTION AND WITHDRAWAL OF EXHIBITS, PEOPLES EXHIBITS #35 #38-WAS-GRANTED! ONE-COPY-DEFENDANTS PRELIMINARY EXAMINATION MINUTES-PG(15) PROOF OF SERVICE BY MAIL-1/28/08-SIGNED) 5 FIVE PAGES-SEALED LEGAL ENVELOPE PU'P BY OFFICER-J. LEVENTON-H.D.S.P. 3RD WATCH. IN POSTAGE PAID ENVELOPE TO-
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102