JAMES GEORGE STAMOS "JR"
T56728-HIGH DESERT STATE PRISON-(FACILITY-B-1-129)
POST OFFICE BOX-3030
SUSANVILLE, CA. 96127-3030
03/09/2008 year-

**FILED**
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR'
  PETITIONER
V.
WARDEN-CSP SAC FOLSOM;
  (RESPONDENT(S))

CASE# C-07-5547 MJJ (PR)
PROOF OF SERVICE BY
UNITED STATES MAIL

I, HEREBY CERTIFY THAT ON MARCH SEVENTH OF 2008 YEAR, I SERVED ORIGINAL-DUPLICATE-HANDWRITTEN (2PGS) MOTION-PETITION FOR WRIT OF HABEAS CORPUS-AMMENDED-JUNE EIGHTEEN, 2007 YEAR-SHOULD BE GRANTED! BY PLACING DUPLICATED ORIGINAL IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HEREIN AFTER LISTED, BY DEPOSITING SAID-ENVELOPE IN THE UNITED STATES MAIL AT: HIGH DESERT STATE PRISON-FACILITY B-1-129-SUSANVILLE, CALIFORNIA * P/UP BY OFFICER. S HOLMES-1ST WATCH

TO: BRIAN G. SMILEY
CALIFORNIA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
1300 "I" STREET, SUITE-1101
P.O. BOX 944255
SACRAMENTO, CA. 94244-2250

I DECLARE-UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT X James George Stamos    03/09/08 year
MARCH NINTH, 2008    JAMES GEORGE STAMOS JR
            (PETITIONER)

NOTE COURT CLERK-(PLEASE SEND COURTESY DOCKET-)
              (SEE-FEE WAIVER GRATED —)
              (AND MARCH SECOND, OF 2008 year)
              (MAILED SAME MOTION, TO THIS COURT)
                    (END) J.J.J.Jr 03/09/08