1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-1362
8    Fax: (415) 703-1234
     Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES GEORGE STAMOS, JR.,** | C 07-5547 MJJ |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| **WARDEN,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until May 20, 2008, in which to file a response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. We have not attempted to contact petitioner, who is an incarcerated state prisoner representing himself in this case.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including May 20, 2008, in which to file the answer or other responsive pleading.

App. for Ext. of Time to File Response to Order to Show Cause - C 07-5547 MJJ

1

1 | Dated:  March 21, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | GREGORY A. OTT
Deputy Attorney General

8 | **/s/ Peggy S. Ruffra**

9 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

10 | Attorneys for Respondent

App. for Ext. of Time to File Response to Order to Show Cause - C 07-5547 MJJ

2

## DECLARATION OF SERVICE BY MAIL

Case Name: *James Stamos v. Warden*
Case No.  **C 07-5547 MJJ**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 21, 2008</u>, I served the attached

  **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE**

  **DECLARATION IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE**

  **[PROPOSED] ORDER GRANTING EXTENSION OF TIME**

in the internal mail collection system at the Office of the Attorney General,455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

James George Stamos, Jr.
T-56728
Folsom State Prison
P.O. Box 290066
Represa, CA 95671-0066
.

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on March 21, 2008, at San Francisco, California.


  <u>  Denise Neves                </u>          <u>    **/s/ Denise Neves**                </u>
                                                                                            Signature