1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-1362
8    Fax: (415) 703-1234
     Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

| JAMES GEORGE STAMOS, JR., | C 07-5547 MJJ |
|---|---|
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** |
| v. | |
| WARDEN, | |
| Respondent. | |

19       I, Peggy S. Ruffra, declare under penalty of perjury as follows:

20       I am a Supervising Deputy Attorney General for the State of California and am assigned

21  to represent respondent in this case.

22       Petitioner is a state prisoner who was convicted in Santa Clara County of burglary and

23  receiving stolen property. He filed a petition for writ of habeas corpus in the United States District

24  Court for the Eastern District of California. The Sacramento office of the California Attorney

25  General's Office moved to transfer the case to the Northern District, which was granted. On

26  November 28, 2007, this Court issued an Order to Show Cause, giving respondent until February

27  28, 2008 to file a response. However, the Order to Show Cause was served on the Sacramento office

28  of the California Attorney General's Office, which had already closed its file. The San Francisco

office of the California Attorney General's Office was unaware of the Order to Show Cause until petitioner wrote a letter inquiring about the status of the case in March 2008. On March 19, 2008, we received a copy of the Order to Show Cause and the petition for writ of habeas corpus from the Sacramento office. On March 20, 2008, the case was assigned to me.

Petitioner did not pursue a direct appeal in state court. Before I can respond to the Order to Show Cause, I must obtain the records of his state habeas proceedings, and I may need to contact his trial counsel. Accordingly, I request that this Court grant an additional 60 days from today's date, or until May 20, 2008, in which to file an answer or other responsive pleading.

I have not attempted to contact petitioner, who is an incarcerated state prisoner representing himself in this case.

Dated: March 21, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

**/s/ Peggy S. Ruffra**

PEGGY S. RUFFRA
Supervising Deputy Attorney General

Attorneys for Respondent

*Stamos v. Warden* - Dec. of Counsel in Support of App. for Ext. of Time - C 07-5547 MJJ