1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

11
   | | |
   |---|---|
   | **JAMES GEORGE STAMOS, JR.,** | C 07-5547 MJJ |
   | Petitioner, | ██████████ **ORDER GRANTING ENLARGEMENT OF TIME** |
   | **v.** | |
   | **WARDEN,** | |
   | Respondent. | |

17

18          Good cause appearing, Respondent's application for a 60-day enlargement of time within

19   which to file a response to the petition for writ of habeas corpus is GRANTED.  The response shall

20   be filed on or before May 20, 2008.  Petitioner's traverse or reply shall be filed within 30 days of

21   receipt of the response.

22          IT IS SO ORDERED.

23

24   DATED:   4/3/2008

25                                        _____
                                          MARTIN J. JENKINS
26                                        United States District Judge

27

28