JAMES GEORGE STAMOS JR-
T-56728-HIGH DESERT STATE PRISON (FACILITY-B-1-129)
POST OFFICE BOX-3030
SUSANVILLE, CA. 96127-3030

FILED
APR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR;
(PETITIONER)

V.

WARDEN-CSP-SAC-FOLSOM et al;
(RESPONDENTS)

CASE# C-07-5547 MJJ(PR),
PROOF OF SERVICE-
BY-UNITED STATES MAIL-
(2ND)-RETURN FILED COPY-

X I. HEREBY CERTIFY THAT ON: MARCH SECOND OF TWO THOUSAND EIGHT YEAR, - I. SERVED ORIGINALS OF THE: ONE MOTION-PETITION FOR WRIT OF HABEAS-CORPUS AMMENDED-JUNE EIGHTEEN, 2007 year-SHOULD BE GRANTED! - TWO PAGES - AND ONE ADDITIONAL-HANDWRITTEN-2ND-DUPLICATED-MOTION, TWO PAGES - WITH-ONE-PROOF OF SERVICE-BY-U.S. MAIL-MARCH SECOND OF TWO THOUSAND AND EIGHT-YEAR! (ORIGINAL) X BY-PLACING AS LISTED ABOVE-ORIGINALS + ONE - IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSONS HEREINAFTER LISTED. BY-DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL - AT-HIGH DESERT STATE PRISON-FACILITY-B-1-129- BY OFFICER C. HOLT, 3RD WATCH - UNITED STATES MAIL PICKED UP FOR DEPOSIT IN U.S. MAIL- 3/02/08

UNITED STATES DISTRICT COURT -
NORTHERN DISTRICT OF CALIFORNIA -
(U.S.) - 450 GOLDEN GATE AVENUE -
POST OFFICE BOX-36060
SAN FRANCISCO, CA. 94102-3483

I. HEREBY DECLARE-UNDER-PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
(2ND DUP) DATE MARCH THIRTY, 2008 X James George Stamos Jr (2ND)
(NOTED) (PETITIONER)

*SERVED ATTORNEY GENERAL | BRIAN G. SMILEY
MARCH SIXTH OF 2008 YEAR - | CA. DEPARTMENT OF JUSTICE
PROOF OF SERVICE - MAILED TO | OFFICE OF THE ATTORNEY GENERAL
THIS COURT 3/09/2008 YEAR - | 1300 I STREET-SUITE-1101
                             | P.O. BOX-944255
(ONE DUPLICATE MOTION AS LISTED) | SACRAMENTO, CA. 94244-2250

I. HEREBY DECLARE THIS TO BE TRUE AND CORRECT-UNDER PENALTY OF PERJURY
MARCH THIRTY, OF 2008 YEAR -     X James George Stamos Jr - 3/30/2008 -
                                 (PETITIONER)

JAMES GEORGE STAMOS JR
T56728 - HIGH DESERT STATE PRISON (FAC-B-1-129)
POST OFFICE BOX - 3030
SUSANVILLE, CA. 96127-3030

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR.
  PETITIONER

V.

WARDEN - CSPSAC FOLSOM et al;
  RESPONDENTS

CASE No# C-07-5547-MJJ(PR)
— PROOF OF SERVICE —
— BY UNITED STATES MAIL —
(2ND) RETURN FILED COPIES)

X I. HEREBY CERTIFY THAT ON: JANUARY TWENTY-EIGHT, OF TWO THOUSAND EIGHT YR, I SERVED A COPY OF THE ATTACHED - ONE MOTION: REQUESTING ORDERS ON, MOTION'S RETURN OF PROPERTY AND NEED ORDERS - TWO PAGES - EXHIBITS - ATTACHED: AND ONE COPY - DUPLICATED - HANDWRITTEN, ONE PAGE - TRANSCRIPT - PAGE - 291 - COPY, ONE - DEFENDANT'S COPY - PRELIMINARY EXAMINATION MINUTES WITH - ORIGINAL - PROOF OF SERVICE BY - MAIL - 01/28/2008 - SIGNED X ——
BY PLACING A COPY - ORIGINALS IN A POSTAGE PAID ENVELOPE, AND OR COPIES - AS LISTED, IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON'S HEREINAFTER - LISTED, BY DEPOSITING SAID, ENVELOPE IN THE —
UNITED STATES MAIL, AT: HIGH DESERT STATE PRISON - FACILITY-B-1-129) —
BY OFFICER: J. LEVENTON - 3RD WATCH - U.S. MAIL PICKED UP FOR DEPOSIT - U.S. MAIL -
UNITED STATES DISTRICT COURT —
NORTHERN DISTRICT OF CALIFORNIA -
U.S. COURTHOUSE
450 - GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102-3483

I HEREBY DECLARE - UNDER - PENALTY OF PERJURY, THAT THE FOREGOING IS -
TRUE AND CORRECT X James George Stamos JR. MARCH 30, 2008 yr. (2ND)
JAMES GEORGE STAMOS JR
(PETITIONER)