IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GEORGE STAMOS, JR, ) | |
| Petitioner, ) | No. C 07-5547 VRW (PR) |
| vs. ) | ORDER |
| TOM FELKER, Warden, ) | (Docs # 10 & 12) |
| Respondent. ) | |

Petitioner's motion (doc # 10) for an order compelling the return of certain evidence withdrawn from his state criminal trial is DENIED without prejudice. The evidence does not appear to be material to any claim or issue in this case.

Petitioner's motion (doc # 12) for default judgment on his petition for a writ of habeas corpus is DENIED. Respondent was recently granted an extension of time to May 20, 2008 to file an answer to the court's earlier order to show cause. Petitioner is reminded that he may file a traverse within 30 days of respondent filing his answer.

Respondent shall take note of petitioner's current mailing address from the court's docket. Petitioner is currently incarcerated at High Desert State Prison, not Folsom State Prison.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Stamos, J1.or1.wpd