UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STAMOS JR.,

        Petitioner,

v.

Felker, et al,

        Respondent.

Case Number: C07-5547 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian George Smiley
Office of the Attorney General
1300 I Street, Suite 1101
P O Box 944255
Sacramento, CA 94244-2550

James G. Stamos Prisoner Id T56728
High Dessert State Prison
FAC B- Bldg. (L) 129
P.O. Box 3030
Susanville, CA 96127-3030

Peggy S. Ruffra
CA State Attorney's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: April 11, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk