1. JAMES GEORGE STAMOS JR,
2. T56728 - HIGH DESERT STATE PRISON (FAC-B-1-129)
3. POST OFFICE BOX - 3030 -
4. SUSANVILLE, CA. 96127-3030;

FILED
08 APR 21 PM 2:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10. JAMES GEORGE STAMOS JR          C07-5547-VRW(PR)
11.        (PETITIONER)             (MOTION) FOR APPOINTED
12. V.                              COUNSEL TO A
13.                                 CRIMINAL HABEAS
14. WARDEN - TOM FELKER,            CORPUS CASE -
15.        (RESPONDENT)

17. ON JULY SIXTEEN, OF TWO THOUSAND SEVEN YEAR, I SENT
18. TWO MOTIONS; FOR APPOINTED - COUNSEL TO A CRIMINAL -
19. HABEAS CORPUS CASE! WITH - ONE - 3RD CONFORMED - MAILED
20. AUGUST-SECOND, OF TWO THOUSAND SEVEN YEAR, TO THE -
21. UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CA-
22. LIFORNIA. I NEVER - RECEIVED - ORDERS! AS IM INDIGENT-
23. AND WHEN A COURT ISSUES AN ORDER TO SHOW CAUSE -
24. COUNSEL MUST BE APPOINTED FOR AN INDIGENT - PETITION
25. -ER. WHO REQUESTS COUNSEL - CALIFORNIA RULES OF COURT
26. RULE - 4.551(c)(2). IT SHOULD ALSO BE NOTED MY ACCESS TO -
27. LAW LIBRARY AT- HIGH DESERT STATE PRISON, IS VERY LIMITED-
28. I DECLARE UNDER - PENALTY OF PERJURY THIS TO BE TRUE X James G. Stamos Jr
APRIL FIFTEENTH OF TWO THOUSAND EIGHT YEAR JAMES G STAMOS JR
                                            PETITIONER

1  JAMES GEORGE STAMOS JR
2  T56728 - HIGH DESERT STATE PRISON (FACILITY-B-1-129)
3  POST OFFICE BOX-3030
4  SUSANVILLE, CA. 96127-3030

FILED
08 APR 21 PM 2:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA.

10  ~~JAMES GEORGE STAMOS JR.~~
    (PETITIONER)

    CASE: C-07-5547-MJJ(PR)

11  (MOTION: REQUEST FOR APPOINTMENT
12  ) OF COUNSEL AND DECLARATION
13  ) OF INDIGENCY )

14  ~~WARDEN-CSPSAC FOLSOM:~~
15  RESPONDENT(S)

16  I, JAMES GEORGE STAMOS JR, DECLARE THAT I AM A PETITIONER TO-
17  THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT —
18  HIGH DESERT STATE PRISON, SUSANVILLE, CA. 96127-3030, AND THAT—
19  I AM INDIGENT AND UNABLE TO AFFORD COUNSEL. MY TOTAL; —
20  TOTAL ASSETS ARE $0 — AND MY INCOME IS $0 — PER MONTH
21  I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS —
22  MATTER, SO THAT MY INTERESTS MAY BE PROTECTED BY THE —
23  PROFESSIONAL ASSISTANCE REQUIRED. IN ADDITION, WHEN A —
24  COURT ISSUES AN ORDER TO SHOW CAUSE, COUNSEL MUST BE —
25  APPOINTED FOR AN INDIGENT PETITIONER WHO REQUESTS, —
26  COUNSEL. CALIFORNIA RULES OF COURT - RULE 4.551(c)(2).: —
27  I DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING
28  IS TRUE AND CORRECT AND THIS DECLARATION X /s/ James...

JAMES G. STAMOS JR
(PETITIONER)

J. STANDS JR.
HIGH DESERT STATE PRISON
NAME: JAMES G. STANDS JR
CDC#: T-51-15  BED: Z-B-129
PO BOX 3030 SUSANVILLE CA 96127

LEGAL MAIL
PROOF OF SERVICE BY U.S. MAIL (COUNT OUT)
APRIL SIXTEENTH OF TWO THOUSAND EIGHT
— CONFIDENTIAL —

legal INDIGENT
04/16/2008

TO: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
POST OFFICE BOX 36060
SAN FRANCISCO CA 94102-T

LEGAL/CONFIDENTIAL/LEGAL

neopost
$00.410
Mailed from 96127
04/17/2008
US POSTAGE
04982046573



Case 3:07-cv-05547-VRW    Document 19    Filed 04/21/2008    Page 4 of 4