1  JAMES GEORGE STAMOS JR
2  T56728-FACILITY-B-1-129 (H.D.S.P)
3  PO BOX 3030
4  SUSANVILLE, CA. 96127-3030

**FILED**
08 APR 21 PM 2:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5
6  (ATTENTION COURT CLERK)
7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA
9
10 ~~JAMES GEORGE STAMOS JR.~~     CASE# C-07-5547 VRW (PR)
       (PETITIONER)
11                                  DECLARATION OF MOTIONS
12 V                                MAILED! AND REQUEST
                                    COURTESY DOCKET, NEVER
13                                  RECEIVED, TO THIS CASE!
14 WARDEN, et al,                   AND PREVIOUS CASE #
       RESPONDENT
15                                  CIV S-07-1078 LEW

16 ATTENTION- COURT CLERK (USCL NORTHERN)
17 ON APRIL FIFTHTEENTH, OF 2008 YEAR, I RECEIVED ORDER-DOC#10 & 12
18 THE MOTION DOC#10 IS NOT TITLED CORRECTLY AS MOTION-REQUEST
19 ORDER TO RETURN MY PROPERTY-w/ATTACHED MOTION RETURN OF
20 PROPERTY-FILED CASE # CIV-S07-1078 LEW EFB-P-MAILED ON THE
21 AUGUST NINTEENTH (19) OF 2007 YEAR! DOCUMENTS WAS NOT-
22 ORDERED OR RULED ON; SIMILAR-MOTION-REQUESTING-ORDERS ON-
23 MOTIONS RETURN OF PROPERTY AND NEED ORDERS TWO PAGES EXIBITS
24 ATTACHED, MAILED-JAN.28.2008 C-07-5547 MJJ PR; AND DOC#12—
25 TITLED- MOTION-PETITION FOR WRIT OF HABEAS CORPUS-AMMENDED-
26 JUNE 18TH 2007 YEAR-SHOULD BE GRANTED; MAILED-MARCH.02.2008
27 THE TITLE-DOES NOT MATCH! RESPONDENTS FILED-EXTENSION-AFTER-
28 FEBRUARY. 26TH 2008; REQUEST RULEINGS ON MOTION, AND REQUEST-
A  DOCKET TO THIS CASE # PREVIOUS CASE NUMBER, AND OTHER-
B  CASE! CIV S-07-1078-LEW EFB-P, C-07-5547 MJJ-(PR) AND NEW
X  James G Stamos Jr 4/16/08-    > C-07-5547 VRW(PR)