1 JAMES GEORGE STAMOS JR —
2 T66728-HIGH DESERT STATE PRISON (FAC-B-1-129)
3 POST OFFICE BOX-3030 —
4 SUSANVILLE, CA. 96127-3030 —

FILED
08 APR 21 PM 2:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5
6          UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA
8
9 JAMES GEORGE STAMOS JR          CASE# C-07-5547 VRW (PR)
10 PETITIONER —
                                 (PROOF OF SERVICE BY MAIL-
11 V                              *APRIL SIXTEEN OF 2008 YEAR—
12
13 WARDEN -
14 RESPONDENT(S)
15
16 I HEREBY CERTIFY THAT ON 8 APRIL. SIXTEENTH, OF 2008 YEAR, I.
17 SERVED-ORIGINALS OF THE ATTACHED *(ONE) DECLARATION OF -
18 MOTIONS MAILED!: *(ONE) REQUEST FOR APPOINTMENT OF COUNSEL
19 AND DECLARATION OF INDIGENCY! (TWO) ONE ORIGINAL- MOTION -
20 FOR APPOINTED COUNSEL TO A CRIMINAL HABEAS CORPUS CASE +
21 BY PLACING-ORIGINALS IN A POSTAGE PAID ENVELOPE-ADDRESSED
22 TO THE PERSON(S) HEREINAFTER LISTED, BY DEPOSITING SAID -
23 ENVELOPE IN THE UNITED STATES MAIL AT-SUSANVILLE, CA. —
24 UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF
25 CALIFORNIA, - 450 GOLDEN GATE AVE, P.O. BOX-36060 —
26 SAN FRANCISCO, CA. 94102-3483:
27 I. DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE-
28 AND-CORRECT. James George Stamos Jr - APRIL 16TH 2008 y.
          JAMES GEORGE STAMOS JR
          — PETITIONER —