IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GEORGE STAMOS JR., | No C 07-5547 VRW (PR) |
| Petitioner, | ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL |
| v. | |
| TOM FELKER, Warden | |
| Respondent(s). | |

Petitioner's request for appointment of counsel is DENIED without prejudice. See Knaubert v Goldsmith, 791 F2d 722, 728 (9th Cir 1986) (unless an evidentiary hearing is required, the decision to appoint counsel in habeas corpus proceedings is within the discretion of the district court). Petitioner clearly presented his claims for relief in the petition and an order to show cause issued. Accord Bashor v Risley, 730 F2d 1228, 1234 (9th Cir 1984) (although petitioner had no background in law, denial of appointment of counsel within discretion of district court where petitioner clearly presented issues in petition and accompanying memorandum). The court will appoint counsel on its own motion if an evidentiary hearing is later required. See Knaubert, 791 F2d at 728 (appointment of counsel mandatory if evidentiary hearing is required).

The clerk shall terminate the motion in docket number 19.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Stamos, J1.deny.wpd