# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

STAMOS JR.,

               Plaintiff,

  v.

WARDEN CSP SACRAMENTO et al,

               Defendant.

_____/

Case Number: C07-5547 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James G. Stamos Prisoner Id T56728
High Dessert State Prison
FAC B- Bldg. (L) 129
P.O. Box 3030
Susanville, CA 96127-3030

Dated: May 1, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*