<a><p>Case 3:07-cv-05547-VRW   Document 23   Filed 05/20/2008   Page 1 of 4</p></a>

<a>
EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
State Bar No. 117315
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-1362
 Fax: (415) 703-1234
 Email: peggy.ruffra@doj.ca.gov
Attorneys for Respondent
</a>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES GEORGE STAMOS JR.,** | C 07-5547 VRW |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **TOM FELKER, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the Order to Show Cause why the petition for writ of habeas corpus should not be granted.

**I.**

**CUSTODY**

Petitioner is lawfully in the custody of the California Department of Corrections and Rehabilitation as a result of a judgment of conviction in Case No. EE604989. On November 30, 2006, a Santa Clara County jury convicted petitioner of first degree burglary and receiving stolen property, and found him not guilty of second degree burglary. The jury subsequently found that petitioner had served a prior prison term. On December 21, 2006, the trial court sentenced petitioner to five years in prison.

<a>*Stamos v. Felker* - Answer to Order to Show Cause - C 07-5547 VRW

1</a>

## II.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies that (1) petitioner received ineffective assistance of trial counsel; (2) petitioner's speedy trial claim presents a federal constitutional question; (3) petitioner's Fourth Amendment claim presents a cognizable claim; and (4) petitioner received ineffective assistance of appellate counsel.

## III.

## PROCEDURAL ISSUES

Claims one and four in the petition are not exhausted, but should be denied pursuant to 28 U.S.C. § 2254(b)(2). Claims two and three are not cognizable on federal habeas corpus review. The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## IV.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) Clerk's Transcript (2 volumes); (2) Reporter's Transcript (8 volumes);[1] (3) Appellant's Opening Brief; (4) Respondent's Brief; (5) Opinion by California Court of Appeal; (6) Petition for Writ of Habeas Corpus filed in California Supreme Court, No. S157276; (7) Docket sheet, No. S157276.

## V.

## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

## VI.

## CONCLUSION

Respondent respectfully requests that the petition for writ of habeas corpus be denied.

---

1. We are not in possession of Volume 6 of the Reporter's Transcript.

*Stamos v. Felker* - Answer to Order to Show Cause - C 07-5547 VRW

2

1 | Dated: May 20, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | GREGORY A. OTT
Deputy Attorney General

**/s/ Peggy S. Ruffra**

PEGGY S. RUFFRA
Supervising Deputy Attorney General

Attorneys for Respondent

## DECLARATION OF SERVICE BY MAIL

Case Name: *James Stamos v. Felker, Warden*
Case No. **C 07-5547 VRW**

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 20, 2008</u>, I served the attached

### ANSWER TO ORDER TO SHOW CAUSE

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER

### NOTICE OF LODGING EXHIBITS

in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business in a sealed envelope, postage fully prepaid, addressed as follows:

James George Stamos, Jr.
T-56728
High Desert State Prison
P.O. Box 3030
Susanville, CA  96127-3030

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on May 20, 2008, at San Francisco, California.

|   Denise Neves   |   **/s/ Denise Neves**   |
|---|---|
|   | Signature |