1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA 94102-3664
      Telephone: (415) 703-1362
8     Fax: (415) 703-1234
      Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | **JAMES GEORGE STAMOS,**          | C 07-5547 VRW |

15 |                      Petitioner,  | **NOTICE OF LODGING OF EXHIBITS** |

16 |       **v.**                      |

17 | **TOM FELKER, Warden,**           |

18 |                      Respondent.  |

19         Notice is hereby given that the following exhibits are lodged in support of respondent's

20  answer and memorandum of points and authorities:

21         EXHIBIT 1        Clerk's Transcript (2 volumes)

22         EXHIBIT 2        Reporter's Transcript (8 volumes)

23         EXHIBIT 3        Appellant's Opening Brief

24         EXHIBIT 4        Respondent's Brief

25         EXHIBIT 5        Opinion by California Court of Appeal

26         EXHIBIT 6        Petition for Writ of Habeas Corpus filed in California Supreme Court

27         EXHIBIT 7        Docket Sheet from California Supreme Court

28

*Stamos v. Felker* - Notice Of Lodging Of Exhibits - C 07-5547 VRW

1    Dated:  May 20, 2008

2

3                              Respectfully submitted,

4                              EDMUND G. BROWN JR.
                             Attorney General of the State of California

5                              DANE R. GILLETTE
                             Chief Assistant Attorney General
6
                             GERALD A. ENGLER
7                              Senior Assistant Attorney General

8                              GREGORY A. OTT
                             Deputy Attorney General
9
                             **/s/ Peggy S. Ruffra**
10
                             PEGGY S. RUFFRA
11                             Supervising Deputy Attorney General

12                             Attorneys for Respondent

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28