§4.180                          Appeals and Writs in Criminal Cases • 678

FILED<br>05 JUL -2 PM 12:54

__[Name of attorney or pro per party] JAMES G. STAMOS JR.
__[Address] T56728- HIGH DESERT STATE PRISON (FACILITY B-1-129)
__[Telephone] P.O. BOX-3030, SUSANVILLE, CA. (U.S. DISTRICT COURT) 96127-3030

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__[Name] JAMES STAMOS JR.      )   No. C-07-05547 VRW
        Petitioner,             )
                                )   TRAVERSE TO ANSWER TO
vs                              )   PETITION FOR WRIT OF
                                )   HABEAS CORPUS
__[Name] TOM FELKER (WARDEN)    )
        Respondent.             )
_____)

JAMES G. STAMOS JR., Petitioner, makes this Traverse to Respondent's Answer to __[his/her]__ Petition for Writ of Habeas Corpus and alleges as follows:

1. Paragraph Number _I_ of Respondent's Answer is untrue because it alleges that Petitioner's custody is lawful and proper;

2. Paragraph Number _II_ of Respondent's Answer is not true;

3. Paragraph Number _III_ of Respondent's Answer is not true;

4. Paragraph Number _IV_ of Respondent's Answer is not true;

5. Petitioner incorporates by reference and resubmits __(his/her)__ Petition for Writ of Habeas Corpus as if fully set forth herein; and

6. Petitioner also incorporates by reference the Memorandum of Points and Authorities and exhibits to __(his/her)__ Petition __[and this Traverse]__ TOTAL W/ EXHIBITS FIFTY PAGES.

Date: JUNE SEVENTH, 2008        Respectfully submitted, James G. Stamos Jr.
                                __[Signature of attorney or pro per petitioner]__
                                __[Typed name]__ JAMES G. STAMOS JR.,

1. (I.) INEFFECTIVE COUNSEL BY PUBLIC DEFENDER,
2. DEFENDERS OFFICE AND MAIREAD O-KEEFE, P.D.
3. (PETITION AT 5.)
4. ON ARRAIGNMENT-APRIL,TWELVE,TWO THOUSAND SIX YEAR,—
5. APPOINTED DEPUTY PUBLIC DEFENDER,FLAGSBERG.(PETITION AT 6)
6. THE CLAIM OF INEFFECTIVE COUNSEL-APPOINTED TRIAL-
7. COUNSEL HAS BEEN CLAIMED CONTINUELY AFTER TRIAL AS
8. GROUNDS FOR RELIEF; 11/08/06-H/C EXHIBIT #1 * (BRIEF FILED IN
9. 6TH DISTRICT,CA.COURT OF APPEAL) THE CLAIM IS EXHAUSTED-
10. AT STATE LEVEL' THERE ARE DIFFERENT-HABEAS CORPUS-DENIED
11. WHICH RAISED CLAIMS OF INEFFECTIVE ASSISTANCE OF COUNSEL
12. AT TRIAL! ON APRIL TWELVE, OF TWO THOUSAND SIX YEAR, PRIOR
13. TO ARRAIGNMENT-SETH FLAGSBERG WAS APPOINTED AND-
14. REPRESENTED ME APRIL TWELVE, 2006.TO MAY, FIRST, 2006-
15. PRELIMINARY EXAMINATION - EX(2)
16. ON APRIL TWENTY-SIXTH, 2006 VERIFIED THE LAWYER REPRESENT-
17. ING MY CASE WAS SETH FLAGSBERG # EXHIBIT #(3)
18. ON MAY, FIFTHTEEN, 2006 - MAIREAD O-KEEFE WAS APPOINTED
19. FOR TRIAL, EXHIBIT (4)
20. MAY, THIRTY, 2006, I FIRED MAIREAD O-KEEFE (CT AT 137)—
21. HABEAS CORPUS-EE604989-(CT-113-118A)(6/05/06)
22. CONFLICT OF INTEREST (CT AT 91-92) 93)(5/17/06)
23. JUNE,09,2006 I WAS NOT PRESENT OR PARTICIPATED IN
24. MOTION FOR CONTINUANCE TRIAL WAS SUPPOSE TO BEGIN-
25. ON-6/19/2006, FROM-4/12/06-TO 06/19/06 IS OVER 60 DAYS-
26. (CT AT-121)
27. ON,JUNE TWENTY-FIRST,2006, I FILED OBJECTION TO JUNE 13TH 2006
28. FILED ORDER W/ STATEMENT OF CLAIM, 05-260-0157c PG 2,3-

