JAMES GEORGE STAMOS JR
T56728 - HIGH DESERT STATE PRISON - FACILITY-B-1
POST OFFICE BOX - 3030
SUSANVILLE, CA. 96127-3030

FILED
08 JUL-2 PM 12:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA.

JAMES GEORGE STAMOS JR
(PETITIONER)

V.

TOM FELKER, WARDEN - H.D.S.P.
(RESPONDENT(S))

CASE N° C-07-05547-VRW
PROOF OF SERVICE -
BY - UNITED STATES MAIL
* JUNE 29TH OF 2008 YEAR

X I. HEREBY CERTIFY THAT ON, JUNE TWENTY NINTH, 2008 YEAR, - I SERVED THE FOLLOWING DOCUMENTS OF THE ATTACHED, ORIGINAL - THIRTEEN PAGES - TRAVERSE TO ANSWER TO PETITION FOR WRIT OF HABEAS - CORPUS, AND (TWO PAGES-ORIGINAL) - NOTICE OF EXHIBITS ATTACHED - TO PETITIONERS TRAVERSE - WITH THIRTY-FIVE PAGES EXHIBITS - BY PLACING, A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO - THE PERSON(S) HEREINAFTER LISTED, BY DEPOSITING SAID ENVELOPE - IN THE UNITED STATES MAIL, HIGH DESERT STATE PRISON, FACILITY-B-1 SUSANVILLE, CALIFORNIA!   (ONE SET COPIES - SENT)

(1) UNITED STATES DISTRICT COURT | (2) STATE OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL
UNITED STATES COURTHOUSE | DEPARTMENT OF JUSTICE
450 GOLDEN GATE AVENUE | 450 GOLDEN GATE AVE - SUITE 11000
SAN FRANCISCO, CA. 94102-3483 | SAN FRANCISCO, CA. 94102-7004

NOTE - SEE: ATTACHED COURT-CLERK (NOTICE) LETTER - PROVIDED TO ME - BY LAW LIBRARY - HDSP - BY ARD - FOR NOT PROVIDING COPIES FOR COURT; DUE TO MY INDIGENCY! I DECLARE UNDER PENALTY OF PERJURY THAT THE - FOREGOING IS TRUE AND CORRECT X James George Stamos Jr - 6/29/08
DATE: JUNE TWENTY-NINTH OF 2008 YEAR - JAMES GEORGE STAMOS JR -

UNITED STATES DISTRICT COURT

CLERK OF THE COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102-3483    case (C-07-5547 VRW)

Re: PETITIONERS TRAVERSE, TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS

Dear Clerk of the Court: I WAS ONLY PROVIDE TWO COPIES OF ORIGINALS (6/28/2008)
ONE TO ATTORNEY GENERAL ONE FOR MY RECORDS.

Yes Please find enclosed an original and 0 copies for the Court of the above entitled document.
LTA. M. WILLIAMS - STATED I CAN ONLY RECEIVE TWO SETS COPIES (NEED JUDGES ORDER)

✗ I have enclosed an extra copy and self addressed, stamped envelope and ask that the Clerk
conform it to the original with the date of filing and file stamp and return it at your earliest
convenience in the envelope provided (NO)

Yes I am indigent and/or the regular inmate copying procedures at this institution do not allow me
to make the required copies for the Court. Please copy the original provided and return one
conformed copy ~~in the self addressed, stamped envelope provided.~~ (NO POSTAGE PAID ENVELOPES)

Yes Please also include a copy of the docket/case file print out which details all of the filings
in this action.

✗ Please note my new address as listed below and change your records accordingly (NO)

Yes I am indigent and this institution fails to provide postage for return documents.

Thank you for your assistance. - SEE (PROOF OF SERVICE) ATTACHED IN FRONT)
(IF COURT REQUIRES MORE COPIES THAN ORIGINALS - I NEED COURTS ORDER)
Very truly yours,  - AS LTA - REFUSED - THREE SETS OF COPIES (LTA-M. WILLIAMS)

James George Stamos  x June TWENTY EIGHTH 2008 year

JAMES GEORGE STAMOS JR.    (TWO) MAILED 6/26/08 - W/ PROOF OF SVC
-T56728-HDSP-(FACILITY-B-1-129)  (NOTE) MOTION FOR EXTENSION OF
High Desert State Prison   (06/26/08) TIME FOR COPIES AND
P.O. Box 3030              (FILED) U.S. MAILINGS! AND ORDER
Susanville, California 96127  BY PRISON FOR H.D.S.P. LAW LIBRARY
                              MAILED DATE TO RECEIVE COPIES AS
                                          REQUIRED - L. RUL. 135)

Pursuant to the holding of the United States Supreme Court in Houston v. Lack,
108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) Huizar v. Carey, (9th
Cir. 2001) 273 F 3d 1220, and FRAP, Rule 4 (c) inmate legal documents are deemed
filed on the date they are delivered to prison staff for processing and mailing
via the Institution's internal legal mail procedures.

$02.30
06/30/2008
Mailed From 9...
US POSTAGE

CDC19303...

JAMES GEORGE STAMOS JR.
T-56726 - HIGH DESERT STATE PRISON (FACILITY-B1-109)
POST OFFICE BOX - 3030
SUSANVILLE, CA. 96127-3030
(MAILED - June Twenty-Ninth, 2008 year)
(AT FAC B-1-4 DSP.)

**LEGAL MAIL**

LEGAL - MAIL - ENCLOSED (COURT USE ONLY)
PROOF OF SERVICE BY U.S. MAIL ENCLOSED (COURT USE ONLY)
June Twenty-Ninth, Two Thousand Eight Year
**CONFIDENTIAL**

(TO) UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
450 - GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102-3483

**STATE PRISON**

