1 JAMES GEORGE STAMOS JR.
2 T56728 - HIGH DESERT STATE PRISON (FACILITY-B-1-120)
3 POST OFFICE BOX-3030
4 SUSANVILLE, CA. 96127-3030

FILED
08 JUN 30 PM 1:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 JAMES GEORGE STAMOS JR.                CASE C-07-5547 VRW
11        PETITIONER
                                           ) PROOF OF SERVICE BY
12 V                                       ) UNITED STATES MAIL
13
14 WARDEN - TOM FELKER -
          (RESPONDENT(S))

16 I, HEREBY CERTIFY THAT ON: JUNE TWENTY-SIXTH, OF 2008, I SERVED A COPY
17 OF THE ATTACHED - MOTION FOR EXTENSION OF TIME FOR COPIES
18 AND U.S. MAILING! AND ORDER - FOR H.D.S.P. LAW LIBRARY TO
19 RECEIVE COPIES AS REQUIRED! L. RULE 5-1.35 * ONE ORIGINAL
20 AND DUPLICATE-HANDWRITTEN. BY PLACING DOCUMENTS IN A -
21 POSTAGE PAID - ENVELOPE - ADDRESSED TO THE PERSON(S) HERE -
22 INAFTER LISTED BY DEPOSITING SAID ENVELOPE IN THE -
23 UNITED STATES MAIL. AT - FAC-B-1- H.D.S.P. SUSANVILLE, CALIFORNIA.
24 UNITED STATES DISTRICT COURT    (2) ONE DUPLICATE TO
25 NORTHERN DISTRICT OF CALIFORNIA    STATE OF CALIFORNIA
   UNITED STATES COURTHOUSE -        OFFICE OF THE ATTORNEY GENERAL
26 450 GOLDEN GATE AVENUE            DEPARTMENT OF JUSTICE
27 SAN FRANCISCO, CA. 94102-3483 -   450 GOLDEN GATE AVE
                                      SUITE-1100
                                      SAN FRANCISCO, CA. 94102-7004
28 I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE -
 * AND CORRECT. June, Twenty-Sixth, 2008 you X James George Stamos
                                              JAMES GEORGE STAMOS JR.
                                              - PETITIONER -

1  JAMES GEORGE STAMOS JR —
2  T56728-HIGH DESERT STATE PRISON-FAC.IL
3  POST OFFICE BOX-3030
4  SUSANVILLE, CA. 96127-3030   6/26/08
5
6
7           UNITED STATES DISTRICT COURT
8           NORTHERN DISTRICT OF CALIFORNIA
9
10 JAMES GEORGE STAMOS JR —          CASE# C07-5547 VRW —
     (PETITIONER)
11                                    MOTION: FOR EXTENSION OF-
                                      ) TIME FOR COPIES, AND
12 V.                                 ) U.S. MAILING! AND ORDER
                                      ) FOR H.D.S.P. LAW LIBRARY
13                                    ) TO RECEIVE COPIES AS
14 WARDEN-TOM FELKER                  ) REQUIRED! L.RULE 5-135
     (RESPONDENT(S))
15 ON MAY TWENTY-SEVEN, 2008, I RECEIVED COPY OF ANSWER —
16 UNFILED BY COURT FROM ORDER-TO SHOW CAUSE BY ATTORNEY
17 GENERAL. ON JUNE NINETEENTH, 2008, I HAD COMPLETED-
18 TRAVERSE AND PUT EXHIBITS TOGETHER TO ACCESS LAW LIBRARY
19 FOR COPIES! ON JUNE TWENTY-SECOND-2008. I SUBMITTED TO
20 H.D.S.P. YARD-LAW LIBRARY-EMERGENCY ACCESS - LAW —
21 LIBRARY ACCESS REQUEST-FORM COMPLETED WITH COURT DEADLINE
22 INFORMATION! I HAVE NOT BEEN CALLED TO LAW LIBRARY TO-
23 COMPLETE COPIES, AND PICK-UP SUPPLIES, BY ORDER DATE: I-
24 HEREBY REQUEST-ORDER WITH EXTENSION FOR LAW LIBRARY-
25 TO COMPLY WITH COURT RULES-AS TO COPIES; TWO SETS FOR U.S. COURT
26 ONE SET FOR ATTORNEY GENERAL, AND ONE SET FOR MY RECORDS! EXTENSION-
27 REQUESTED-ABOUT-THIRTY DAYS FOR COPIES AND MAILING U.S. MAIL
28 I HEREBY DECLARE UNDER PENALTY OF PERJURY X /s/ James G. Stamos Jr
D. JUNE TWENTY-SIXTH, TWO THOUSAND EIGHT YR - JAMES G. STAMOS JR
                                                (PETITIONER)

1. JAMES GEORGE STAMOS JR —
2. T-56728- HIGH DESERT STATE PRISON (F-B-1-129)
3. POST OFFICE BOX 3030 —
4. SUSANVILLE, CA. 96127-3030   6/26/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10. JAMES GEORGE STAMOS JR —    CASE # C-07-5547 VRW —
    (PETITIONER)
11.                              MOTION: FOR EXTENSION OF
                                 ) TIME FOR COPIES, AND
12. V.                           ) U.S. MAILING, AND ORDER
                                 ) FOR H.D.S.P. LAW LIBRARY
13.                              ) TO RECEIVE COPIES AS
14. WARDEN - TOM FELKER          ) REQUIRED! LRULE 5-135
    (RESPONDENT(S))

15. ~ ON MAY TWENTY-SEVEN, 2008, I RECEIVED COPY OF ANSWER
16. UNFILED BY COURT FROM ORDER TO SHOW CAUSE BY ATTORNEY-
17. GENERAL ON JUNE NINETEENTH, 2008, I HAD COMPLETED-
18. TRAVERSE AND PUT EXHIBITS TOGETHER, TO ACCESS LAW LIBRARY
19. FOR COPIES! ON JUNE TWENTY-SECOND 2008, I SUBMITTED TO -
20. H.D.S.P. B YARD-LAW LIBRARY-EMERGENCY ACCESS-LAW —
21. LIBRARY ACCESS REQUEST FORM, COMPLETED WITH COURT DEADLINE
22. INFORMATION! I HAVE NOT BEEN CALLED TO LAW LIBRARY TO
23. COMPLETE COPIES, AND PICK UP SUPPLIES. BY ORDER DATE: I -
24. HEREBY REQUEST ORDER WITH EXTENSION FOR LAW LIBRARY
25. TO COMPLY WITH COURT RULES AS TO COPIES; TWO SETS FOR U.S. COURT
26. ONE SET FOR ATTORNEY GENERAL AND ONE SET FOR MY RECORDS! EXTENSION
27. REQUESTED ABOUT THIRTY DAYS FOR COPIES AND MAILING U.S. MAIL
28. I HEREBY DECLARE UNDER PENALTY OF PERJURY /s/ James G. Stamos Jr.
D: JUNE TWENTY SIXTH, OF TWO THOUSAND EIGHT VR-JAMES G. STAMOS JR —
                                              (PETITIONER)

