**RECEIVED**
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS, JR.,            CASE N° C07-5547 VRW
   (PETITIONER)                      *NOTICE - COURT CLERK
                                      - LETTER -
V.

TO COURT CLERK - U.S.D.C.:
NOTICE IS HEREBY GIVEN THAT MY ROOM-NUMBER HAS CHANGED
SO CORRECT ADDRESS IS SAME AS ADDRESS IN COMPUTER - SHOU-
LD REFLECT * JAMES GEORGE STAMOS JR *
       T56728 - HIGH DESERT STATE PRISON - FAC-B-1-(101)
       POST OFFICE BOX - 3030 ——
       SUSANVILLE, CA 96127-3030
ALSO PLEASE NOTICE PROOF OF SERVICE BY UNITED STATES MAIL
ATTACHED. FOR-JUNE-TWENTY-NINTH, OF 2008 YEAR (2ND) ORIGINAL-
SUBMITTED WITH-TRAVERSE - FIFTY-PAGES AND LETTER 06/29/08 -
PLEASE NOTE ROOM #101 NOT #129 AS OF TODAY - 07/14/2008 -
AND PLEASE PROVIDE COPIES FILED OF EXTENSION; AND NOTIFY OF
RECEIVEING DOCUMENTS MAILED 06/29/08 SEE ORIGINAL PROOF OF
SERVICE: THANK YOU /s/ James George Stamos Jr (7-14-08)
                   JAMES GEORGE STAMOS JR
                       (PETITIONER)

1. JAMES GEORGE STAMOS, JR
2. T56728-HIGH DESERT STATE PRISON (FAC-B-1-129)
3. POST OFFICE BOX-3030
4. SUSANVILLE, CA. 96127-3030
5.
6.          UNITED STATES DISTRICT COURT
7.          NORTHERN DISTRICT OF CALIFORNIA.
8.
9. JAMES GEORGE STAMOS, JR.              CASE NO-C07-5547-VRW
10.     (PETITIONER)
                                        ) PROOF OF SERVICE-
11. V.                                  ) BY-UNITED STATES-
12.                                     ) MAIL*
13. WARDEN-TOM FELKER
14.     (RESPONDENT)
15. I, HEREBY CERTIFY THAT ON: June TWENTY-NINTH, OF 2008(YR) I, SERVED
16. ORIGINAL-TRAVERSE-TO ANSWER TO PETITION FOR WRIT OF HABEAS-
17. CORPUS (THIRTEEN-ORIGINAL PAGES); TWO ORIGINAL PAGES-NOTICE OF-
18. EXHIBITS-ATTACHED TO PETITIONER'S TRAVERSE, WITH THIRTY-FIVE-
19. COPIES PAGES; ONE PROOF OF SERVICE ORIGINAL - AND ONE LETTER
20. BY PLACING-AS LISTED ABOVE IN A POSTAGE PAID ENVELOPE, -
21. ADDRESSED TO THE PERSON(S) HEREINAFTER LISTED, BY DEPOSITING
22. SAID ENVELOPE IN THE UNITED STATES MAIL AT: FACILITY B-1
23. HIGH DESERT STATE PRISON-OFFICER M. GRANFIELD, 3RD WATCH -
24. UNITED STATES DISTRICT COURT)
25. NORTHERN DISTRICT OF CALIFORNIA)
26. 450 GOLDEN-GATE AVENUE, SAN FRANCISCO, CA. 94102-3483-
27. I, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
28. IS TRUE AND CORRECT. X James George Stamos Jr - 7-14-2008
                        JAMES GEORGE STAMOS JR-
                              (PETITIONER)

JAMES GEORGE STAMOS JR
T36728-H.D.S.P.-FACILITY (B-1-101)
HIGH DESERT STATE PRISON
NAME: JAMES G STAMOS JR
CDC#: T36728 BED: FAC-B-1-101
P.O. BOX 3030 SUSANVILLE CA 96127

STATE PRISON

INDIGENT/LEGAL
07/14/08

049J82046573
$00.42⁰
07/15/2008
Mailed From 96127
US POSTAGE

LEGAL MAIL
FOR-ENCLOSED (COURT CLERK ONLY)
JULY 14, 2008 YEAR
-CONFIDENTIAL-

TO: UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102-3483*

CONFIDENTIAL/LEGAL-