JAMES GEORGE STAMOS JR
T56728-H.D.S.P FACILITY B-1-101
P.O BOX-3030
SUSANVILLE, CA.96127-3030

FILED
08 JUL 24 PM 3:18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR,
(PETITIONER)

V

TOM FELKER-WARDEN
    RESPONDENT(S)

CASE N° C-07-05547-VRW
- PROOF OF SERVICE -
) JUNE.29,2008 YEAR -

X I, HEREBY CERTIFY THAT ON, JUNE TWENTY-NINTH.2008 YEAR, I SERVED TRAVERSE TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS - THIRTEEN ORIGINAL PAGES) AND, NOTICE OF EXHIBITS ATTACHED TO PETITIONERS TRAVERSE-ORIGINAL(TWO PAGES) WITH THIRTY FIVE PAGES EXHIBITS: NOTE- ONE SET OF COPIES MAILED TO ATTORNEY GENERALS BY PLACING- DOCUMENTS IN A POSTAGE PAID-MANILA ENVELOPE ADDRESSED TO PERSON'S HEREINAFTER LISTED, BY DEPOSITING SAID MANILA(S) IN THE UNITED STATES MAIL AT: H.D.S.P. FACILITY-B-1- CORRECTIONAL OFFICER-M.GRANFIELD-3RD WATH, SUSANVILLE, CALIFORNIA - PROOF OF SERVICE W/COURT CLERK LETTER SERVED ONLY TO U.S. D.O.C -

① UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE —
450 GOLDEN GATE AVENUE —
SAN FRANCISCO.CA.94102-3483

② STATE OF CALIFORNIA -
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
450 GOLDEN GATE AVE-SUITE 11000
SAN FRANCISCO.CA.94102-7004 -

I. HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. JULY.TWENTY-FIRST, 2008 X /s/ JAMES G. STAMOS JR
* RETURN FILED COPIES AS REQUESTED-6/29/08  JAMES G. STAMOS JR
* AND FILED PROOF OF SERVICE 6/29/08 *       - PETITIONER -
(THANK YOU)

(C-07-05547 VRW)

