(FROM) JAMES GEORGE STAMOS JR - CDC# T56728 - HIGH DESERT STATE PRISON (FACILITY B-1-101)
P.O. BOX 3030
SUSANVILLE CA 96127

FILED

08 AUG -6 PM 1: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA.

JAMES GEORGE STAMOS JR.
        (PETITIONER)
V.
WARDEN - TOM FELKER
        RESPONDENT(S)

CASE № C-07-5547 VRW -
(CERTIFICATE OF SERVICE,
JULY THIRTY-FIRST, 2008 year)

I, THE UNDERSIGNED, HEREBY DECLARE THAT I AM OVER 18 YEAR OF AGE, AND A CITIZEN OF THE UNITED STATES, THAT ON JULY, THIRTY-FIRST, 2008 YEAR, I SERVED ORIGINALS OF THE ATTACHED: PROOF OF SERVICE - 2ND - NOTICE COURT CLERK (6/26/08) PROOF OF SERVICE JUNE 29, 2008 - COURT CLERK NOTICE (3RD) (IN MIDDLE) INFORMAL LEVEL RESPONSE - 06/30/08 BY LTA - M. WILLIAMS - LAW (LAW LIBRARY) × DATED 07/02/08 ×, BY PLACING SAID DOCUMENTS IN A POSTAGE PAID ENVELOPE (INDIGENT) ADDRESSED TO PERSON HEREINAFTER LISTED - BY DEPOSITING SAID ENVELOPES IN THE U.S. MAIL BY GIVING TO 3RD WATCH OFFICE AT HIGH DESERT STATE PRISON FACILITY B-L, SUSANVILLE, CA 96127-3030

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES COURT HOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3483

I, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THIS TO BE TRUE AND CORRECT JULY 31ST 2008   /s/ James George Stamos Jr
                                                JAMES GEORGE STAMOS JR
                                                (PETITIONER)

(NOTE) ADDRESS IS CORRECT -
DELETE L-129 ITS NOW (101)
1-101 - IT WAS NEVER L. × /s/ James G. Stamos Jr

JAMES GEORGE STAMOS JR'
T56728 - HIGH DESERT STATE PRISON (FAC-B-1-101)
POST OFFICE BOX - 3030 -
SUSANVILLE, CA. 96127-3030 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR
    (PETITIONER)

V

WARDEN - TOM FELKER -
    RESPONDENT(S)

C-07-05547 VRW
PROOF OF SERVICE -
(2ND) - NOTICE TO COURT
    CLERK

I HEREBY CERTIFY THAT ON: JUNE TWENTY SIX, 2008 YEAR I SERVED THE ORIGINAL OF THE ATTACHED: MOTION; FOR EXTENSION OF TIME FOR COPIES AND U.S. MAILING! AND ORDER FOR H.D.S.P. LAW LIBRARY TO RECEIVE COPIES AS REQUIRED! L. RULE-5135; (TWO MOTIONS) AND ONE DUPLICATE - BY PLACING DUPLICATE AND ORIGINALS IN SEPERATE ENVELOPES WITH POSTAGE FULLY PREPAID MANILA ENVELOPE ADDRESSED TO THE PERSON(S) HEREINAFTER LISTED BY DEPOSITING ENVELOPES TO OFFICER, RIPPIETOE 3RD - WATCH (HIGH DESERT STATE PRISON - FAC-B-1-) FOR UNITED STATES MAIL DEPOSIT: (TO (ORIGINALS AND DUPLICATES) (2)(DUPLICATE) COPY OF MOTION TO: UNITED STATES DISTRICT COURT / STATE OF CALIFORNIA NORTHERN DISTRICT OF CALIFORNIA / OFFICE OF THE ATTORNEY GENERAL UNITED STATES COURTHOUSE ——— / DEPT OF JUSTICE / 450 GOLDEN GATE AVE ——— / 450 GOLDEN GATE AVE SUITE 11000 SAN FRANCISCO, CA. 94102-3483 —/ SAN FRANCISCO, CA. 94102-7004'

I HEREBY DECLARE, SUBSEQUENTLY, TRAVERSE W/ EXHIBITS WAS MAILED OUT - JUNE TWENTY NINTH, 2008, TO U.S. COURT AND ATTORNEY GENERALS
I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT - / —07/31/08—
PAGE (ONE OF TWO) — JULY THIRTY-FIRST, 2008 YEAR X James George Stamos Jr
                                                  JAMES GEORGE STAMOS JR
                                                    (PETITIONER)

SEE ATTACHED INFORMAL LEVEL (GRANTED)
BY H.D.S.P LAW LIBRARY LTA.

