IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GEORGE STAMOS, | No C-07-5547 VRW (PR) |
|     Petitioner, | |
|     v | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| TOM FELKER, WARDEN | (Doc #53) |
|     Respondent. | |

Petitioner has filed a notice of appeal (Doc #53), which the court also construes as a request for a certificate of appealability under 28 USC section 2253(c) and Federal Rule of Appellate Procedure 22(b).

Petitioner's request for a certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 USC § 2253(c)(2). Nor has petitioner demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v McDaniel, 529 US 473, 484 (2000).

//

The clerk shall forward to the court of appeals the case file with this order. See <u>United States v Asrar</u>, 116 F3d 1268, 1270 (9th Cir 1997).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Stamos-07-5547-deny coa.wpd

2