A. JUNE 06,2006 PUBLIC DEFENDER TESTIFIED (RPT 21) 2ND FELONY TRIAL
B. JUNE 06,2006 MARSDEN (CT 102) ABSTRACT

(I)-CONTINUED-
1. CONFLICT OF INTEREST (CT AT 91-93)
2. HABEAS CORPUS-EE604989 (CT-113-118A)
3. MARSDEN HEARING. JUNE SIXTH, 2006 (CT AT 102)
4. PUBLIC DEFENDER-MAIREAD O KEEFE-TESTIFIED. THAT MY-
5. CASE# EE604989 WAS SECOND TRIAL SHE EVER DID AS TO -
6. FELONY TRIALS (RPT-21) (JUNE SIX, 2006 VOLUME I.) MARSDEN.
7. JUNE. NINTH. 2006. I WAS NOT PRESENT OR PARTICIPATED
8. IN MOTION FOR CONTINUANCE TRIAL WAS SUPPOSE TO -
9. ON 06/19/06. FROM APRIL 12, 06, TO 06/19/06 IS OVER 60 DAYS-
10. (CT AT 112); ON JUNE 21ST 2006 I FILED OBJECTION TO
11. JUNE THIRTEEN, 2006 FILED ORDER W/STATEMENTS OF CLAIM
12. 05-260-0157C-PG 2,3, OF 4) WHICH WAS FILED 6/27/06 WHICH
13. PRESENTS-ATTORNEY-NOT BEING-EFFECTIVE COUNSEL-
14. (CT-AT 144-148)
15. ON-7/06/06. I FILED-MOTION REQUEST PRIVATE COUNSEL
16. AND DISMISS PUBLIC DEFENDER (CT AT 160-161; CT AT 168)
17. JULY SEVEN, 2006. STATE BAR COMPLAINT FILED. INQUIRY #-
18. 06-20975x EXHIBIT #(5)
19. SUPPLEMENTAL TO JULY. THIRTEEN, 2006 STATEMENT OF -
20. DISQUALIFICATION-UNDER CODE OF CIVIL PROCEDURES 170.1(b)
21. (CT AT 164, CT AT 170-171, CT AT 174, CT AT 178)
22. ON SEPT. EIGHTEEN, 2006. I FILED REQUEST FOR MARSDEN MOTION.
23. UNDER-PEOPLE V. MARSDEN (CT-190)
24. AND MOTION FOR SUBSTITUTION OF COUNSEL (CT AT 191)
25. ON-OCTOBER EIGHTEEN, 2006 YEAR-MOTION TO DISMISS WITH-
26. TWO PAGES MEMORANDUM. POINTS AND AUTHORITIES EXHIBIT#(6)
27. 11/08/2006 HABEAS CORPUS-WITH LETTER TO REPRESENT
28. MYSELF-MAILED. PUP BY SHULZ #2524, EITHER FILED, SEE-12/21/06-