JAMES
STAMOS T56728
FBB1-129L-HDSP
P.O BOX 3030, SUSANVILLE, CA 96127-3030

C-07-05547 VRW

INFORMAL LEVEL (Date Received: ___06/30/08___ ) GRANTED

Per HDSP's Supplemental to the DOM § 101120.10, Inmate Access to Law Libraries, "Inmates will access the Law Libraries based on the following priorities: First: Inmates with verifiable court cases deadlines, Priority Legal Users (PLU) as defined below, in order of imminence.

Per HDSP's Supplemental to the DOM § 101120.16, "A PLU is an inmate who has verified court-ordered or procedural deadline to file a petition, brief, motion, opposition, traverse, reply or other pleading within 30 days." "...PLU status also results from the application of Federal Rules of Appellate Procedure wherein the petitioner may serve and file a reply within 10 days after the filing of the Attorney General's response. A PLU must be acting *"in propria persona"* (in person) and may not have an attorney assigned to his case." "...PLU cases are those pertaining to the inmate's sentence or conditions of the prison."

Based on the Law Library access request form received in the Facility B Law Library on 6/24/08 (dated 6/19/08) you were scheduled for and attended the Law Library session on 6/28/08. No further access request forms have been received from you as of this date.

Staff Signature: M. Williams LTA    Date Returned to Inmate: 7/2/08

(C-07-05547 VRW)

| SHORT TITLE: STAMOS JR V. WARDEN-TOM FELKER | CASE NUMBER: C-07-05547-VRW |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES GEORGE STAMOS JR,
  PETITIONER

V.

TOM FELKER - WARDEN -
  (RESPONDENT(S))

CASE # C-07-05547-VRW
PROOF OF SERVICE -
(COURT CLERK NOTICE)
(3RD)

I HEREBY CERTIFY THAT ON JUNE TWENTY-NINTH, 2008 YEAR, I SERVED THE ORIGINALS OF THE: TRAVERSE TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (THIRTEEN ORIGINAL PAGES) - NOTICE OF EXHIBITS ATTACHED TO PETITIONERS TRAVERSE - ORIGINAL (TWO PAGES) - WITH THIRTY-FIVE PAGES EXHIBITS COPIES AND ORIGINAL PROOF OF SERVICE / WITH LETTER TO COURT CLERK, TOTAL 52 PGS SERVED BY PLACING IN A POSTAGE PAID ENVELOPE ADDRESSED TO TO THE PERSONS HEREINAFTER LISTED, BY DEPOSITING SAID ENVELOPE - IN THE UNITED STATES MAIL AT H.D.S.P. SUSANVILLE, CA. 96127-3030 TO OFFICER M. GRANDFIELD - 3RD WATCH

I HEREBY DECLARE THIS TO BE TRUE AND CORRECT UNDER PENALTY OF PERJURY -
X James George Stamos Jr - 7/31/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
450 GOLDEN GATE AVENUE -
SAN FRANCISCO, CA 94102-3483

This page may be used with any Judicial Council form or any other paper filed with the court.   Page TWO OF TWO
ADDITIONAL PAGE
Form Approved by the



JAMES GEORGE STAMOS JR (CDC# T56778)
HIGH DESERT STATE PRISON
NAME: JAMES G. STAMOS JR.
CDC#: T56778  BED: FACILITY-B1-101
PO BOX 3030 SUSANVILLE CA 96127

LEGAL MAIL
July Thirty-First, 2008 year
CONFIDENTIAL

INDIGENT LEGAL
*July Thirty-First*
$00.420
08/04/2008
Mailed From 96127
US POSTAGE

(2) UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIF.
UNITED STATES COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3483

B1
CONFIDENTIAL / LEGAL