(I) CONTINUED

1. SENTENCEING ABSTRACT - MULTIPLE MOTIONS WERE <u>NOT FILED</u>
2. MOTIONS PLACED IN CONFIDENTIAL ENVELOPE (SEE) (PETITION EXHIBITS)
3. (RT AT 434-LINE #12 THRU 25)(NOTE) SEE 28 USCS 2254-PETITION EXHIBITS-
4. STAMOS ACCUSES HIS TRIAL COUNSEL OF INEFFECTIVE COUNSEL
5. ASSISTANCE IN FAILING TO OBJECT TO THE TRIAL COURTS-
6. VIOLATION OF PENAL CODE §§654 IN CALCULATING THE REST-
7. ITUTION FINES (AOB AT 5)
8. PEOPLE V. LE (2006) THE COURT ADDRESSED A SIMILIAR CLAIM
9. IN LE, AND FOUND THE FAILURE TO OBJECT WAS PREJUDICIAL
10. (RB-AT 4)
11. TO PREVAIL ON A CLAIM OF INEFFELTIVE ASSISTACE OF COUN-
12. SEL, AN APPELLANT MUST SHOW COUNSEL'S PERFORMANCE-
13. FELL BELOW A STANDARD OF REASONABLE COMPETENCE AND
14. THAT PREJUDICE RESULTED. (PEOPLE V. STATEN (2000) 24 --
15. CAL. 4TH 434, 450-451; PEOPLE V. LEDESMA-1987 43 cal. 3d. 176, 216-217;
16. "SIXTH AMMENDMENT TO THE UNITED STATES CONSTITUTION-
17. AND ARTICLE I, SECTION 15, OF THE CALIFORNIA CONSTITUTION
18. GUARANTEE THE RIGHT TO ASSISTANCE OF COUNSEL IN A
19. CRIMINAL CASE! STRICKLAND V. WASHINGTON (1984) 466 U.S.-
20. 668, 687. [104 S.CT 2052, 2064, 80 L.Ed. 2d 674]
21. THE TRIAL COUNSEL FAILED TO MOVE TO SUPRESS THE -
22. DUFFLE BAG, FAILED TO MOVE FOR THE RETURN OF PETITIONERS
23. PROPERTY, AND FAILED TO REQUEST A JURY INSTRUCTION, REGARD-
24. ING THE UNLAWFUL CONDUCT OF POLICE. (ANSWER)(EXH: 6 AT 4) THIS-
25. IS NOT A PETITION FOR WHICH, I BASED FEDERAL-VIOLATIONS-
26. SEE: HABEAS CORPUS (H032282, AND S159664) RE: INEFFELTIVE ASSIS-
27. TANCE OF COUNSEL. STATE COURT GROUNDS HAVE BEEN AND ARE-
28. EXHAUSTED, AT STATES LEVEL! ALSO SEE MOTIONS RETURN OF PROPERTY

(I) CONTINUED-

1. IN JUNE. NINTH. 2006 YEAR, I WAS NOT PRESENT IN COURT FOR-
2. ANY MOTION FOR CONTINUEANCE. TRIAL WAS SUPPOSE TO BE-
3. HELD ON JUNE. TWELVE. 2006 YEAR! IT WAS NOT MENTIONED TO
4. ME. AND TOOK PLACE DIRECTLY-03 DAYS AFTER JUNE SIX, 2006 YEAR-
5. MARSDEN HEARING! I DEMANDED MY U.S. CONSTITUTIONAL-
6. RIGHTS. TO SPEEDY TRIAL- NO TIME WAIVED! THE ATTORNEY-
7. ALLREADY WAS BEING "INEFFECTIVE" AND "INDIFFERENT"
8. SEE. TRAVERSE (PAGES 1, TWO, THREE;) THE STATUTORY RIGHT TO SPEEDY
9. TRIAL IS NOT PERSONAL TO THE DEFENDANT. AND CAN-
10. BE WAIVED BY COUNSEL OVER THE DEFENDANT'S OBJECTION,-
11. UNLESS COUNSEL WAS BEING "INEFFECTIVE". "INDIFFERENT."
12. (TOWNSEND V. SUPERIOR COURT. 15. Cal. 3d. 774, 780-782. 126-
13. CAL. RPTR. 251, 543 P.2d 619 (1975))
14. THE FACT THAT I DID NOT RECEIVE TRANSCRIPTS TILL NOVEMBER
15. 2007 YEAR! I COULD NOT PRESENT ISSUES, MORE CONSISELY -
16. I. SHOULD ALSO. PRIOR TO FIREING - MAIREAD O KEEFE ON - MAY.
17. THIRTY, 2006 YEAR. I HAD REQUESTED INVESTIGATOR TO COLLECT
18. EVIDENCE, OF MY WHEREABOUTS, FOR DEFENSE ATTORNEY, SHE
19. REFUSED! (INQUIRY 06-20975 * STATE BAR OF CALIFORNIA) I DO NOT
20. POSSESS - COMPLAINT - STATE BAR OF CA. LOS ANGLES - HAS DOCUMENTS.
21. SO YOU WILL KNOW. COUNSEL CAN I INQUIRE. I DON'T KNOW
22. THAT Mr. STAMOS COMES UNDER-1368 BUT--- THE COURT (RT. AT 41)
23. MS. O'KEEFE: YES YOUR HONOR. I'M DECLARING A DOUBT AS TO Mr.
24. STAMOS' JR COMPETENCY TO STAND TRIAL UNDER 1368. (RT AT-76)
25. SEE STATEMENT OF DISQUALIFICATION UNDER CODE OF CIVIL
26. PROCEDURES- 170.1 - ORIGINAL MAILED JULY. THIRTEEN. 2006 (EXHIBIT. D7)
27. ON (NOVEMBER) ELEVEN/ EIGHT/ TWO THOUSAND AND SIX YEAR) I
28. MAILED: LETTER TO REPRESENT MYSELF. AND IT WAS NOT FILED

A119481 = H032282 - HABEAS CORPUS
12/06/06 HC = H031600 - HABEAS CORPUS
(OTHER HABEAS CORPUS)

(I) CONTINUED

1. OR-NOVEMBER. EIGHT. 2006 YEAR- HABEAS CORPUS EXHIBIT#(08)
2. ON. NOVEMBER. TWENTY-SEVEN. OF 2006 YEAR- TRIAL BEGAN -
3. DAY ONE- (RT AT-133)(CT AT 209 AND 209(A) 209(B))
4. I WAS WRONGFULLY CONVICTED & APPEAL FILED (12/21/2006)
5. (CT AT-314)

6. (II)
7. VIOLATION OF RIGHT TO SPEEDY TRIAL; (PETITION AT 5)
8. ARRAIGNMENT ON APRIL TWELVE, TWO THOUSAND SIX YEAR -
9. SINCE-60 CALENDAR DAYS- JUNE. TWELVE, 2006 WAS NOT -
10. BROUGHT TO SPEEDY TRIAL AND INSTEAD, MY PUBLIC DEFENDER
11. AND JUDGE W/OUT CAUSE DELAYED TO, NOVEMBER. TWENTY-SEVEN
12. TWO THOUSAND SIX YEAR! (PETITION AT 5)
13. ON. APRIL. SEVEN. TWO THOUSAND SIX YEAR I WAS ARRESTED FOR
14. WARRANT # EF604989 (CT-AT-76-78)
15. ON. APRIL TWELVE, TWO THOUSAND SIX YEAR. ARRAIGNMENT WAS-
16. DONE, AND I DEMANDED A SPEEDY TRIAL EXHIBIT# (02)
17. ON MAY. FIRST. TWO THOUSAND SIX YEAR- PRELIMINARY EXAMINA-
18. TION WAS DONE! (CT AT PAGE ONE) (EXHIBIT# 09)
19. MAY. FIFTHTEEN. OF TWO THOUSAND SIX YEAR- INFORMATION (CT AT 88)
20. AMENDMENT TO THE CHARGES. FOR AN AMENDMENT TO THE -
21. INFORMATION TO TOLL THE RUNNING OF THE STATUTORY PER-
22. IOD. THE AMENDMENT MUST GO TO THE SUBSTANCE OF THE CHAR-
23. GES. AND INCLUDED OFFENSES ARE NOT CONSIDERED SUBSTANTIAL
24. CHARGES. PEREZ V. SUPERIOR COURT (1980) 111 Cal. APP. 3d 589, 593,-
25. 110 Cal RPTR 843. HUERTA V. SUPERIOR COURT (1971) 18 CAL 3d. 482 485-
26. 95 Cal RPTR 748)
27. ON: JUNE. TWELVE OF TWO THOUSAND SIX YEAR- THER WAS NO TRIAL*
28. IN VIOLATION OF CA. CONSTITUTIONAL RIGHT. ARTICLE I. SECTION 15.

(II) CONTINUED

1. ALL PERSONS BORN, OR NATURALIZED IN THE UNITED STATES
2. AND SUBJECT TO THE JURISDICTION THEREOF, ARE CITIZENS
3. OF THE UNITED STATES AND OF THE STATE WHEREIN THEY-
4. RESIDE. N)STATE SHALL MAKE OR ENFORCE ANY LAW WHICH-
5. SHALL ABRIDGE THE PRIVILEGES OR IMMUNITIES OF CITIZENS
6. OF THE UNITED STATES; NOR SHALL ANY STATE DEPRIVE ANY
7. PERSON OF LIFE, LIBERTY, OR PROPERTY, WITHOUT DUE PROCESS
8. OF LAW, NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION
9. THE EQUAL PROTECTION OF THE LAWS! UNITED STATES -
10. CONSTITUTION - AMENDMENT XIV.
11. ON - 06/16/2006 YEAR - MARSDEN HEARING - (CT AT 133)
12. TRIAL WAS SUPPOSE TO BEGIN 06/19/06 (CT AT-112)
13. BUT WITHOUT GOOD CAUSE OR PROBABLE CAUSE THE TRIAL DATE
14. WAS SUSPENDED - PENAL CODE §s 1368) THE COURT: ALL RIGHT AND
15. MS. O'KEEFE YOU HAVE A DOUBT TO DECLARE? (RT AT-76)(CT-AT 134)
16. MS O'KEEFE: YES YOUR HONOR, I'M DECLARING A DOUBT AS TO
17. MR STAMOS JR COMPETENCY TO STAND TRIAL UNDER - 1368 (RT-76)
18. (CT AT 134);
19. ON - 10-11-2006 - OCTOBER, ELEVEN, OF TWO THOUSAND SIX YEAR, -
20. I WAS DECLARED COMPETENT (CT AT 189)x
21. ON-OCTOBER EIGHTEEN, TWO THOUSAND SIX YEAR, I MAILED -
22. MOTION TO DISMISS, WITH MEMORANDUM, AND POINTS
23. OF AUTHORITIES, TO: SUPERIOR COURT OF CALIFORNIA!
24. EXHIBIT #(10)
25. ON NOVEMBER, EIGHTH, 2006, LETTER TO REPRESENT MYSELF-
26. ON DECEMBER TWENTY-FIRST, 2006- SENTENCING, COURT HAD
27. ALL THESE MOTIONS, LETTERS, REFUSED TO FILE (SEE RT-4,3 AT 12-25)
28. DUE PROCESS VIOLATED, STATUTORY RIGHT, SPEEDY TRIAL -

1  III. MY CLAIM GROUND(3) IS FOR A VIOLATION OF MY-
2  UNITED STATES CONSTITUTIONAL (14TH FOURTEEN)(XIV) AMEND-
3  MENT. AND VIOLATION FIRST AMENDMENT OF UNITED STATES -
4  CONSTITUTION (PETITION AT-06)
5
6  IN WHICH A UNITED STATES VIOLATION OF UNITED STATES-
7  CONSTITUTION XIV. AMENDMENT RIGHTS HAD BEEN VIOLATED,
8  BY STATE LOWER COURTS. MOTIONS WAS NOT FILED BY COURT OR
9  BY A PUBLIC DEFENDER! MOTION: TO RETURN OF PROPERTY WAS
10 NEGLECTED BY SUPERIOR COURT OF CALIFORNIA. COUNTY OF -
11 SANTA CLARA. RT-434 LINE #12 THRU #25 ; EXIBIT #(11)
12 THE PROPERTY ILLEGALY TAKEN AWAY FROM MY POSSESSION.
13 OCTOBER. FIRST. OF TWO THOUSAND FIVE YEAR WAS NOT RETURNED -
14 ORDINARILY DUE PROCESS OF LAW. REQUIRES NOTICE AND OPPORTUNITY
15 FOR SOME KIND OF HEARING PRIOR TO THE DEPRIVATION OF A -
16 SIGNIFICANT PROPERTY INTEREST
17 SEE-MEMPHIS LIGHT. GAS & WATER-DIV- V. CRAFT. 436 U.S. L.19 (1978)
18 MR. STAMOS IS NOT UNWILLING TO STIPULATE AND I WAS -
19 EXPLAINING TO Ms. O'KEEFE THAT I WILL TRY TO FACILITATE THE -
20 RELEASE OF THE PAPERWORK. RT-326(14-16)x
21 SO I'LL HAVE A PHOTOGRAPHS TAKEN OF THE CONTAINERS THE SUITCASE
22 OR DUFFLE BAG SO THE JURY CAN SEE THERE WAS A CONTAINER. -
23 WITH THE STIPULATION THAT THAT WAY HE CAN RETURN THE -
24 ITEMS WITH THE PAPERWORK THAT BELONGS TO THE DEFENDANT -
25 IN IT- RT-326(23-27): CONGRESS SHALL MAKE NO LAW RESPECTING
26 AN ESTABLISHMENT OF RELIGION. OR PROHIBITING THE FREE
27 EXERCISE. THERE OF OR ABRIDGING THE FREEDOM OF SPEECH, -
28 OR OF THE PRESS. OR THE RIGHT OF THE PEOPLE TO ASSEMBLE, -

1. AND TO PETITION THE GOVERNMENT FOR A REDRESS OF -
2. GRIEVANCES. UNITED STATES CONSTITUTION. FIRST-I. AMEND-
3. MENT:
4. "PAPER" OR "EFFECT" IS ONLY FREE FROM UNREASONABLE SEARCH
5. AND SEIZURE IF A PERSON HAS A REASONABLE EXPECTATION
6. OF PRIVACY IN IT (UNITED STATES V. JACOBSEN (1984) 466 U.S.-
7. 109, 114-115, 104 S.CT. 1652, 80 L.Ed. 2d 85)
8. ITEMS SUCH AS A PERSONS LETTERS AND SEALED PACKAGES-
9. CLEARLY FIT WITHIN THIS CLASSIFICATION (UNITED STATES-
10. V. JACOBSEN (1984) 466 U.S. 109, 114-115, 104 S.CT. 1652, 80 L.Ed. 2d 85*
11. (UNITED STATES V. VAN LEEUWEN (1970) 397 U.S. 249, 251-252, 90 S.-
12. CT. 1029, 25 L.Ed. 2d 282)
13. THE FEDERAL AND STATE CONSTITUTIONS BOTH EXPLICITLY -
14. EXTEND PROTECTION AGAINST UNREASONABLE SEARCH AND
15. SEIZURE TO A PERSONS "PAPERS" AND "EFFECTS" (U.S. CONST.-
16. AMEND IV. CAL. CONST. ARTICLE I. AN. XIII)
17. WHEN MATERIALS PRESUMPTIVELY PROTECTED BY THE FIRST-
18. AMENDMENT HAVE BEEN SEIZED WITHOUT A PRIOR ADVERSARY-
19. HEARING. ANY INTERESTED PERSON IS ENTITLED UPON REQUEST-
20. TO A PROMPT JUDICIAL DETERMINATION OF WHETHER THE -
21. MATERIALS ARE PROTECTED BY THE FIRST AMENDMENT AND-
22. THEREFORE NOT SUBJECT TO SEIZURE (HELLER- V. NEW YORK-
23. (1973) 413 U.S. 483, 492, 37 L.Ed 2d 745, 93 S.CT 2789)
24. BEING IN POSSESSION OF SOMEONE'S ELSES UNITED STATES
25. MAIL-ADDRESSED TO: ANOTHER PERSON IS IN VIOLATION-
26. OF (TITLE 18-U.S.C. Ss 1708)
27. DISTRICT ATTORNEY MS GEMETTI "I DO NOT HAVE AN OBJECTION TO
28. HIM HAVING HIS OWN PERSONAL PAPERWORK RELEASED - RT-325

1. HABEAS CORPUS FILED - JUNE. FIFTH. OF 2006 YEAR. GROUND II.
2. NEWLY DISCOVERED EVIDENCE THAT UNDERMINES.
3. ENTIRE CASE AND DENIAL OF CONSTITUTIONAL RIGHTS.
4. ILLEGAL SEIZURE. (CT AT 116).
5. DENIED - JUNE. THIRTEEN. 2006 YEAR (CT-AT 121) x
6. OBJECTION TO JUNE. THIRTEEN. 2006 FILED ORDER (CT AT 144
7. THRU-149) ORDER TO OBJECTION (CT-162)
8. ORDER - PERMITTING SUBSTITUTION & WITHDRAWL OF
9. EXHIBITS - (CT AT 291)
10. PROPERTY - US MAIL. LEGAL DOCUMENTS, CASE 1814 ON
11. APPEAL. NOTHING WAS RETURNED!
12. RE: MOTION RETURN OF PROPERTY. CASE EE604989 -
13. ORIGINAL - MAILED JANUARY. TWENTY-THIRD. OF 2007 YEAR WITH
14. MEMORANDUM AND POINTS OF AUTHORITIES ; EXHIBIT #(12)
15. ON. APRIL TWENTY-FIFTH. OF TWO THOUSAND SEVEN YEAR I SENT
16. TO CASE: H031047 * COURT OF APPEAL, MOTION RETURN OF PRO-
17. PERTY WITH MEMORANDUM AND POINTS OF AUTHORITIES.
18. SEE H031047 DOCKET - DATED 4/30/2007, MOTION FOR RETURN
19. OF PROPERTY! SEE EXHIBIT #(12)
20. AUGUST. NINETEEN. OF TWO THOUSAND SEVEN YEAR MAILED TWO-
21. SETS OF COPIES OF MOTION RETURN OF PROPERTY! MEMORANDUM -
22. AND POINTS OF AUTHORITES. WITH ACCOMPANYING MOTION.
23. REQUEST ORDER TO RETURN MY PROPERTY (ATTACHED - MOTION, RETURN-
24. OF PROPERTY) to EXHIBIT #(13)   UNITED STATES DISTRICT COURT-EAST
25. CASE S157276 WAS DENIED (STATE HABEAS CORPUS CASE)
26. CLAIMS ARE EXHAUSTED FOR THIS PATICULAR GROUND/OR-
27. CLAIM AS TO STATE HABEAS CORPUS LEVEL. AND (S124563)
28. WAS IN PROPERTY! THIS IS DENYING MY RIGHTS TO APPEALS-

1 DECEMBER TWENTY-FIRST, TWO THOUSAND AND SIX YEAR, ABSTRACT, OF,
2 SENTENCEING. I HAVE MULTIPLE DOCUMENTS THAT YOU HAVE FILED
3 OR, ATTEMPTED TO FILE, THOUGH YOU WERE ALREADY REPRESENTED
4 BY COUNSEL, I HAVE NOT FILED THEM. I WILL EITHER-OR I WILL KEEP
5 THEM IN A CONFIDENTAL FOLDER IN THE COURTS FILE SO THERE
6 IS A RECORD of (RT AT 434)
7 DEFENDANT ADVISED OF MULTIPLE-MOTIONS WERE NOT FILED-CT-314
8 PETITION FOR REHEARING CASE-H031047 MAILED, JANUARY TWENTY-SEVEN
9 OF 2008- EXHIBIT #(14)  W/MOTION. MAILED-11/28/07, 12/30/07, 1/15/08 EX(15)
10 MOTIONS RETURN OF PROPERTY-MAILED TO EACH STATE COURT NO RULEING
11 WHICH MOTION WAS MADE PURSUANT TO PENAL CODES 1538.5, EX(11) PG 3 OF 5

### IV.

13 VIOLATION OF UNITED STATES CONSTITUTION, SIXTH AMENDMENT
14 CONFLICT OF INTEREST (PETITION AT 6).
15 APPEAL FILED, DECEMBER TWENTY-FIRST, TWO THOUSAND SIX YEAR ON
16 JANUARY, FOURTH, OF 2007 YEAR. APPOINTED SIX DISTRICT APPELLANT
17 PROGRAM FOR APPELLANT. ON FEBRUARY, SECOND, OF 2007 YEAR
18 SIXTH DISTRICT APPELLATE PROGRAM. RECOMMENDED COUNSEL
19 THE SIXTH DISTRICT APPELLATE PROGRAM-ATTORNEY CLAIRE CUNNINGHAM
20 #226941 SHE HAS NOT ADEQUATELY RAISED OR PRESENTED MATTERS
21 CRUCIAL TO APPEAL. AND SHE HAD PRIORLY WORKED FOR A JUDGE
22 IN THE U.S. 9TH CIR; SHE IS PREJUICELY REPRESENTING ME
23 PETITION AT 6)(FILE EXHIBITS TO PETITION)
24 CLAIM RAISE A VIOLATION OF MY UNITED STATES CONSITU-
25 TIONAL VI AMENDMENT; IN ALL CRIMINAL PROSECUTIONS, THE
26 ACCUSED SHALL ENJOY THE RIGHT TO A SPEEDY TRIAL AND PUBLIC
27 TRIAL- BY IMPARTIAL JURY OF THE STATE AND DISTRICT-WHER
28 IN THE CRIME SHALL HAVE BEEN COMMITTED, WHICH DISTRICT SHALL

1. HAVE BEEN PREVIOUSLY ASCERTAINED BY LAW, AND TO BE INFORMED
2. OF THE NATURE AND CAUSE OF THE ACUSATION; TO BE CONFRONTED,
3. WITH THE WITNESSES AGAINST HIM; TO HAVE COMPULSORY —
4. PROCESS FOR OBTAINING WITNESSES IN HIS FAVOR, AND -
5. HAVE THE ASSISTANCE OF COUNSEL FOR DEFENCE -, ———
6. UNITED STATES CONSTITUTIONAL AMENDMENT = VI;
7. MOTION - REQUESTING TIMELY NOTICE TO FILE MY PETITION-
8. FOR REHEARING AND FOR ATTORNEY TO SEND THE CORRECT —
9. ADDRESS TO THE FILING FOR REVIEW IN THE CALIFORNIA -
10. SUPREME COURT.' MAILE 11/29/07 - 6TH DIST CT. APPEAL EXHIBIT #16
11. ALSO IN PETITION FOR REHEARING WHICH COURT OF APPEAL
12. REFUSED TO FILE AND SENT TO 6TH DISTRICT APPELLATE PROGRAM-
13. TO RETURN. EXHIBIT # (14)
14. EXIBITS FILED WITH PETITION (JUNE EIGHTEEN, 2007 YEAR)
15. UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
16. MAY, TWELVE, 2007 LETTER. ONE LETTER - 2/20/2007 YEAR PRIOR JOB
17. EXHIBITS TO PETITION
18. AN INDIGENT DEFENDANT HAS A FEDERAL CONSTITUTIONAL —
19. RIGHT TO APPOINTMENT OF COUNSEL FOR AT THE FIRST LEVEL
20. OF THAT APPELLATE PROCESS. (HOLBERT V. MICHIGAN (2005) 545 US
21. 605, 125 S.CT. 2582, 162 L.Ed 2d 552)
22. DOUGLAS V. CALIFORNIA (1963) 372 U.S. 353, 83 S.CT 814, 9 L.Ed.2d 811
23. ANY FAILURE OF APPOINTED COUNSEL THAT RESULTS IN THE —
24. DEFENDANT'S RECEIVING REPRESENTATION THAT DOES NOT -
25. ADEQUATELY PRESENT MATTERS TO THE APPEAL CONSTITUTES A -
26. DENIAL OF THE RIGHT TO COUNSEL - IN RE GREENFIELD (1970) 11 Cal. APP. 3d. -
27. 536, 541-545, 89 Cal. RPTR. 847.)
28. COUNSEL ONLY RECOMMENDED NOT APPOINTED BY JUDGE EXCE (17)*

1. THE RIGHT TO COUNSEL ENTITLES THE DEFENDANT TO THE APPOI-
2. NTMENT OF A COMPETENT ATTORNEY WHO WILL ACT AS AN –
3. ACTIVE ADVOCATE ON THE DEFENDANT'S BEHALF. APPOINTED-
4. COUNSEL HAS AN OBLIGATION TO PREPARE AN APPROPRIATE-
5. APPELLATE BRIEF. (SEE IN RE VALLERY (1992) 3 Cal.APP.4TH 1125, 1129-1130
6. 5.Cal.RPTR.2d.74); AND ENSURE THERE IS AN ADEQUATE RECORD
7. (PEOPLE V. BARTON (1978) 21 Cal.3d 513, 518, 146 Cal. RPTR 727, 579 P.2d
8. 1043; PEOPLE V. SZETO (1981) 29 Cal.3d 20, 33, 171 Cal.RPTR 652, 623 P.2d 213
9. AS ETHICAL MATTER. ATTORNEY SHOULD ARGUE ALL NON FRIVOLOUS
10. CLAIMS THAT CLIENT INSISTS BE PURSUED ON APPEAL. –
11. (JONES V. BARNES (1983) 463 U.S. 745, 751-753, 103 S.CT. 3308, 77 L.-
12. Ed. 2d 987) SEE AMERICAN BAR ASSOCIATION STANDARDS FOR-
13. CRIMINAL JUSTICE, CRIMINAL APPEALS STANDARD-12-3.2.CMT-
14. AT-21-42 (2d ed. 1980) *
15. INEFFECTIVE REPRESENTATION BY APPEAL ATTORNEY ASSIGN-
16. ED BY SIXTH DISTRICT APPELLATE PROGRAM, NOT REPRESENTING
17. ISSUES ADEQUATE TO APPEAL. GROUND (II) H/C S159664. DENIED
18. BY CALIFORNIA SUPREME COURT. SF. EXHIBIT (S159664-PETITION-
19. GROUND I.) ALSO SEE FILED EXHIBITS) *(EXHIBIT #16) (EXHIBIT (18) ORDER
20. END!
21.             : CONCLUSION :
22. -ACCORDINGLY, PETITIONER. SUBMITS-THIS TRAVERSE-
23. AND REQUESTS-28 U.S.C. §§2254 HABEAS CORPUS BE —
24. GRANTED AND, TRAVERSE TO ANSWER TO PETITION FOR-
25. WRIT OF HABEAS CORPUS BE GRANTED AS WELL! —
26. I, HEREBY DECLARE THESE STATEMENTS TO BE TRUE AND-
27. CORRECT. UNDER-PENALTY OF PERJURY! X James G. Stamos Jr
28. JUNE. NINETEENTH. OF TWO THOUSAND EIGHTY/By JAMES G. STAMOS JR